AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 24-MAG-2130 |
| Keith Taylor | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Keith Taylor.

Date: 06/11/2024

/s/Brian P. Ketcham
*Attorney's signature*

Brian P. Ketcham (BK9934)
*Printed name and bar number*

Ketcham Law PLLC
52 Duane Street, 7th Floor
New York, New York 10007

*Address*

bk@ketchampllc.com
*E-mail address*

(212) 518-6380
*Telephone number*

(866) 467-7591
*FAX number*