BRIAN P. KETCHAM, ESQ.
52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
(212) 518.6380
WWW.KETCHAMPLLC.COM

June 21, 2024

**VIA ECF & EMAIL**

Hon. James L. Cott
U.S. Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States v. Keith Taylor*, 24-mj-2130

Dear Judge Cott:

I represent defendant Keith Taylor. I write to request an additional brief extension of time to satisfy the two remaining bond issues referenced in my letter to the Court of June 16, 2024. (ECF #6.) Specifically, a willing alternative co-signer for Mr. Taylor's bond has been identified and her contact information has been shared with the U.S. Attorney's Office, but additional time is needed to complete her financially responsible person interview. In addition, a willing alternative signatory for relevant bank accounts has been identified and that information has also been shared with the Government, but additional time is needed to complete the process.

Previously, the Court granted the defense's request to satisfy these conditions until today, June 21. (ECF #7.) However, I am requesting one additional week to satisfy these bond conditions, as both items have required more time than initially anticipated.

I have conferred with counsel for the United States and the Government consents to this request.

      Respectfully submitted,


      /s/Brian P. Ketcham
      Brian P. Ketcham


Cc: AUSAs Rebecca Delfiner and Eli Mark (via ECF)