UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Order of Continuance** |
| v. | 24 Mag. 2130 |
| KEITH TAYLOR | |
| Defendant. | |

  Upon the application of the United States of America and the affirmation of Rebecca R. Delfiner, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of 18 U.S.C. §§ 1343, 1028A, and 2, and 26 U.S.C. § 7201, in a complaint dated June 4, 2024, and was arrested on June 11, 2024;

  It is further found that the defendant was presented before Magistrate Judge Sarah L. Cave in this District on June 11, 2024, and was ordered released on conditions;

  It is further found that, on July 9, 2024, Magistrate Judge Sarah Netburn entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed until August 12, 2024;

  It is further found that Brian Ketcham, Esq., counsel for defendant, and Assistant United States Attorneys Rebecca R. Delfiner and Eli J. Mark have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

  It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose, specifically

consenting to an extension of the deadlines under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) for an additional 30 days; and

It is further found that the granting of such a continuance is for good cause shown and best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A) is hereby granted until September 11, 2024, and that a copy of this Order and the affirmation of Assistant United States Attorney Rebecca R. Delfiner be served on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
August 6, 2024

_____Jennifer E. Willis_____
UNITED STATES MAGISTRATE JUDGE