**BRIAN P. KETCHAM, ESQ.**
52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
(212) 518.6380
WWW.KETCHAMPLLC.COM

October 29, 2024

<u>BY ECF</u>

Hon. Jennifer L. Rochon
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Keith Taylor*
               24-cr-00524 (JLR)

Dear Judge Rochon:

I represent defendant Keith Taylor in the case referenced above and write to request a modification of the current pretrial briefing schedule.

Mr. Taylor appeared before Your Honor on September 6, 2024 for an initial conference. At the conference, the Court set the following briefing schedule: substantive defense motions to be filed by October 31, 2024, government opposition to be filed by November 15, 2024, and defense reply to be filed by November 15, 2024.

The government timely produced discovery pursuant to Fed. R. Crim. P. 16. The discovery produced to date is voluminous and contains, *inter alia*, thousands of pages of bank account and tax records. In addition, the defense has been working with the U.S. Attorney's Office to resolve some technical issues the defense has had in accessing the production of data contained on Mr. Taylor's mobile phone. I have made best efforts to expeditiously review the Rule 16 material but require additional time to complete that review (as well as review the mobile phone data when I am able to access it) and determine what motions, if any, would be appropriate in this case.

After conferring with counsel for the government, I respectfully request that the motion schedule be modified as follows: defense motions to be filed by December 2, 2024, government opposition to be filed by December 18, 2024, and defense reply to be filed by January 2, 2025. This proposed revised schedule takes account for the holiday period in late December. The government has no objection to this proposed modified briefing schedule.

Should this request be granted, the parties request that the status conference currently scheduled for January 8, 2025 be continued to sometime during the week of February 3,

2025 that is convenient for the Court. The Court previously excluded speedy trial time from September 6, 2024 through January 8, 2025. Should this request be granted, Mr. Taylor has no objection to an additional period of excludible speedy trial time through the week of February 3, 2025 for the purpose of ongoing review of discovery and the submission of substantive motions.

I thank the Court for considering this request.

Respectfully submitted,

/s/Brian P. Ketcham
Brian P. Ketcham

Cc:   AUSAs Rebecca Delfiner and Eli Mark (via ECF)

Consent Letter Motion GRANTED. Defendant's substantive motions shall be filed no later than December 2, 2024. The Government's opposition shall be filed no later than December 18, 2024. Defendant's reply shall be filed no later than January 2, 2025. The status conference is adjourned from January 8, 2025 to **February 5, 2025 at 11:30 a.m.** Speedy trial time is excluded until February 5, 2025. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the defendant in a speedy trial because of the need for the parties to review discovery materials and allow defense counsel an opportunity to file substantive motions.

Dated: October 30, 2024         SO ORDERED.
       New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**