*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

January 3, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Keith Taylor*, 24 Cr. 524 (JLR)

Dear Judge Rochon:

The Government writes respectfully, on behalf of and at the request of defense counsel, to inform the Court that defense counsel is currently dealing with a personal medical issue that will prevent him from submitting a letter to the Court on Monday, January 6, 2025—the current deadline for defense motions. In light of this medical issue, for which the Government wishes defense counsel a speedy recovery, the Government has no objection to a brief adjournment of the defendant's deadline for motions.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

By:   /s/ Rebecca R. Delfiner
Eli J. Mark
Rebecca R. Delfiner
Assistant United States Attorneys
(212) 637-2431 / 2427

cc:   Brian Ketcham, Esq. (via ECF)