

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

January 3, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**   *United States v. Keith Taylor*, 24 Cr. 524 (JLR)

Dear Judge Rochon:

      The Government writes respectfully, on behalf of and at the request of defense counsel, to inform the Court that defense counsel is currently dealing with a personal medical issue that will prevent him from submitting a letter to the Court on Monday, January 6, 2025—the current deadline for defense motions. In light of this medical issue, for which the Government wishes defense counsel a speedy recovery, the Government has no objection to a brief adjournment of the defendant's deadline for motions.

<span style="color:blue">Defendants' deadline for submitting any substantive motions shall be extended to January 13, 2025. The Government's response shall be due on January 27, 2025 and Defendant's reply is due February 3, 2025.</span>

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

By:

/s/ Rebecca R. Delfiner
Eli J. Mark
Rebecca R. Delfiner
Assistant United States Attorneys
(212) 637-2431 / 2427

<span style="color:blue">Dated: January 6, 2025
    New York, New York</span>

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

cc:   Brian Ketcham, Esq. (via ECF)