**BRIAN P. KETCHAM, ESQ.**
52 DUANE STREET, 7ᵀᴴ FLOOR
NEW YORK, NEW YORK 10007
(212) 518.6380
WWW.KETCHAMPLLC.COM

January 13, 2025

<u>BY ECF</u>

Hon. Jennifer L. Rochon
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Keith Taylor*
              24-cr-00524 (JLR)

Dear Judge Rochon:

I represent defendant Keith Taylor in the case referenced above and write to advise the Court that the defense does not intend to file substantive pretrial motions. I also want to thank the Court for its recent extension of the motions schedule (and counsel for the Government, who stepped in to contact the Court in my absence), which afforded counsel time to confer with Mr. Taylor regarding the substantive motions issue.

                                    Respectfully submitted,

                                    <u>/s/Brian P. Ketcham</u>
                                    Brian P. Ketcham

Cc:    AUSAs Rebecca Delfiner and Eli Mark (via ECF)