UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   - v. -<br><br>KEITH TAYLOR,<br>                 Defendant. | Case No. 24-cr-00524 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

As stated on the record during the status conference held on February 4, 2025, the jury trial on this matter shall commence on **Monday, May 12, 2025 at 9:30 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER HEREBY ORDERED that the parties shall comply with the following schedule for pre-trial submissions:

| | |
|---|---|
| **March 26, 2025:** | The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list. In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules. |
| **April 9, 2025:** | Defendant shall file responses to the Government's motion(s) and his own motions *in limine*, if any. In addition, to the extent that Defendant intends to put on his own case-in-chief, he shall also file his exhibits lists and witness lists at this time. |
| **April 16, 2025:** | The Government shall file a response to Defendant's motion(s) *in limine*, if any. |

There shall be no replies to any motions *in limine*. The parties shall otherwise comply with the Court's Individual Rule 6 regarding criminal cases.

Finally, IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **April 30, 2025 at 11:00 a.m.** in the aforementioned courtroom.

Dated: February 5, 2025
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge