UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

- v. -

KEITH TAYLOR,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ECF CASE**

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

No. 24 Cr. 524 (JLR)

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                           Respectfully submitted,

                                           MATTHEW PODOLSKY
                                           Acting United States Attorney for the
                                           Southern District of New York

                                   by: _____
                                        James G. Mandilk
                                         Assistant United States Attorney
                                         (212) 637-2453

TO:    Counsel of Record (via ECF)