**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10004
Tel: (646) 763-1490
sabrinashroff@gmail.com

April 8, 2025

<u>BY ECF</u>

Honorable Jennifer L. Rochon
United States District Judge
 for the Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007-1312

Re: *United States v. Keith Taylor*, 24 Cr. 524 (JLR)

Hon. Rochon:

     With consent of the government, the defense seeks an additional two days to file its response to the government's motions in limine as well as the deadline by which to note its trial exhibits and witness list. The deadlines imposed by the court would be extended by two days for all parties. Should the Court grant this application, defense responses to the Government's motion(s) and his own motions *in limine*, if any would be due on April 11, 2025, and the Government's response to Defendant's motion(s) *in limine*, if any would be due on April 18, 2025

Respectfully submitted,

*/s/Sabrina P. Shroff*
Counsel to Keith Taylor

> Consent Letter Motion GRANTED. Defendant shall file responses to the Government's motion(s) and his own motions *in limine* no later than **April 11, 2025**. The Government shall file a response to Defendant's motion(s) *in limine* no later than **April 18, 2025.**
>
> Dated: April 8, 2025
>        New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**