EXHIBIT B

(May 9, 2023 Text Messages)













Sent from my iPhone