# EXHIBIT C

# (Cissel Resignation Note)

To Modest Needs;

I am removing myself from the Board as "Modest Needs" is under investigation by the State of New York.

Thank you,

Sincerely,

Charles Cissel

Charles Cissel
1390 2nd Ave #5C
NYC NY 10021