UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>KEITH TAYLOR,<br>       Defendant. | 1:24-cr-00524 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On June 5, 2025, the Court received a letter from Defendant seeking to file a *pro se* motion and attaching the motion. Under Local Criminal Rule 49.2(a), unless otherwise ordered by the Court, a defendant represented by counsel in a pending criminal case may not file or submit any *pro se* letter, motion or brief. *See also United States v. Hage*, 74 F.4th 90, 93-94 (2d Cir. 2023) (explaining that defendant has "no right to 'hybrid' representation in which he is represented by counsel but supplements his lawyer's work with selected *pro se* submissions" and that allowing *pro se* submissions by a represented defendant, at least when "the defendant makes no claim that his counsel was not adequately representing him," is "not only unnecessary; it is also unwise") (internal quotation marks omitted). Pursuant to Local Criminal Rule 49.2(b), the Court is providing notice to the parties that it is forwarding a copy of the document to the Defendant's attorney of record and filing the document under seal and *ex parte*. Per Local Rule 49.2(b)(2), the Court is not affording the document further consideration.

Dated: June 5, 2025
   New York, New York

                       SO ORDERED.

                       *Jennifer Rochon*
                       JENNIFER L. ROCHON
                       United States District Judge