UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>KEITH TAYLOR,<br><br>     Defendant(s). | 24-cr-00524 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Defendant shall respond to the Government's supplemental motions in limine, Dkt. 48, by June 6, 2025.

Dated: June 5, 2025
    New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge