| Date | Resident Name | Payer | Ledger Name | Confirmation Number | Amount | Reason Code | Reconciliation Status | Account Number | Merchant Tag | Last 4 Digits | Software BatchID | BatchID (ClickPay) | Payment Type | Service Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/29/2025 9:33:56 AM EST | Taylor, Keith | Modest Needs Fdn, | Keith Taylor | A2505290933_FF0GR5 | $3,494.78 | | Settled | t0002786 | General | 1573 | 1200132214 | 14476463 | One Time Payment | $0.00 |
| 5/06/2025 1:55:11 PM EST | Taylor, Keith | Modest Needs Fdn, | Keith Taylor | A2505061355_IT4ON0 | $4,000.00 | | Settled | t0002786 | General | 1573 | 1200129481 | 14342460 | One Time Payment | $0.00 |
| 4/02/2025 9:32:42 AM EST | Taylor, Keith | Modest Needs Fdn, | Keith Taylor | A2504020932_AY6SN8 | $6,939.61 | | Settled | t0002786 | General | 1573 | 1200125216 | 14071012 | One Time Payment | $0.00 |
| 3/03/2025 2:25:10 PM EST | Taylor, Keith | Modest Needs Fdn, | Keith Taylor | A2503031425_SS0VX5 | $6,939.61 | | Settled | t0002786 | General | 1573 | 1200121122 | 13837637 | One Time Payment | $0.00 |
| 1/16/2025 7:05:51 AM EST | Taylor, Keith | Modest Needs Fdn, | Keith Taylor | A2501160705_RT1BU8 | $6,939.61 | | Settled | t0002786 | General | 1573 | 1200115352 | 13511608 | One Time Payment | $0.00 |
| 1/02/2025 7:42:18 AM EST | Taylor, Keith | Modest Needs Fdn, | Keith Taylor | A2501020742_QK5LF1 | $6,939.61 | | Settled | t0002786 | General | 1573 | 1200113686 | 13402285 | One Time Payment | $0.00 |
| 12/07/2024 4:31:23 PM EST | Taylor, Keith | Modest Needs Fdn, | Keith Taylor | A2412071631_IG1MS5 | $6,939.61 | | Settled | t0002786 | General | 1573 | 1200110925 | 13252313 | One Time Payment | $0.00 |
| 11/11/2024 2:03:08 PM EST | Taylor, Keith | Modest Needs Fdn, | Keith Taylor | A2411111403_LI3SQ4 | $6,939.61 | | Settled | t0002786 | General | 1573 | 1200107523 | 13052581 | One Time Payment | $0.00 |
| 10/16/2024 6:14:41 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | A2410160614_LA5CM8 | $6,939.61 | | Settled | t0002786 | General | 3314 | 1200103910 | 12859526 | One Time Payment | $0.00 |
| 9/13/2024 9:32:10 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2409130932_UI9DA2 | $2,379.22 | | Settled | t0002786 | General | 9574 | 1200099908 | 12632662 | One Time Payment | $70.19 |
| 9/04/2024 8:55:13 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | A2409040855_GH6CR6 | $4,000.00 | | Settled | t0002786 | General | 3314 | 1200098334 | 12551186 | One Time Payment | $0.00 |
| 8/23/2024 2:09:31 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | R2408191428_UG5HQ2 | -$2,000.00 | R01 | Settled | t0002786 | General | | | 12444307 | One Time Payment | $0.00 |
| 8/22/2024 11:03:48 AM EST | Taylor, Keith | Modest Needs Fdn, | Keith Taylor | A2408221103_SD8MZ6 | $2,000.00 | | Settled | t0002786 | General | 1573 | 1200096535 | 12444306 | One Time Payment | $0.00 |
| 8/19/2024 2:28:10 PM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | A2408191428_UG5HQ2 | $2,000.00 | | Settled | t0002786 | General | 3314 | 1200095310 | 12429371 | One Time Payment | $0.00 |
| 8/16/2024 9:03:55 AM EST | Taylor, Keith | Modest Needs Fdn, | Keith Taylor | A2408160903_AC5RG8 | $3,000.00 | | Settled | t0002786 | General | 1573 | 1200095186 | 12424857 | One Time Payment | $0.00 |
| 8/10/2024 8:26:39 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2408100826_SX0IQ3 | $2,500.00 | | Settled | t0002786 | General | 0781 | 1200094949 | 12411655 | One Time Payment | $73.75 |
| 8/08/2024 2:13:08 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | R2408031038_EY1NN7 | -$4,500.00 | R01 | Settled | t0002786 | General | | | 12371810 | One Time Payment | $0.00 |



