**Exhibit D**

**Produced to the Court and the Defense in Native**