LSJ43_00077351

**Arrow Apothecary**
803 9th Ave New York, NY 10019
Phone # 212-245-8469

# Transaction By Customer
From 03-13-2023  To 06-05-2025
Page 1 of 12

| Receipt #<br>Date & Time | Item Description<br>Emp ID | Qty | Amount | Discount | Sales Tax | City Tax | County Tax | Total |
|---|---|---|---|---|---|---|---|---|
| TAYLOR, KEITH | | | NEW YORK NY | | 917-794-5063 | | | |
| 173<br>03-23-2023 02:57 PM | Ref# 43104 - 03/23/23; Qty: 30<br>BHAVIN | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 619<br>03-26-2023 05:54 PM | Ref# 44132 - 03/26/23; Qty: 30<br>BHAVIN | 1 | 14.91 | 0.00 | 0.00 | 0.00 | 0.00 | 14.91 |
| 619<br>03-26-2023 05:54 PM | Ref# 44132 - 03/26/23; Qty: 60<br>BHAVIN | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 619<br>03-26-2023 05:54 PM | Ref# 44133 - 03/26/23; Qty: 30<br>BHAVIN | 1 | 8.83 | 0.00 | 0.00 | 0.00 | 0.00 | 8.83 |
| 619<br>03-26-2023 05:54 PM | Ref# 44134 - 03/26/23; Qty: 28<br>BHAVIN | 1 | 14.73 | 0.00 | 0.00 | 0.00 | 0.00 | 14.73 |
| 1260<br>04-03-2023 03:53 PM | Ref# 44793 - 04/03/23; Qty: 28<br>BHAVIN | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 2100<br>04-11-2023 03:00 PM | Ref# 44512A - 04/11/23; Qty: 60<br>JOHNNY | 1 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 |
| 2100<br>04-11-2023 03:00 PM | Ref# 44476 - 04/11/23; Qty: 30<br>JOHNNY | 1 | 14.12 | 0.00 | 0.00 | 0.00 | 0.00 | 14.12 |
| 2100<br>04-11-2023 03:00 PM | Ref# 44731 - 04/11/23; Qty: 30<br>JOHNNY | 1 | 4.71 | 0.00 | 0.00 | 0.00 | 0.00 | 4.71 |
| 2100<br>04-11-2023 03:00 PM | Ref# 07101 - 04/11/23; Qty: 30<br>JOHNNY | 1 | 8.79 | 0.00 | 0.00 | 0.00 | 0.00 | 8.79 |
| 2100<br>04-11-2023 03:00 PM | Ref# 41242 - 04/11/23; Qty: 30<br>JOHNNY | 1 | 7.06 | 0.00 | 0.00 | 0.00 | 0.00 | 7.06 |
| 2100<br>04-11-2023 03:00 PM | Ref# 41423 - 04/11/23; Qty: 30<br>JOHNNY | 1 | 4.53 | 0.00 | 0.00 | 0.00 | 0.00 | 4.53 |
| 3164<br>04-21-2023 03:10 PM | Ref# 45092 - 04/21/23; Qty: 60<br>JOHNNY | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 3164<br>04-21-2023 03:10 PM | Ref# 44977 - 04/21/23; Qty: 30<br>JOHNNY | 1 | 7.47 | 0.00 | 0.00 | 0.00 | 0.00 | 7.47 |
| 3164<br>04-21-2023 03:10 PM | Ref# 43104 - 04/21/23; Qty: 30<br>JOHNNY | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 3316<br>04-22-2023 09:48 AM | Ref# 45360 - 04/22/23; Qty: 30<br>BHAVIN | 1 | 14.91 | 0.00 | 0.00 | 0.00 | 0.00 | 14.91 |
| 3316<br>04-22-2023 09:48 AM | Ref# 45384 - 04/22/23; Qty: 30<br>BHAVIN | 1 | 14.73 | 0.00 | 0.00 | 0.00 | 0.00 | 14.73 |
| 3316<br>04-22-2023 09:48 AM | Ref# 45360 - 04/22/23; Qty: 30<br>BHAVIN | 1 | 8.83 | 0.00 | 0.00 | 0.00 | 0.00 | 8.83 |
| 4551<br>05-01-2023 03:16 PM | Ref# 46377 - 05/01/23; Qty: 20<br>JOHNNY | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 5153<br>05-11-2023 01:37 PM | Ref# 44134 - 05/11/23; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5153<br>05-11-2023 01:37 PM | Ref# 41242 - 05/11/23; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5153<br>05-11-2023 01:37 PM | Ref# 07101 - 05/11/23; Qty: 60<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5153<br>05-11-2023 01:37 PM | Ref# 41423 - 05/11/23; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5153<br>05-11-2023 01:37 PM | Ref# 44476 - 05/11/23; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5153<br>05-11-2023 01:37 PM | Ref# 07101 - 05/11/23; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5986<br>05-19-2023 11:43 AM | Ref# 47384 - 05/18/23; Qty: 30<br>JOHNNY | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 5986<br>05-19-2023 11:43 AM | Ref# 42470 - 05/19/23; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6266<br>05-23-2023 10:40 AM | Ref# 45470 - 05/23/23; Qty: 2<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6266<br>05-23-2023 10:40 AM | Ref# 45470 - 05/23/23; Qty: 14<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

(continued on next page)

GOVERNMENT
EXHIBIT
4411
24 Cr. 524 (JLR)

