| | |
|---|---|
| **From:** | Mark, Eli (USANYS) |
| **To:** | Brian Ketcham; sabrina shroff |
| **Cc:** | Delfiner, Rebecca (USANYS); Mandilk, James (USANYS) |
| **Subject:** | RE: US v. Taylor, 24 Cr. 524 (JLR) |
| **Date:** | Wednesday, June 25, 2025 6:41:00 PM |

Brian, Sabrina,

Consistent with the Court's order requiring notice of the advice of counsel defense (6/10/25 Tr. 88-89), please promptly provide the contours (including the bases and scope of, and the count or counts to which it is said to apply) of the defense sufficient to demonstrate a factual predicate for the defense.  *See also United States v. Ash*, No. 19 Cr. 780 (S.D.N.Y. Nov. 15, 2021) (Dkt. 115) (Kaplan, J.); *United States v. Scali*, No. 16 Cr. 466, 2018 WL 461441, at *8 (S.D.N.Y. Jan. 18, 2018) (Roman, J.).


Eli J. Mark

Assistant U.S. Attorney

Southern District of New York

26 Federal Plaza, 37th Floor

New York, New York 10278

212.637.2431 (office)

646.284.6274 (mobile)

---

**From:** Brian Ketcham <bk@ketchampllc.com>
**Sent:** Wednesday, June 25, 2025 5:49 PM
**To:** Mark, Eli (USANYS) <Eli.Mark@usdoj.gov>; sabrina shroff <sabrinashroff@gmail.com>
**Cc:** Delfiner, Rebecca (USANYS) <Rebecca.Delfiner@usdoj.gov>; Mandilk, James (USANYS) <James.Mandilk@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v. Taylor, 24 Cr. 524 (JLR)

Hi Eli.
At this time, Mr. Taylor intends to assert an advice of counsel defense at trial.   We plan to speak with our client and others this week and, if we have further updates, we will let you know.
 Thanks.
 Brian & Sabrina.

_____
Brian P. Ketcham, Esq.
52 Duane Street, 7th Floor
New York, New York 10007
(212) 518.6380
www.ketchampllc.com

This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

**From:** Mark, Eli (USANYS) <Eli.Mark@usdoj.gov>
**Sent:** Tuesday, June 24, 2025 9:21 PM
**To:** Brian Ketcham <bk@ketchampllc.com>; sabrina shroff <sabrinashroff@gmail.com>
**Cc:** Delfiner, Rebecca (USANYS) <Rebecca.Delfiner@usdoj.gov>; Mandilk, James (USANYS) <James.Mandilk@usdoj.gov>
**Subject:** RE: US v. Taylor, 24 Cr. 524 (JLR)

An extra day on the advice of counsel issue is fine. Regards.

Eli

**From:** Brian Ketcham <bk@ketchampllc.com>
**Sent:** Tuesday, June 24, 2025 4:25 PM
**To:** Mark, Eli (USANYS) <Eli.Mark@usdoj.gov>; Delfiner, Rebecca (USANYS) <Rebecca.Delfiner@usdoj.gov>; Mandilk, James (USANYS) <James.Mandilk@usdoj.gov>
**Cc:** sabrina shroff <sabrinashroff@gmail.com>
**Subject:** [EXTERNAL] US v. Taylor, 24 Cr. 524 (JLR)

Dear Eli, Rebecca, James:

Please see attached letter and exhibit list. I have the documents referenced in the letter saved to a USB that I can walk over when someone is available to meet me downstairs, just let me know when works. We'd like to highlight potential defense exhibit DX-15, which is an email from Mr. Taylor to his tax counsel in 2019 providing draft tax returns. It does not appear that Mr. Taylor ever received a response from counsel regarding the draft returns. As noted in the letter, we are asking for one additional day on the advice of counsel issue. Please let us know if you would like to discuss.

Best,

Brian & Sabrina

_____

Brian P. Ketcham, Esq.
52 Duane Street, 7th Floor
New York, New York 10007
(212) 518.6380
www.ketchampllc.com

This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.