Brian P. Ketcham, esq.
52 Duane Street, 7th floor
New York, New York 10007
(212) 518.6380
www.ketchampllc.com

June 24, 2025

**BY EMAIL**

AUSA Eli Mark
AUSA Rebecca Delfiner
AUSA James Mandilk
U.S. Attorney's Office
Southern District of New York
26 Federal Plaza
New York, NY 10278
eli.mark@usdoj.gov
rebecca.delfiner@usdoj.gov
james.mandilk@usdoj.gov

        Re:    *United States v. Taylor*, 24 Cr. 524 (JLR)

Dear Mr. Mark, Ms. Delfiner and Mr. Mandilk:

Pursuant to the Court's Order dated June 11, 2025 (ECF # 56), please see below.

Potential Defense Witnesses:

1. Simona Andrejic
2. Sofia Barash
3. Charles Best
4. Maria Bianco
5. Peter Blum
6. Irving Boswick
7. Sylvain Brunel
8. Maria Castillo
9. Joan Casali
10. Yan (Alex) Chan
11. Charles Cissel
12. Melanie Cochran
13. Ziv Cohen
14. Shayla Colon
15. Don Evans
16. Thomas Fattorusso

    17. Gabriella Galindo
    18. Anne-Marie Galvin
    19. Benjamin Goldburd
    20. Joseph Goldburd
    21. Steven Goldburd
    22. Lisa Guida
    23. Noel Howe
    24. Gabrielle Hoessly
    25. LaVale Jackson
    26. Amy Krebs
    27. Jonathan Larsen
    28. George Liakeas
    29. Robert Malone
    30. Randell Martin
    31. Forrest Mason
    32. Megan McDowell
    33. Candice Meth
    34. Andrew Miltenberg
    35. Shahzad Mossanen
    36. Rosa Ng
    37. Dennis Powers
    38. Nestor Ramos
    39. Russell Richardson
    40. Desiree Rogers
    41. Mara Rogers
    42. Iris Rosken
    43. Cesar Sabando
    44. Todd Spicer
    45. Samuel Stillman
    46. Keith Taylor
    47. Manuel Zoquier
    48. Mac Wilcox
    49. One or more witnesses related to the Internal Revenue Service's Exempt Organizations Unit

Mr. Taylor may identify additional potential witnesses and/or may decide not to call certain witnesses as the defense continues trial preparation.

Potential Defense Exhibits:

An index of exhibits Mr. Taylor may introduce at trial is included. Mr. Taylor may identify additional potential trial exhibits as the defense continues trial preparation.

Reciprocal Discovery:

Enclosed is a USB drive containing reciprocal discovery. *See* DX-1 – DX-16. Should additional Rule 16(b) material be identified, it will be promptly produced to the Government under separate cover.

Authentication of Proposed Government Exhibits:

The defense does not intend to object to the authenticity of the 33 documents listed in Exhibit A to the Government's June 4, 2025 supplemental motion *in limine* (ECF # 48).

Advice of Counsel Defense:

The defense remains in the process of determining whether Mr. Taylor will assert an advice of counsel defense at trial and requests one additional day, until June 25, to advise the Government of its position on this issue.

Government Witnesses:

We request that the Government identify its witnesses who are represented by counsel and provide to us their names and contact information.

        Very truly yours,

        /s/Brian P. Ketcham/Sabrina P. Shroff_____
        Brian P. Ketcham
        Sabrina P. Shroff
        *Counsel to Defendant Keith Taylor*