Brian P. Ketcham, esq.
52 Duane Street, 7th floor
New York, New York 10007
(212) 518.6380
www.ketchampllc.com

July 6, 2025

BY ECF

Honorable Jennifer L. Rochon
United States District Judge
 for the Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007-1312

Re: *United States v. Keith Taylor*, 24 Cr. 524 (JLR)

Hon. Rochon:

Trial in this matter is set for September 9, 2025. We write in response to the government's letter dated July 3, 2025, seeking relief in regard to the defense's invocation of the advice of counsel defense. On July 3, 2025 defense counsel emailed the government seeking to meet and confer on the advice of counsel defense. We look forward to the government conferring with defense counsel on the matter. Regardless of whether the meet and confer proves fruitful, the defense intends to complete its position on the advice of counsel defense by July 26, 2025.

Respectfully submitted,

*/s/Brian Ketcham*
*Sabrina P. Shroff*
Counsel to Keith Taylor