UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>KEITH TAYLOR,<br><br>            Defendants. | 1: 24-cr-00524 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      As discussed at the parties' July 14, 2025 conference, Defendant has represented that he is not asserting an affirmative advice of counsel defense but intends to introduce some evidence of the presence of lawyers. By **July 17, 2025**, Defendant shall provide notice to the Court and Government regarding the scope of testimony/evidence, if any, that he intends to present regarding the presence or involvement of lawyers, given the disavowal of an advice of counsel defense, and the purported grounds for its relevance. The Government shall file a response, if any, by **July 24, 2025**. The parties will appear before the Court for a conference on this matter on **July 31, 2025 at 1:30 p.m**. The Government shall provide a status update with respect to Witness 1 in advance of the July 31, 2025 conference.

Dated: July 15, 2025
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge