

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 29, 2025

**By ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Keith Taylor*, 24 Cr. 524 (JLR)

Dear Judge Rochon:

    The Government respectfully writes to inform the Court that a superseding indictment was returned by the grand jury today and docketed as S2 24 Cr. 524 (JLR) (the "S2 Superseding Indictment"). The S2 Superseding Indictment has the following principal changes: (1) expands the time frame of the wire fraud and aggravated identity fraud offenses charged in Counts One and Two through June 2025; (2) adds the penalty provision under 18 U.S.C. § 3147 for committing Counts One and Two while the defendant was on release pending trial; and (3) adds charges of tax evasion for the tax years 2023 and 2024.

    The filing of the S2 Superseding Indictment will not necessitate the production of any additional discovery. The Government has no objection to the Court proceeding with the arraignment on the S2 Superseding Indictment at the next scheduled pretrial conference.

                                              Respectfully submitted,

                                              JAY CLAYTON
                                              United States Attorney

                 By:     s/ Eli J. Mark
                          Eli J. Mark
                          Rebecca R. Delfiner
                          James Mandilk
                          Assistant United States Attorneys
                          (212) 637-2431/2427/2453

cc: (by ECF)

    Brian Ketcham, Esq.
    Sabrina Shroff, Esq.