

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

August 8, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Keith Taylor*, 24 Cr. 524 (JLR)

Dear Judge Rochon:

    During the pretrial conference on August 1, 2025, the Court granted the Government's motion to take the in-person deposition of a witness ("Witness-1") pursuant to Federal Rule of Criminal Procedure 15. The deposition has been noticed and will take place on August 22, 2025, at 9 am Pacific Time at the U.S. Attorney's Office for the Central District of California. The deposition will be video-recorded and transcribed at Government expense.

    During the conference, the defendant orally requested that the Government pay travel costs, pursuant to Rule 15(d)(1). The Rule authorizes the Court to "order the Government to pay . . . any reasonable travel and subsistence expenses of the defendant and the defendant's attorney to attend the deposition." Fed. R. Crim. P. 15(d)(1). The Government does not oppose such an order. Once the Court issues such an order (or so-orders this letter), the Government will secure appropriate travel arrangements.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

        By:        /s/ James G. Mandilk
                      Eli J. Mark
                      Rebecca R. Delfiner
                      James G. Mandilk
                      Assistant United States Attorneys
                      (212) 637-2431 / 2427 / 2453

cc:    All counsel of record