UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v- | 24-cr-00524 (JLR) |
| KEITH TAYLOR, | **ORDER** |
| Defendant. | |

JENNIFER L. ROCHON, United States District Judge:

Defendant's request for an expedited sentencing does not meet the criteria set forth by the Probation Office, therefore the sentencing is rescheduled from October 15, 2025 to **December 10, 2025 at 11:30 a.m.** and will take place at the Daniel Patrick Moynihan, United States Courthouse, 500 Pearl Street New York, NY 10007 in Courtroom 20B.

Dated: August 21, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1