**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

October 7, 2025

Hon. Jennifer L. Rochon
United States District Court
For the Southern District of New York
500 Pearl Street
New York, New York 10004

*Re: United States v. Keith Taylor 24-CR-524 (JLR)*

Hon. Rochon,

I write to respectfully request a 60-day adjournment of the sentence date in this case as I am at trial in the Eastern District of New York on *United States v. At Taqi*, 22 Cr. 553 (ENV) where my client is charged with providing material support to a Foreign Terrorist Organization. The government does not object to this request, and we make this request as we have not been able to schedule the presentence report. I apologize for the lapse, and note here that the government would not object to sentencing in the second or third week of January 2026, preferably during the week of January 19, 2026.

Respectfully submitted,

Sabrina Shroff
for Keith Taylor

Consent Motion GRANTED. The sentencing is adjourned from December 10, 2025 to **January 20, 2026 at 11:00 a.m.**

Dated: October 7, 2025.
New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**