**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10004
Tel: (646) 763-1490
sabrinashroff@gmail.com

December 31, 2025

<u>BY ECF</u>

Honorable Jennifer L. Rochon
United States District Judge
 for the Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007-1312

Re: *United States v. Keith Taylor*, 24 Cr. 524 (JLR)

Hon. Rochon:

With consent of the government, I write to request a three-week adjournment of the sentencing date in this matter, should the Court's schedule permit such a continuance. There have been several delays in Mr. Taylor's interview with the Department of Probation, and Mr. Taylor's inability to access the internet, we need additional time to move forward with sentencing in this case.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Sabrina P. Shroff*
Counsel to Keith Taylor

Request GRANTED. Mr. Taylor's sentencing, currently scheduled for January 20, 2026, shall be held on February 9, 2026, at 2:30 p.m.

Dated: January 2, 2026
  New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**