UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KEITH TAYLOR,

              Defendant.

Case No. 24-cr-00524 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court has received a letter, dated **January 23, 2026**, from the defendant. Per Local Criminal Rule 49.2, the letter, a copy of which has been sent to defense counsel, will be maintained under seal.

The parties are hereby ORDERED to appear for a conference to discuss the contents of the defendant's letter on **January 30, 2026,** at **11:00 a.m.** in **Courtroom 20B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: January 23, 2026
       New York, New York

                                      SO ORDERED.

                                      JENNIFER L. ROCHON
                                      United States District Judge