UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KEITH TAYLOR,

                Defendant.

Case No. 24-cr-00524 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The status conference previously scheduled for January 30, 2026, is rescheduled to **February 9, 2026 at 1:00 p.m.** in courtroom 20B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: January 29, 2026
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge