**SABRINA P. SHROFF**  
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR  
NEW YORK, NEW YORK 10007  
TELEPHONE: (646) 763-1490

February 5, 2026

**By ECF**

Hon. Jennifer L. Rochon  
United States District Court  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

*United States v. Keith Taylor,* **24 Cr. 524 (JLR)**  
**(Letter request for a continuance)**

Hon. Rochon:

I write to request a continuance of the February 9, 2026, status conference in this matter. I am available on February 10, 2026 or any date after February 16, 2026. I need to be in Washington D.C. on February 9, 2026, for a matter that involves a client being brought to a Sensitive Compartmented Information Facility, and this requires accommodation of the schedules of the FBI and the United States Marshal Service. I am available to appear before this Court the next day – February 10,2026 at any time but 2:00 p.m. to 3:00 p.m.

The government apparently intends to oppose this request. I note here that a majority of the court appearance would not allow for government participation, and no victims would be present for it either.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Sabrina P. Shroff  
Counsel to Keith Taylor