# SABRINA P. SHROFF
### ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

VIA ECF

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*United States v. Keith Taylor*, 24 Cr. 524 (JLR)
(Second Letter request for a continuance)

Hon. Rochon:

I write to request a continuance of the February 9, 2026, status conference in this matter. Since my letter of yesterday, I have either the flu or covid or some other ailment which has left me with a sore (and hoarse) throat. I have informed the Court's chambers of this through a voicemail. This is in addition to my having to be out of New York City on Monday, February 9, 2026. Given the issues to be discussed before the Court, I respectfully request this matter be re-scheduled to the week of February 16, 2026.

I thank the Court for its time and consideration of this request.

Respectfully submitted,
/s/ Sabrina P. Shroff
Counsel to Keith Taylor

Motion to Continue GRANTED. The status conference is adjourned from February 9, 2026 to **February 10, 2026 at 10:30 a.m.** The sentencing previously scheduled for February 9, 2026 is adjourned *sine die*; a new date will be set at Tuesday's conference. This resolves the motions at Dkts. 89 and 90.

Dated: February 7, 2026
      New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**