UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               -against-<br><br>KEITH TAYLOR,<br>                        Defendant. | 24-cr-00524-JLR<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    It is hereby ORDERED, that the defendant is remanded to the custody of the United States Marshal.

Dated: February 10, 2026
       New York, New York

                                             SO ORDERED.

                                             *Jennifer Rochon*
                                             JENNIFER L. ROCHON
                                             United States District Judge