# MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

**BEFORE: JENNIFER L. ROCHON, United States District Judge:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

- v. -

**KEITH TAYLOR,**

Defendant.

24-CR-00524 (JLR)

CONTESTED ISSUE  [ ]YES  [X]NO

## Select the type of Hearing or Trial.

| | | | |
|---|---|---|---|
| [ ]Allocution Hearing | [ ]Dispositional Hearing (Juvenile) | [ ]Judgment Debtor Exam | [ ]Revocation of Probation - Final Hearing |
| [ ]Appearance Through Counsel | [ ]Early Neutral Evaluation | [ ]Jury Selection | |
| [ ]Appearance Without Counsel | [ ]Evidentiary Hearing | [ ]Jury Trial | [ ]Revocation of Supervised Release - Final Hearing |
| [ ]Arbitration Hearing | [ ]Extradition Hearing | [ ]Material Witness Hearing | |
| [ ]Argument on Bankruptcy Appeal | [ ]Fatico Hearing | [ ]Mediation Conference | [ ]Rule 44(c) Hearing |
| [ ]Arraignment | [ ]Final Pretrial Conference | [ ]Motion Hearing | [ ]Scheduling Conference |
| [ ]Attorney Appointment Hearing | [ ]Forfeiture Hearing | [ ]Nara Report Hearing | [ ]Sentencing |
| [ ]Bench Trial | [ ]Franks Hearing | [ ]Nebbia Hearing | [ ]Settlement Conference |
| [ ]Bond Forfeiture Hearing | [ ]Hearing In-Aid-Of Judgment | [ ]Omnibus Hearing | [ ]Show Cause Hearing |
| [ ]Bond Hearing | [ ]Hearing Out of Jury Presence | [ ]Oral Argument | **[X]Status Conference** |
| [ ]Bond Revocation Hearing | [ ]Hearing re Pro Se Status | [ ]Plea Agreement Hearing | [ ]Summary Jury Trial |
| [ ]Case Management Conference | [ ]In Camera Hearing | [ ]Plea and Sentence | [ ]Suppression Hearing |
| [ ]Change of Plea Hearing | [ ]In Chambers Conference | [ ]Preliminary Examination | [ ]Telephone Conference |
| [ ]Competency Hearing | [ ]Initial Appearance | [ ]Preliminary Revocation Hearing | [ ]Trial Ready Hearing |
| [ ]Confirmation Hearing | [ ]Initial Appearance - Revocation Proceedings | [ ]Pre-Motion Conference | [ ]Voir Dire |
| [ ]Contempt Hearing | [ ]Initial Appearance - Rule 40 | [ ]Pretrial Conference | [ ]Writ Hearing |
| [ ]Curcio Hearing | [ ]Initial Conference | [ ]Pre Se (Faretta) Hearing | [ ]Other (please specify) |
| [ ]Default Hearing | [ ]Initial Pretrial Conference | [ ]Psychiatric Report Hearing | |
| [ ]Detention Hearing | [ ]Inquest Hearing | **[X]Remand Hearing** | _____ |
| [ ]Discovery Hearing | [ ]James Hearing | [ ]Removal Hearing | |

## Select the action.

[ ]Began   **[X] Held**   [ ]Continued   [ ]Completed   [ ]Scheduled for

Date: **February 10, 2026**   Time: **10:45 a.m.**   Duration: **Remand: 52 mins. | Status: 10 mins.**

**Status Conference and Remand Hearing held.   Defendant appeared with attorney Sabrina Shroff.   AUSA Eli Mark present for the Government.   Court reporter present.   CJA Evan L. Lipton substituted in as counsel for Keith Taylor at Mr. Taylor's request. Sabrina Shroff relieved as counsel.   Mr. Lipton shall be added to the court's docket, and Ms. Shroff's appearance shall be terminated.   Sentencing scheduled for April 8, 2026 at 2:30 p.m.   Defendant remanded for the reasons stated on the record.**