**Law Office of Evan L. Lipton, P.C.**
**260 Madison Ave, Floor 22**
**New York, New York 10016**
ell@evanliptonlaw.com
(917) 924-9800

March 20, 2026

Letter Motion GRANTED.  The sentencing is adjourned from April 8, 2026 to **May 20, 2026 at 11:00 a.m.**

By ECF
Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dated: March 20, 2026
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   *United States v. Keith Taylor*
       24 Cr. 524 (JLR)

Dear Judge Rochon:

    I represent Keith Taylor in the above-referenced matter, having been appointed pursuant to the Criminal Justice Act on February 10, 2026, replacing prior appointed counsel. I write to respectfully request an adjournment of the sentencing hearing, which is currently scheduled for April 8, 2026, until May 13, 2026, or any later date. This adjournment is necessary to provide Mr. Taylor with representation consistent with my ethical and constitutional obligations. The government (Assistant United States Attorneys Mark and Delfiner) consents to this application.

                Respectfully yours,

                Evan L. Lipton
                *Attorney for Keith Taylor*

Cc:   Gov't counsel (by ECF and email)