**Law Office of Evan L. Lipton, P.C.**
**260 Madison Ave, Floor 22**
**New York, New York 10016**
**ell@evanliptonlaw.com**
**(917) 924-9800**

May 7, 2026

By ECF
Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The Sentencing is adjourned from May 20, 2026 to a firm date of **July 16, 2026 at 11:00 a.m.** Defendant should not expect any further extensions of the sentencing date given that no reason was given for this extension request and this sentencing has been pending since Defendant's change of plea hearing on August 18, 2025. This resolves the Letter Motion at Dkt. 99.

Dated: May 7, 2026
New York, New York

Re:    *United States v. Keith Taylor*
24 Cr. 524 (JLR)

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Dear Judge Rochon:

I represent Keith Taylor in the above-referenced matter. I write, with the consent of the government (Assistant United States Attorneys Mark and Delfiner) to respectfully request an adjournment of the sentencing hearing, which is currently scheduled for May 20, until July 28, 2026.

Respectfully yours,

Evan L. Lipton
*Attorney for Keith Taylor*

Cc:    Gov't counsel (by ECF and email)