

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 12, 2026

**By ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Letter Motion GRANTED.  Given the Government's conflicts, the sentencing is adjourned from July 16, 2026 to **July 28, 2026 at 10:00 a.m.**

Dated: May 12, 2026
          New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

> Re:     *United States v. Keith Taylor*, 24 Cr. 524 (JLR)

Dear Judge Rochon:

We write in light of the Court's recent order rescheduling the sentencing in this matter to July 16, 2026 (Dkt. 100).  All three Government attorneys in this matter are likely to be unavailable on July 16. On behalf of the Government, we respectfully request the Court reschedule the sentencing to July 28, 2026, or another date all parties are available. We thank the Court for its consideration of this application.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:

s/ Eli J. Mark
Eli J. Mark
Rebecca R. Delfiner
James G. Mandilk
Assistant United States Attorneys
(212) 637-2431 / 2427 / 2453