UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      - v. -<br><br>KEITH TAYLOR,<br><br>             Defendant. | 24-cr-00524 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The parties shall confer and provide a proposed briefing schedule for Defendant's

Motion to Withdraw Plea of Guilty. Given this motion, the sentencing scheduled for July 28,

2026 is adjourned.

Dated: July 22, 2026
      New York, New York

             SO ORDERED.

             *Jennifer Rochon*
             JENNIFER L. ROCHON
             United States District Judge