

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 22, 2026

**By ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     **Re:**    *United States v. Keith Taylor*, **24 Cr. 524 (JLR)**

Dear Judge Rochon:

     Pursuant to the Court's order (Dkt. 106), we respectfully write to request that the Court set a briefing schedule on the defendant's recent motion to withdraw his guilty plea (Dkt. 103). After having conferred with defense counsel, we jointly propose that the Government file its response to the motion by August 12, 2026, and the defendant file his reply, if any, by August 26, 2026.

     Respectfully submitted,

     JAY CLAYTON
     United States Attorney

By:

     s/ Eli J. Mark
     Eli J. Mark
     Rebecca R. Delfiner
     James G. Mandilk
     Assistant United States Attorneys
     (212) 637-2431 / 2427 / 2453