GOVERNMENT EXHIBIT 4309
24 Cr. 524 (JLR)

| Date | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/03/2024 10:38:49 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | A2408031038_EY1NN7 | $4,500.00 | | Settled | t0002786 | General | 3314 | 1200093556 | 12335516 | One Time Payment | $0.00 |
| 6/25/2024 9:16:15 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | A2406250916_GA1IB6 | $9,736.41 | | Settled | t0002786 | General | 3314 | 1200088119 | 12024244 | One Time Payment | $0.00 |
| 6/10/2024 10:57:40 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | A2406101057_YK9QG6 | $3,750.00 | | Settled | t0002786 | General | 3314 | 1200086477 | 11957718 | One Time Payment | $0.00 |
| 5/02/2024 10:44:54 AM EST | Taylor, Keith | Modest Needs Fdn, | Keith Taylor | A2405021044_HI0RD6 | $6,546.80 | | Settled | t0002786 | General | 1573 | 1200081422 | 11674344 | One Time Payment | $0.00 |
| 3/15/2024 3:09:55 PM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2403151509_EZ4EO3 | $6,546.80 | | Settled | t0002786 | General | 1893 | 1200075591 | 11332266 | One Time Payment | $102.00 |
| 2/15/2024 10:29:12 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2402151029_EZ8NL4 | $6,546.80 | | Settled | t0002786 | General | 9574 | 1200071862 | 11110570 | One Time Payment | $193.13 |
| 12/26/2023 12:08:53 PM EST | Taylor, Keith | Modest Needs Fdn, | Keith Taylor | A2312261208_MY3FT1 | $6,546.80 | | Settled | t0002786 | General | 1573 | 1200068294 | 10685481 | One Time Payment | $0.00 |
| 12/14/2023 7:34:53 PM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2312141934_XW9UV7 | $6,546.80 | | Settled | t0002786 | General | 9485 | 1200067959 | 10664756 | One Time Payment | $102.00 |
| 11/17/2023 12:06:07 PM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2311171206_RP4GT4 | $6,546.80 | | Settled | t0002786 | General | 6686 | 1200066258 | 10457433 | One Time Payment | $102.00 |
| 10/18/2023 12:17:10 PM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2310181217_LY1HI4 | $6,546.80 | | Settled | t0002786 | General | 6686 | 1200064138 | 10238129 | One Time Payment | $102.00 |
| 9/15/2023 12:55:17 PM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2309151255_BH0XV8 | $6,546.80 | | Settled | t0002786 | General | 9485 | 1200061854 | 10008497 | One Time Payment | $102.00 |
| 8/16/2023 11:50:35 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2308161150_JZ4SJ3 | $6,546.80 | | Settled | t0002786 | General | 8116 | 1200059852 | 9801238 | One Time Payment | $102.00 |
| 7/14/2023 9:16:33 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2307140916_US7HY1 | $6,546.80 | | Settled | t0002786 | General | 5555 | 1200057480 | 9563284 | One Time Payment | $193.13 |
| 6/16/2023 9:18:52 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2306160918_KO7KU6 | $6,546.80 | | Settled | t0002786 | General | 8116 | 1200055626 | 9362501 | One Time Payment | $102.00 |
| 5/12/2023 11:05:02 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2305121105_ES8TW8 | $6,546.80 | | Settled | t0002786 | General | 8116 | 1200053670 | 9151950 | One Time Payment | $102.00 |
| 4/12/2023 2:23:45 PM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2304121423_IC6NR8 | $6,546.80 | | Settled | t0002786 | General | 8116 | 1200051842 | 8949866 | One Time Payment | $102.00 |
| 3/13/2023 6:40:56 PM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2303131840_BU0YH8 | $6,546.80 | | Settled | t0002786 | General | 8116 | 1200050173 | 8731985 | One Time Payment | $102.00 |
| 2/12/2023 10:07:38 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2302121007_DA8XW9 | $6,546.80 | | Settled | t0002786 | General | 5555 | 1200048319 | 8536159 | One Time Payment | $193.13 |