**Arrow Apothecary**
803 9th Ave New York, NY 10019
Phone #: 212-245-8466

# Transaction By Customer

From: 05-13-2023  To: 06-05-2025

| Receipt # Date & Time | Item Description Emp ID | Qty | Amount | Discount | Sales Tax | City Tax | County Tax | Total |
|---|---|---|---|---|---|---|---|---|
| **TAYLOR, KEITH** | | | NEW YORK NY | 917-794-0383 | | | | |
| 5288 05-23-2023 10:40 AM | Ref# 404571 - 05/23/23; Qty: 4 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6647 05-25-2023 02:56 PM | Ref# 400221 - 05/25/23; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7006 05-30-2023 03:59 PM | Ref# 403222 - 05/30/23; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7006 05-30-2023 03:59 PM | Ref# 403221 - 05/30/23; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7006 05-30-2023 03:59 PM | Ref# 403224 - 05/30/23; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8320 06-12-2023 12:28 PM | Ref# 412342 - 06/12/23; Qty: 30 JOHNNY | 1 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| 8320 06-12-2023 12:28 PM | Ref# 412342 - 06/12/23; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8320 06-12-2023 12:28 PM | Ref# 410737 - 06/12/23; Qty: 60 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8320 06-12-2023 12:28 PM | Ref# 443377 - 06/12/23; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8320 06-12-2023 12:28 PM | Ref# 443377 - 06/12/23; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8320 06-12-2023 12:28 PM | Ref# 443474 - 06/12/23; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8320 06-12-2023 12:28 PM | Ref# 441131 - 06/12/23; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8320 06-12-2023 12:28 PM | Ref# 411430 - 06/12/23; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9444 06-23-2023 09:22 AM | Ref# 426153 - 06/23/23; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9512 06-23-2023 03:54 PM | Ref# 409196 - 06/23/23; Qty: 30 SHAVIN | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9512 06-23-2023 03:54 PM | Ref# 409196 - 06/23/23; Qty: 30 SHAVIN | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9569 06-24-2023 11:18 AM | Ref# 446364 - 06/24/23; Qty: 30 JOHNNY | 1 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| 9796 06-27-2023 02:37 PM | Ref# 426003 - 06/27/23; Qty: 8 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9911 06-29-2023 02:20 PM | Ref# 459558 - 06/29/23; Qty: 10 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9911 06-29-2023 02:20 PM | Ref# 459556 - 06/29/23; Qty: 8 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9911 06-29-2023 02:20 PM | Ref# 459559 - 06/29/23; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10555 07-06-2023 09:52 AM | Ref# 458951 - 07/06/23; Qty: 30 JOHNNY | 1 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| 10555 07-06-2023 09:52 AM | Ref# 442476 - 07/06/23; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11631 07-16-2023 11:50 AM | Ref# 448364 - 07/17/23; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11631 07-16-2023 11:50 AM | Ref# 448364 - 07/17/23; Qty: 30 JOHNNY | 1 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| 11631 07-16-2023 11:50 AM | Ref# 412342 - 07/17/23; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11631 07-16-2023 11:50 AM | Ref# 410737 - 07/17/23; Qty: 60 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

*(continued on next page)*

USAG_00077335

**Arrow Apothecary**
803 9th Ave New York, NY 10019
Phone #: 212-245-8495

Case 1:24-cr-00524-JLR   Document 54-5   Filed 06/10/25   Page 3 of 12

| Receipt #  Date & Time | Item Description  Emp ID | Qty | Amount | Discount | Sales Tax | City Tax | County Tax | Total |
|---|---|---|---|---|---|---|---|---|
| **TAYLOR, KEITH** | | | NEW YORK NY | | 917-794-5083 | | | |
| 11631  07-18-2023, 11:50 AM | Ref# 445077 - 07/17/23, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11631  07-18-2023, 11:50 AM | Ref# 445311 - 07/17/23, Qty: 20  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11631  07-18-2023, 11:50 AM | Ref# 411433 - 07/17/23, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11631  07-18-2023, 11:50 AM | Ref# 457065 - 07/17/23, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11631  07-18-2023, 11:50 AM | TYLENOL PM #24  JOHNNY | 1 | 5.70 | 0.00 | 0.00 | 0.00 | 0.00 | 5.70 |
| 12413  07-26-2023, 04:18 PM | Ref# 462214 - 07/26/23, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12413  07-26-2023, 04:18 PM | Ref# 462312 - 07/26/23, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12413  07-26-2023, 04:18 PM | Ref# 462211 - 07/26/23, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12413  07-26-2023, 04:18 PM | Ref# 462313 - 07/26/23, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14164  08-15-2023, 06:32 PM | Ref# 419737 - 08/15/23, Qty: 60  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14164  08-15-2023, 06:32 PM | Ref# 446364 - 08/15/23, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14164  08-15-2023, 06:32 PM | Ref# 484315 - 08/15/23, Qty: 60  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14164  08-15-2023, 06:32 PM | Ref# 445977 - 08/15/23, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14164  08-15-2023, 06:32 PM | Ref# 457065 - 08/15/23, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14164  08-15-2023, 06:32 PM | Ref# 461033 - 08/15/23, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| R165  08-15-2023, 06:41 PM | Ref# 419737 - 08/15/23, Qty: 60  JOHNNY | -1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| R165  08-15-2023, 06:41 PM | Ref# 446364 - 08/15/23, Qty: 30  JOHNNY | -1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| R165  08-15-2023, 06:41 PM | Ref# 484315 - 08/15/23, Qty: 60  JOHNNY | -1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| R165  08-15-2023, 06:41 PM | Ref# 457065 - 08/15/23, Qty: 30  JOHNNY | -1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| R165  08-15-2023, 06:41 PM | Ref# 445977 - 08/15/23, Qty: 30  JOHNNY | -1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| R165  08-15-2023, 06:41 PM | Ref# 457065 - 08/15/23, Qty: 30  JOHNNY | -1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14323  08-17-2023, 11:57 AM | Ref# 445877 - 08/17/23, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15235  08-29-2023, 09:51 AM | Ref# 465027 - 08/29/23, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15235  08-29-2023, 09:51 AM | Ref# 465030 - 08/29/23, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15235  08-29-2023, 09:51 AM | Ref# 465026 - 08/29/23, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15214  05-06-2023, 11:43 AM | Ref# 464010 - 09/06/23, Qty: 60  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16795  09-14-2023, 01:19 PM | Ref# 467264 - 09/14/23, Qty: 10  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

(continued on next page)