| 1/15/2023 11:28:56 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2301151128_MV4EW9 | $6,546.80 | | Settled | t0002786 | General | 8116 | 1200046476 | 8332771 | One Time Payment | $102.00 |

| Date/Time | | | | Transaction ID | Amount | Status | Account | Type | | ID | Ref | Payment Type | Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/10/2022 12:32:53 PM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2212101232_DD2JJ6 | $6,536.80 | Settled | t0002786 | General | 5555 | 1200044406 | 8117396 | One Time Payment | $192.84 |
| 11/03/2022 3:07:57 PM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2211031507_FN9NF7 | $6,546.80 | Settled | t0002786 | General | 5555 | 1200042377 | 7896153 | One Time Payment | $193.13 |
| 10/31/2022 7:31:50 PM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2210311931_GH8PI2 | $10.00 | Settled | t0002786 | General | 5555 | 1200042207 | 7869467 | One Time Payment | $3.00 |
| 10/01/2022 5:13:48 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2210010513_ZM1OY0 | $6,546.80 | Settled | t0002786 | AutoPay | 5555 | 1200040291 | 7640842 | Recurring Payment | $193.13 |
| 9/01/2022 4:24:31 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2209010424_HS7CA7 | $6,546.80 | Settled | t0002786 | AutoPay | 5555 | 1200038459 | 7465158 | Recurring Payment | $193.13 |
| 8/01/2022 4:54:32 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2208010454_UL0AV2 | $6,546.80 | Settled | t0002786 | AutoPay | 5555 | 1200036180 | 7261906 | Recurring Payment | $193.13 |
| 7/01/2022 4:58:22 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2207010458_TG3KS6 | $6,546.80 | Settled | t0002786 | AutoPay | 5555 | 1200034494 | 7089903 | Recurring Payment | $193.13 |
| 6/01/2022 4:27:45 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2206010427_NK0MN1 | $6,546.80 | Settled | t0002786 | AutoPay | 5555 | 1200032656 | 6895810 | Recurring Payment | $193.13 |
| 5/01/2022 4:50:11 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2205010450_HF0GM2 | $6,295.00 | Settled | t0002786 | AutoPay | 5555 | 1200030769 | 6713034 | Recurring Payment | $185.70 |
| 4/01/2022 4:43:23 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | T2204010443_XH5NO6 | $6,295.00 | Settled | t0002786 | AutoPay | 5555 | 1200028995 | 6533761 | Recurring Payment | $185.70 |
| 3/05/2022 5:27:58 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | A2203050527_QZ3NC7 | $6,295.00 | Settled | t0002786 | General | 7166 | 1200027134 | 6352654 | One Time Payment | $0.00 |
| 2/12/2022 10:49:07 AM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | A2202121049_FC8BW3 | $6,295.00 | Settled | t0002786 | General | 7166 | 1200025945 | 6225822 | One Time Payment | $0.00 |
| 1/06/2022 3:52:38 PM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | A2201061552_UA5BR9 | $6,295.00 | Settled | t0002786 | General | 7166 | 1200023755 | 6003624 | One Time Payment | $0.00 |
| 12/15/2021 9:54:06 PM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | A2112152154_FD8RC4 | $6,295.00 | Settled | t0002786 | General | 7166 | 1200022610 | 5868573 | One Time Payment | $0.00 |
| 11/13/2021 6:19:57 PM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | A2111131819_LO4QO6 | $6,295.00 | Settled | t0002786 | General | 7166 | 1200020744 | 5696632 | One Time Payment | $0.00 |
| 10/03/2021 5:24:32 PM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | A2110031724_OY2ZK7 | $12,590.00 | Settled | t0002786 | General | 7166 | 1200017879 | 5457038 | One Time Payment | $0.00 |
| 8/11/2021 5:00:58 PM EST | Taylor, Keith | Taylor, Keith | Keith Taylor | A2108111700_KZ8GR4 | $6,295.00 | Settled | t0002786 | General | 7166 | 1200007040 | 5190814 | One Time Payment | $0.00 |