# Arrow Apothecary

903 9th Ave New York, NY 10019
Phone #: 212-245-8489

**Transaction By Customer**
From: 05-13-2023 To: 06-05-2025

| Receipt #<br>Date & Time | Item Description<br>Emp ID | Qty | Amount | Discount | Sales Tax | City Tax | County Tax | Total |
|---|---|---|---|---|---|---|---|---|
| **TAYLOR, KEITH** | | NEW YORK NY | | 917-754-5363 | | | | |
| 16795<br>09-14-2023, 01:19 PM | Ref# 440364 - 09/11/23, Qty: 30<br>JOHNNY | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 16795<br>09-14-2023, 01:19 PM | Ref# 467330 - 09/14/23, Qty: 9<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16795<br>09-14-2023, 01:19 PM | Ref# 464310 - 09/11/23, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16795<br>09-14-2023, 01:19 PM | Ref# 448377 - 09/11/23, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16795<br>09-14-2023, 01:19 PM | Ref# 440476 - 09/11/23, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16795<br>09-14-2023, 01:19 PM | Ref# 440479 - 09/11/23, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16795<br>09-14-2023, 01:19 PM | Ref# 464314 - 09/11/23, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16795<br>09-14-2023, 01:19 PM | COLOIDSDS SF<br>JOHNNY | 2 | 30.58 | 0.00 | 0.00 | 0.00 | 0.00 | 30.58 |
| R186<br>09-14-2023, 01:23 PM | COLOIDSDS SF<br>JOHNNY | -2 | -30.58 | 0.00 | 0.00 | 0.00 | 0.00 | -30.58 |
| 17915<br>09-26-2023, 01:14 PM | Ref# 468444 - 09/26/23, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17915<br>09-26-2023, 01:14 PM | Ref# 468445 - 09/26/23, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17915<br>09-26-2023, 01:14 PM | Ref# 468443 - 09/26/23, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17367<br>09-27-2023, 04:55 PM | Ref# 468617 - 09/27/23, Qty: 60<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18364<br>10-13-2023, 12:19 PM | Ref# 440364 - 10/13/23, Qty: 30<br>JOHNNY | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 18364<br>10-13-2023, 12:19 PM | Ref# 464510 - 10/13/23, Qty: 40<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18364<br>10-13-2023, 12:19 PM | Ref# 440377 - 10/13/23, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18364<br>10-13-2023, 12:19 PM | Ref# 440476 - 10/13/23, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18364<br>10-13-2023, 12:19 PM | Ref# 464314 - 10/13/23, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20588<br>10-27-2023, 12:11 PM | Ref# 471051 - 10/27/23, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20588<br>10-27-2023, 12:11 PM | Ref# 471545 - 10/27/23, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20588<br>10-27-2023, 12:11 PM | Ref# 471050 - 10/27/23, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21420<br>11-06-2023, 10:28 AM | Ref# 472244 - 11/06/23, Qty: 30<br>SHAVIN | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22007<br>11-11-2023, 01:50 PM | Ref# 440364 - 11/11/23, Qty: 30<br>JOHNNY | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 22007<br>11-11-2023, 01:50 PM | Ref# 464310 - 11/11/23, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22007<br>11-11-2023, 01:50 PM | Ref# 464510 - 11/11/23, Qty: 40<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

*(continued on next page)*

**Arrow Apothecary**
603 9th Ave New York, NY 10019
Phone #: 212-245-8465

# Transaction By Customer

| Receipt # Date & Time | Item Description Emp ID | Qty | Amount | Discount | Sales Tax | City Tax | County Tax | Total |
|---|---|---|---|---|---|---|---|---|
| **TAYLOR, KEITH** | | | NEW YORK NY | | 617-794-5063 | | | |
| 22007 11-11-2023 01:00 PM | Ref #45677 - 11/11/23. Qty: 30   JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22007 11-11-2023 01:00 PM | Ref #45674 - 11/11/23. Qty: 30   JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22007 11-11-2023 01:00 PM | Ref #46414 - 11/11/23. Qty: 30   JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22116 11-20-2023 11:57 AM | Ref #75656 - 11/20/23. Qty: 28   JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22116 11-20-2023 11:57 AM | Ref #10403 - 11/24/23. Qty: 30   JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23059 11-24-2023 10:58 AM | Ref #10452 - 11/24/23. Qty: 30   JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23059 11-24-2023 10:58 AM | Ref #10461 - 11/24/23. Qty: 30   JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24886 12-13-2023 11:36 AM | ONETOUCH STRIP 50 STP | 1 | 106.78 | 0.00 | 9.65 | 0.00 | 0.00 | 116.43 |
| 24886 12-13-2023 11:36 AM | Ref #46310 - 12/13/23. Qty: 30   JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24886 12-13-2023 11:34 AM | Ref #46364 - 12/13/23. Qty: 60   JOHNNY | 1 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| 24886 12-13-2023 11:34 AM | Ref #46410 - 12/13/23. Qty: 60   JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24886 12-13-2023 11:36 AM | Ref #46571 - 12/13/23. Qty: 30   JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24886 12-13-2023 11:36 AM | Ref #46414 - 12/13/23. Qty: 30   JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24886 12-13-2023 11:36 AM | Ref #70254 - 12/13/23. Qty: 30   JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26307 12-29-2023 10:21 AM | Ref #76561 - 12/29/23. Qty: 30   JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26307 12-29-2023 10:21 AM | Ref #76268 - 12/29/23. Qty: 90   JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26307 12-29-2023 10:21 AM | Ref #76563 - 12/29/23. Qty: 30   JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27453 01-11-2024 08:31 AM | Ref #46410 - 01/10/24. Qty: 30   JOHNNY | 1 | 165.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.00 |
| 27453 01-11-2024 08:31 AM | Ref #46415 - 01/10/24. Qty: 30   JOHNNY | 1 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 1.34 |
| 27453 01-11-2024 08:31 AM | Ref #46571 - 01/10/24. Qty: 30   JOHNNY | 1 | 7.14 | 0.00 | 0.00 | 0.00 | 0.00 | 7.14 |
| 27453 01-11-2024 08:31 AM | Ref #46364 - 01/10/24. Qty: 60   JOHNNY | 1 | 13.66 | 0.00 | 0.00 | 0.00 | 0.00 | 13.66 |
| 27453 01-11-2024 08:31 AM | Ref #70254 - 01/10/24. Qty: 30   JOHNNY | 1 | 8.47 | 0.00 | 0.00 | 0.00 | 0.00 | 8.47 |
| 27453 01-11-2024 08:31 AM | Ref #46314 - 01/10/24. Qty: 30   JOHNNY | 1 | 4.25 | 0.00 | 0.00 | 0.00 | 0.00 | 4.25 |
| 28429 01-22-2024 12:55 PM | Ref #46364 - 01/22/24. Qty: 30   BHAVIN | 1 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| 29686 01-26-2024 11:51 AM | Ref #81274 - 01/26/24. Qty: 30   JOHNNY | 1 | 8.47 | 0.00 | 0.00 | 0.00 | 0.00 | 8.47 |
| 29686 01-26-2024 11:51 AM | Ref #81272 - 01/26/24. Qty: 90   JOHNNY | 1 | 14.44 | 0.00 | 0.00 | 0.00 | 0.00 | 14.44 |
| 29686 01-26-2024 11:51 AM | Ref #81271 - 01/26/24. Qty: 30   JOHNNY | 1 | 14.27 | 0.00 | 0.00 | 0.00 | 0.00 | 14.27 |

(continued on next page)

**Arrow Apothecary**
603 9th Ave New York, NY 10019
Phone #: 212-245-8466

# Transaction By Customer

From: 03-13-2023  To: 06-05-2025
Page 6 of 12

| Receipt #<br>Date & Time | Item Description<br>Emp ID | Qty | Amount | Discount | Sales Tax | City Tax | County Tax | Total |
|---|---|---|---|---|---|---|---|---|
| **TAYLOR, KEITH** | | | NEW YORK NY | | 917-794-5063 | | | |
| 29999<br>01-26-2024 11:51 AM | Ref# 45172 - 01/26/24- Qty: 30<br>JOHNNY | 1 | 12.87 | 0.00 | 0.00 | 0.00 | 0.00 | 12.87 |
| 30200<br>02-10-2024 11:56 AM | Ref# 44377 - 02/10/24- Qty: 30<br>BHAVIN | 1 | 7.14 | 0.00 | 0.00 | 0.00 | 0.00 | 7.14 |
| 30200<br>02-10-2024 11:56 AM | Ref# 44410 - 02/10/24- Qty: 30<br>BHAVIN | 1 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 1.34 |
| 30200<br>02-10-2024 11:56 AM | Ref# 47025A - 02/10/24- Qty: 30<br>BHAVIN | 1 | 9.47 | 0.00 | 0.00 | 0.00 | 0.00 | 9.47 |
| 30200<br>02-10-2024 11:56 AM | Ref# 44413A - 02/10/24- Qty: 30<br>BHAVIN | 1 | 4.20 | 0.00 | 0.00 | 0.00 | 0.00 | 4.20 |
| 30323<br>02-12-2024 02:52 PM | Ref# 45204A - 02/12/24- Qty: 90<br>JOHNNY | 1 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 |
| 30323<br>02-12-2024 02:52 PM | Ref# 45290A - 02/12/24- Qty: 30<br>JOHNNY | 1 | 13.86 | 0.00 | 0.00 | 0.00 | 0.00 | 13.86 |
| 30901<br>02-19-2024 09:32 AM | Ref# 45202 - 02/19/24- Qty: 30<br>BHAVIN | 1 | 4.57 | 0.00 | 0.00 | 0.00 | 0.00 | 4.57 |
| 30901<br>02-19-2024 09:32 AM | Ref# 45202 - 02/19/24- Qty: 9<br>BHAVIN | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 30902<br>02-19-2024 10:11 AM | Ref# 45349 - 02/19/24- Qty: 30<br>BHAVIN | 1 | 11.35 | 0.00 | 0.00 | 0.00 | 0.00 | 11.35 |
| 30902<br>02-19-2024 10:11 AM | Ref# 45345A - 02/19/24- Qty: 30<br>BHAVIN | 1 | 8.88 | 0.00 | 0.00 | 0.00 | 0.00 | 8.88 |
| 30902<br>02-19-2024 10:11 AM | Ref# 45483 - 02/19/24- Qty: 30<br>BHAVIN | 1 | 10.12 | 0.00 | 0.00 | 0.00 | 0.00 | 10.12 |
| 30902<br>02-19-2024 10:11 AM | Ref# 45402 - 02/19/24- Qty: 30<br>BHAVIN | 1 | 11.22 | 0.00 | 0.00 | 0.00 | 0.00 | 11.22 |
| 30905<br>02-25-2024 10:51 AM | Ref# 44638A - 02/25/24- Qty: 30<br>JOHNNY | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 32606<br>03-11-2024 01:29 PM | Ref# 47025A - 03/11/24- Qty: 30<br>BHAVIN | 1 | 5.11 | 0.00 | 0.00 | 0.00 | 0.00 | 5.11 |
| 32606<br>03-11-2024 01:29 PM | Ref# 45268A - 03/11/24- Qty: 9<br>BHAVIN | 1 | 1.99 | 0.00 | 0.00 | 0.00 | 0.00 | 1.99 |
| 32606<br>03-11-2024 01:29 PM | Ref# 45694 - 03/11/24- Qty: 90<br>BHAVIN | 1 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 |
| 32606<br>03-11-2024 01:29 PM | Ref# 45205 - 03/11/24- Qty: 30<br>BHAVIN | 1 | 10.74 | 0.00 | 0.00 | 0.00 | 0.00 | 10.74 |
| 32612<br>03-11-2024 01:29 PM | Ref# 45692 - 03/11/24- Qty: 30<br>BHAVIN | 1 | 3.37 | 0.00 | 0.00 | 0.00 | 0.00 | 3.37 |
| 32612<br>03-11-2024 01:29 PM | Ref# 45693 - 03/11/24- Qty: 90<br>BHAVIN | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 33151<br>03-14-2024 02:55 PM | Ref# 46618D - 03/14/24- Qty: 10<br>JOHNNY | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 33151<br>03-14-2024 02:55 PM | Ref# 46618G - 03/14/24- Qty: 10<br>JOHNNY | 1 | 2.54 | 0.00 | 0.00 | 0.00 | 0.00 | 2.54 |
| 33905<br>03-23-2024 10:45 AM | Ref# 47016 - 03/23/24- Qty: 30<br>JOHNNY | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 33933<br>03-25-2024 09:31 AM | Ref# 46100 - 03/25/24- Qty: 30<br>JOHNNY | 1 | 10.12 | 0.00 | 0.00 | 0.00 | 0.00 | 10.12 |
| 33933<br>03-25-2024 09:31 AM | Ref# 45702 - 03/25/24- Qty: 30<br>JOHNNY | 1 | 8.88 | 0.00 | 0.00 | 0.00 | 0.00 | 8.88 |
| 33933<br>03-25-2024 09:31 AM | Ref# 45701 - 03/25/24- Qty: 30<br>JOHNNY | 1 | 11.35 | 0.00 | 0.00 | 0.00 | 0.00 | 11.35 |
| 33933<br>03-25-2024 09:31 AM | Ref# 45704 - 03/25/24- Qty: 30<br>JOHNNY | 1 | 11.22 | 0.00 | 0.00 | 0.00 | 0.00 | 11.22 |
| 35430<br>04-09-2024 03:43 PM | Ref# 47025A - 04/09/24- Qty: 30<br>JOHNNY | 1 | 5.11 | 0.00 | 0.00 | 0.00 | 0.00 | 5.11 |
| 35430<br>04-09-2024 03:43 PM | Ref# 466948 - 04/08/24- Qty: 6<br>JOHNNY | 1 | 3.99 | 0.00 | 0.00 | 0.00 | 0.00 | 3.99 |

(continued on next page)

USAO_00077109

**Arrow Apothecary**
663 9th Ave New York, NY 10019
Phone # 212-245-8460

# Transaction By Customer

| Receipt #<br>Date & Time | Item Description<br>Emp ID | Qty | Amount | Discount | Sales Tax | City Tax | County Tax | Total |
|---|---|---|---|---|---|---|---|---|
| 33433<br>04-09-2024 03:43 PM | Ref# 469494 - 04/08/24, Qty: 8<br>JOHNNY | 1 | 4.61 | 0.00 | 0.00 | 0.00 | 0.00 | 4.61 |
| 33435<br>04-09-2024 03:43 PM | Ref# 469495 - 04/08/24, Qty: 20<br>JOHNNY | 1 | 0.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.90 |
| 33429<br>04-10-2024 09:57 AM | Ref# 469495 - 04/10/24, Qty: 30<br>JOHNNY | 1 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| 33815<br>04-15-2024 09:55 AM | Ref# 469503 - 04/15/24, Qty: 30<br>JOHNNY | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 33816<br>04-15-2024 09:55 AM | Ref# 469472 - 04/15/24, Qty: 60<br>JOHNNY | 1 | 1.08 | 0.00 | 0.00 | 0.00 | 0.00 | 1.08 |
| 33818<br>04-15-2024 09:55 AM | Ref# 462596 - 04/15/24, Qty: 30<br>JOHNNY | 1 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 |
| 33819<br>04-15-2024 09:55 AM | Ref# 469506 - 04/15/24, Qty: 30<br>JOHNNY | 1 | 10.74 | 0.00 | 0.00 | 0.00 | 0.00 | 10.74 |
| 35983<br>04-16-2024 01:13 PM | Ref# 469511 - 04/16/24, Qty: 60<br>JOHNNY | 1 | 3.57 | 0.00 | 0.00 | 0.00 | 0.00 | 3.57 |
| 35983<br>04-16-2024 01:13 PM | Ref# 469505 - 04/16/24, Qty: 40<br>JOHNNY | 1 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| 36288<br>04-19-2024 11:01 AM | Ref# 469505 - 04/19/24, Qty: 30<br>JOHNNY | 1 | 8.98 | 0.00 | 0.00 | 0.00 | 0.00 | 8.98 |
| 36289<br>04-19-2024 11:01 AM | Ref# 469625 - 04/19/24, Qty: 30<br>JOHNNY | 1 | 10.12 | 0.00 | 0.00 | 0.00 | 0.00 | 10.12 |
| 36288<br>04-19-2024 11:01 AM | Ref# 469627 - 04/19/24, Qty: 30<br>JOHNNY | 1 | 11.35 | 0.00 | 0.00 | 0.00 | 0.00 | 11.35 |
| 36590<br>04-23-2024 12:46 PM | Ref# 469636 - 04/23/24, Qty: 30<br>JOHNNY | 1 | 11.22 | 0.00 | 0.00 | 0.00 | 0.00 | 11.22 |
| 36590<br>04-23-2024 12:46 PM | Ref# 469636 - 04/23/24, Qty: 30<br>JOHNNY | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 38526<br>05-10-2024 10:02 AM | Ref# 473254 - 05/10/24, Qty: 30<br>SHAVIN | 1 | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 |
| 38526<br>05-10-2024 10:02 AM | Ref# 469542 - 05/10/24, Qty: 60<br>SHAVIN | 1 | 1.08 | 0.00 | 0.00 | 0.00 | 0.00 | 1.08 |
| 38525<br>05-10-2024 10:02 AM | Ref# 462640 - 05/10/24, Qty: 40<br>SHAVIN | 1 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 |
| 38526<br>05-10-2024 10:02 AM | Ref# 469511 - 05/10/24, Qty: 30<br>SHAVIN | 1 | 3.37 | 0.00 | 0.00 | 0.00 | 0.00 | 3.37 |
| 38525<br>05-10-2024 10:02 AM | Ref# 469505 - 05/10/24, Qty: 90<br>SHAVIN | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 38525<br>05-10-2024 10:02 AM | Ref# 469506 - 05/10/24, Qty: 30<br>SHAVIN | 1 | 10.74 | 0.00 | 0.00 | 0.00 | 0.00 | 10.74 |
| 39259<br>05-23-2024 10:11 AM | Ref# 473550 - 05/23/24, Qty: 28<br>JOHNNY | 1 | 64.00 | 0.00 | 0.00 | 0.00 | 0.00 | 64.00 |
| 39259<br>05-23-2024 10:11 AM | Ref# 469636 - 05/23/24, Qty: 30<br>JOHNNY | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 39439<br>05-24-2024 06:17 PM | Ref# 469133 - 05/24/24, Qty: 30<br>SHAVIN | 1 | 10.28 | 0.00 | 0.00 | 0.00 | 0.00 | 10.28 |
| 39438<br>05-24-2024 06:17 PM | Ref# 469133 - 05/24/24, Qty: 30<br>SHAVIN | 1 | 6.05 | 0.00 | 0.00 | 0.00 | 0.00 | 6.05 |
| 39438<br>05-24-2024 06:17 PM | Ref# 469134 - 05/24/24, Qty: 30<br>SHAVIN | 1 | 9.17 | 0.00 | 0.00 | 0.00 | 0.00 | 9.17 |
| 39438<br>05-24-2024 06:17 PM | Ref# 469134 - 05/24/24, Qty: 30<br>SHAVIN | 1 | 10.10 | 0.00 | 0.00 | 0.00 | 0.00 | 10.10 |
| 40746<br>06-10-2024 03:11 PM | Ref# 462540 - 06/10/24, Qty: 60<br>JOHNNY | 1 | 1.01 | 0.00 | 0.00 | 0.00 | 0.00 | 1.01 |
| 40746<br>06-10-2024 03:11 PM | Ref# 462596 - 06/10/24, Qty: 30<br>JOHNNY | 1 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 |
| 40746<br>06-10-2024 03:11 PM | Ref# 469511 - 06/10/24, Qty: 30<br>JOHNNY | 1 | 3.57 | 0.00 | 0.00 | 0.00 | 0.00 | 3.57 |

(continued on next page)

US-AG_0007110

**Arrow Apothecary**
863 9th Ave New York, NY 10019
Phone #: 212-245-9466

# Transaction By Customer

Case 1:24-cr-00524-JLR    Document 54-5    Filed 06/10/25    Page 8 of 12

| Receipt #<br>Date & Time | Item Description<br>Emp ID | Qty | Amount | Discount | Sales Tax | City Tax | County Tax | Total |
|---|---|---|---|---|---|---|---|---|
| **TAYLOR, KEITH** | NEW YORK NY    611-794-5063 | | | | | | | |
| 40746<br>06-10-2024 03:11 PM | Ref #40903 - 06/10/24, Qty: 90<br>JOHNNY | 1 | 14.82 | 0.00 | 0.00 | 0.00 | 0.00 | 14.82 |
| 40746<br>06-10-2024 03:11 PM | Ref #40904 - 06/10/24, Qty: 30<br>JOHNNY | 1 | 9.73 | 0.00 | 0.00 | 0.00 | 0.00 | 9.73 |
| 40746<br>06-10-2024 03:11 PM | Ref #70204 - 06/10/24, Qty: 30<br>JOHNNY | 1 | 4.93 | 0.00 | 0.00 | 0.00 | 0.00 | 4.93 |
| 41682<br>06-24-2024 01:32 PM | Ref #0441 - 06/24/24, Qty: 30<br>JOHNNY | 1 | 10.28 | 0.00 | 0.00 | 0.00 | 0.00 | 10.28 |
| 41682<br>06-24-2024 01:32 PM | Ref #0443 - 06/24/24, Qty: 30<br>JOHNNY | 1 | 1.77 | 0.00 | 0.00 | 0.00 | 0.00 | 1.77 |
| 41682<br>06-24-2024 01:32 PM | Ref #0444 - 06/24/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 41682<br>06-24-2024 01:32 PM | Ref #0445n - 06/24/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 43043<br>07-15-2024 01:51 PM | Ref #0705 - 07/15/24, Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 43063<br>07-16-2024 06:40 PM | Ref #46049 - 07/16/24, Qty: 30<br>JOHNNY | 1 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| 43063<br>07-16-2024 06:40 PM | Ref #46310 - 07/16/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 43063<br>07-16-2024 06:40 PM | Ref #0726n - 07/16/24, Qty: 60<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 43063<br>07-16-2024 06:40 PM | Ref #46311 - 07/16/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 43063<br>07-16-2024 06:40 PM | Ref #0725n - 07/16/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 44281<br>07-24-2024 09:44 AM | Ref #0707t - 07/24/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 44281<br>07-24-2024 09:44 AM | Ref #0724 - 07/24/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 44281<br>07-24-2024 09:44 AM | Ref #0872 - 07/24/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 44281<br>07-24-2024 09:44 AM | Ref #0873 - 07/24/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 45870<br>08-12-2024 04:11 PM | Ref #0838 - 08/12/24, Qty: 60<br>JOHNNY | 1 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| 45870<br>08-12-2024 04:11 PM | Ref #0831t - 08/12/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 45870<br>08-12-2024 04:11 PM | Ref #0831t - 08/12/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 45870<br>08-12-2024 04:11 PM | Ref #0906 - 08/12/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 45870<br>08-12-2024 04:11 PM | Ref #0724n - 08/12/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 46965<br>08-23-2024 12:07 PM | Ref #00354 - 08/23/24, Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 46965<br>08-23-2024 12:07 PM | Ref #00355 - 08/23/24, Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 46965<br>08-23-2024 12:07 PM | Ref #00353 - 08/23/24, Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 48078<br>09-09-2024 11:01 AM | Ref #07201 - 09/09/24, Qty: 30<br>JOHNNY | 1 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| 48078<br>09-09-2024 11:01 AM | Ref #00916 - 09/09/24, Qty: 30<br>JOHNNY | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |

*(continued on next page)*

USA0_00077111

**Arrow Apothecary**
603 9th Ave New York, NY 10019
Phone #: 212-245-8466

**Transaction By Customer**
From: 03-13-2023  To: 06-05-2025
Page 9 of 12

| Receipt # Date & Time | Item Description Emp ID | Qty | Amount | Discount | Sales Tax | City Tax | County Tax | Total |
|---|---|---|---|---|---|---|---|---|
| **TAYLOR, KEITH** | | | NEW YORK NY | | 917-794-0363 | | | |
| 48078 09-09-2024  11:01 AM | Ref#:#65011 - 05/09/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 48078 09-09-2024  11:01 AM | Ref#:#65204 - 06/09/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 48078 09-09-2024  11:01 AM | Ref#:#72254 - 08/09/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 48031 09-16-2024  12:54 PM | Ref#:50311 - 08/16/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 48031 09-16-2024  12:54 PM | Ref#:92459 - 09/16/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 48031 09-16-2024  12:54 PM | Ref#:92410 - 09/16/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 48031 09-16-2024  12:54 PM | Ref#:80936 - 10/08/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50683 10-08-2024  04:28 PM | Ref#:87291 - 10/08/24; Qty: 60 JOHNNY | 1 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 50683 10-08-2024  04:28 PM | Ref#:49288 - 10/08/24; Qty: 30 JOHNNY | 1 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 50683 10-08-2024  04:28 PM | Ref#:49511 - 10/08/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50683 10-08-2024  04:28 PM | Ref#:47254 - 10/08/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 51406 10-16-2024  04:30 PM | Ref#:90114 - 10/16/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 51406 10-16-2024  04:30 PM | Ref#:90112 - 10/16/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 51406 10-16-2024  04:30 PM | Ref#:90113 - 10/16/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 52752 11-04-2024  09:10 AM | Ref#:54154 - 11/04/24; Qty: 30 MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 53846 11-13-2024  11:42 AM | Ref#:52177 - 11/13/24; Qty: 30 MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 53846 11-13-2024  11:42 AM | Ref#:52291 - 11/13/24; Qty: 60 MARIA | 1 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 53846 11-13-2024  11:42 AM | Ref#:52190 - 11/13/24; Qty: 30 MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 53846 11-13-2024  11:42 AM | Ref#:85511 - 11/13/24; Qty: 30 MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 53846 11-13-2024  11:42 AM | Ref#:52179 - 11/13/24; Qty: 60 MARIA | 1 | 3.70 | 0.00 | 0.00 | 0.00 | 0.00 | 3.70 |
| 54256 11-21-2024  10:22 AM | Ref#:57903 - 11/21/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 54256 11-21-2024  10:22 AM | Ref#:57989 - 11/21/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 54256 11-21-2024  10:22 AM | Ref#:57903 - 11/21/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 54256 11-21-2024  10:22 AM | Ref#:57902 - 11/21/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 56100 12-13-2024  10:41 AM | Ref#:82178 - 12/09/24; Qty: 60 JOHNNY | 1 | 3.70 | 0.00 | 0.00 | 0.00 | 0.00 | 3.70 |
| 56100 12-13-2024  10:41 AM | Ref#:82179 - 12/09/24; Qty: 30 JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

(continued on next page)

USAG_00077112

# Arrow Apothecary

603 9th Ave New York, NY 10018
Phone #: 212-245-8465

| Receipt #<br>Date & Time | Item Description<br>Emp ID | Qty | Amount | Discount | Sales Tax | City Tax | County Tax | Total |
|---|---|---|---|---|---|---|---|---|
| **TAYLOR, KEITH** | | NEW YORK NY | 617-794-5063 | | | | | |
| 56190<br>12-13-2024, 10:41 AM | Ref:507971 - 12/09/24, Qty: 60<br>JOHNNY | 1 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 56190<br>12-13-2024, 10:41 AM | Ref:507180 - 12/09/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 56190<br>12-13-2024, 10:41 AM | Ref:507177 - 12/09/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 56190<br>12-13-2024, 10:41 AM | Ref:465511 - 12/09/24, Qty: 90<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 56181<br>12-13-2024, 10:41 AM | Ref:504184 - 12/09/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 56586<br>12-17-2024, 06:08 PM | Ref:510119 - 12/17/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 56586<br>12-17-2024, 06:08 PM | Ref:510116 - 12/17/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 56586<br>12-17-2024, 06:08 PM | Ref:510111 - 12/17/24, Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 58419<br>01-11-2025, 10:35 AM | Ref:507971 - 01/11/25, Qty: 60<br>JACOBO | 1 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| 58419<br>01-11-2025, 10:35 AM | Ref:507178 - 01/11/25, Qty: 30<br>JACOBO | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 58419<br>01-11-2025, 10:35 AM | Ref:507177 - 01/11/25, Qty: 30<br>JACOBO | 1 | 3.19 | 0.00 | 0.00 | 0.00 | 0.00 | 3.19 |
| 58419<br>01-11-2025, 10:35 AM | Ref:507176 - 01/11/25, Qty: 60<br>JACOBO | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 58419<br>01-11-2025, 10:35 AM | Ref:465511 - 01/11/25, Qty: 90<br>JACOBO | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 58419<br>01-11-2025, 10:35 AM | Ref:504184 - 01/11/25, Qty: 30<br>JACOBO | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 58706<br>01-14-2025, 06:22 PM | Ref:461787 - 01/14/25, Qty: 2<br>JOHNNY | 1 | 24.99 | 0.00 | 0.00 | 0.00 | 0.00 | 24.99 |
| 59046<br>01-17-2025, 06:37 PM | Ref:512005 - 01/17/25, Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 59046<br>01-17-2025, 06:37 PM | Ref:512006 - 01/17/25, Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 59046<br>01-17-2025, 06:37 PM | Ref:512007 - 01/17/25, Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 59046<br>01-17-2025, 06:37 PM | Ref:512004 - 01/17/25, Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60719<br>02-08-2025, 10:00 AM | Ref:512052 - 02/04/25, Qty: 30<br>GEDSON | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60719<br>02-08-2025, 10:00 AM | Ref:507176 - 02/04/25, Qty: 60<br>GEDSON | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60719<br>02-08-2025, 10:00 AM | Ref:507971 - 02/04/25, Qty: 60<br>GEDSON | 1 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 60719<br>02-08-2025, 10:00 AM | Ref:507180 - 02/04/25, Qty: 30<br>GEDSON | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60719<br>02-08-2025, 10:00 AM | Ref:507177 - 02/04/25, Qty: 30<br>GEDSON | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60719<br>02-08-2025, 10:00 AM | Ref:507179 - 02/04/25, Qty: 60<br>GEDSON | 1 | 3.19 | 0.00 | 0.00 | 0.00 | 0.00 | 3.19 |
| 60719<br>02-08-2025, 10:00 AM | Ref:465511 - 02/04/25, Qty: 30<br>GEDSON | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60719<br>02-08-2025, 10:00 AM | Ref:461787 - 02/04/25, Qty: 2<br>GEDSON | 1 | 24.99 | 0.00 | 0.00 | 0.00 | 0.00 | 24.99 |

(continued on next page)

US-A/I_00077113

**Arrow Apothecary**
803 9th Ave New York, NY 10019
Phone # 212-245-8465

**Transaction By Customer**
From: 03-13-2023 To: 06-05-2025

Case 1:24-cr-00524-JLR    Document 54-5    Filed 06/10/25    Page 11 of 12

**TAYLOR, KEITH**    NEW YORK NY    917-794-5363

| Receipt #<br>Date & Time | Item Description<br>Emp ID | Qty | Amount | Discount | Sales Tax | City Tax | County Tax | Total |
|---|---|---|---|---|---|---|---|---|
| 61459<br>02-18-2025 02:55 PM | Ref 013376 - 02/18/25; Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61459<br>02-18-2025 02:55 PM | Ref 013380 - 02/18/25; Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61459<br>02-18-2025 02:55 PM | Ref 013377 - 02/18/25; Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61459<br>02-18-2025 02:55 PM | Ref 013376 - 02/18/25; Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61459<br>02-18-2025 02:55 PM | Ref 013119 - 02/18/25; Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 62467<br>03-03-2025 01:29 PM | Ref 02791 - 03/03/25; Qty: 60<br>MARIA | 1 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 62467<br>03-03-2025 01:29 PM | Ref 027180 - 03/03/25; Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 62467<br>03-03-2025 01:29 PM | Ref 027177 - 03/03/25; Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 62467<br>03-03-2025 01:29 PM | Ref 02776 - 03/03/25; Qty: 60<br>MARIA | 1 | 3.19 | 0.00 | 0.00 | 0.00 | 0.00 | 3.19 |
| 62467<br>03-03-2025 01:29 PM | Ref 006511 - 03/03/25; Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 62467<br>03-03-2025 01:29 PM | Ref 012302 - 03/03/25; Qty: 30<br>MARIA | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 63126<br>03-11-2025 11:06 AM | Ref 01162 - 03/10/25; Qty: 2<br>JOHNNY | 1 | 24.99 | 0.00 | 0.00 | 0.00 | 0.00 | 24.99 |
| 63417<br>03-14-2025 09:44 AM | Ref 017112 - 03/14/25; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 63417<br>03-14-2025 09:44 AM | Ref 017110 - 03/14/25; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 63417<br>03-14-2025 09:44 AM | Ref 017114 - 03/14/25; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 63417<br>03-14-2025 09:44 AM | Ref 017113 - 03/14/25; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60348<br>04-06-2025 02:44 PM | Ref 007178 - 03/31/25; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60348<br>04-06-2025 02:44 PM | Ref 02791 - 03/31/25; Qty: 60<br>JOHNNY | 1 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 60348<br>04-06-2025 02:44 PM | Ref 027180 - 03/31/25; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60348<br>04-06-2025 02:44 PM | Ref 027177 - 03/31/25; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60348<br>04-06-2025 02:44 PM | Ref 02776 - 03/31/25; Qty: 60<br>JOHNNY | 1 | 3.19 | 0.00 | 0.00 | 0.00 | 0.00 | 3.19 |
| 60348<br>04-06-2025 02:44 PM | Ref 016476 - 03/31/25; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60348<br>04-06-2025 02:44 PM | Ref 01162 - 04/06/25; Qty: 2<br>JOHNNY | 1 | 24.99 | 0.00 | 0.00 | 0.00 | 0.00 | 24.99 |
| 60348<br>04-06-2025 02:44 PM | Ref 012302 - 03/31/25; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 66246<br>04-21-2025 01:38 PM | Ref 020934 - 04/21/25; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 66246<br>04-21-2025 01:38 PM | Ref 02552 - 04/21/25; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 66246<br>04-21-2025 01:38 PM | Ref 020906 - 04/21/25; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 66246<br>04-21-2025 01:38 PM | Ref 020905 - 04/21/25; Qty: 30<br>JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 67811<br>05-15-2025 01:44 PM | Ref 001116 - 04/24/25; Qty: 30<br>JACOBO | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

(continued on next page)

Case 1:24-cr-00524-JLR    Document 54-5    Filed 06/10/25    Page 12 of 12

LSJ43_00077114

**Arrow Apothecary**
863 9th Ave New York, NY 10019
Phone # 212-245-6466

| Receipt # Date & Time | Item Description Emp ID | Qty | Amount | Discount | Sales Tax | City Tax | County Tax | Total |
|---|---|---|---|---|---|---|---|---|
| **TAYLOR, KEITH** | | | NEW YORK NY | | 917-794-5363 | | | |
| 67611 05-10-2025 01:44 PM | Ref# 516858 - 04/24/25, Qty: 60  JACOBO | 1 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 67611 05-10-2025 01:44 PM | Ref# 507180 - 04/24/25, Qty: 60  JACOBO | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 67611 05-10-2025 01:44 PM | Ref# 507177 - 04/24/25, Qty: 30  JACOBO | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 67611 05-10-2025 01:44 PM | Ref# 507176 - 04/24/25, Qty: 60  JACOBO | 1 | 3.19 | 0.00 | 0.00 | 0.00 | 0.00 | 3.19 |
| 67611 05-10-2025 01:44 PM | Ref# 516478 - 04/24/25, Qty: 30  JACOBO | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 67611 05-10-2025 01:44 PM | Ref# 521691 - 05/09/25, Qty: 2  JACOBO | 1 | 24.99 | 0.00 | 0.00 | 0.00 | 0.00 | 24.99 |
| 67611 05-10-2025 01:44 PM | Ref# 512552 - 04/24/25, Qty: 30  JACOBO | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 67615 05-10-2025 02:21 PM | NEXIUM 20 CT JACOBO | 1 | 31.19 | 0.00 | 0.00 | 0.00 | 0.00 | 31.19 |
| 66765 05-23-2025 11:47 AM | Ref# 507178 - 05/18/25, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 66765 05-23-2025 11:47 AM | Ref# 522943 - 05/21/25, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 66765 05-23-2025 11:47 AM | Ref# 522940 - 05/21/25, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 66765 05-23-2025 11:47 AM | Ref# 507180 - 05/18/25, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 66765 05-23-2025 11:47 AM | Ref# 512552 - 05/21/25, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 66765 05-23-2025 11:47 AM | Ref# 522941 - 05/21/25, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 66765 05-23-2025 11:47 AM | Ref# 507177 - 05/18/25, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 66765 05-23-2025 11:47 AM | Ref# 516476 - 05/18/25, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 66765 05-23-2025 11:47 AM | Ref# 512552 - 05/18/25, Qty: 30  JOHNNY | 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Records : 536** | | 522 | 2,594.72 | 0.00 | 9.65 | 0.00 | 0.00 | 2,604.37 |