UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

KEITH TAYLOR,

Defendant.

Case No. 1:24-cr-00524 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

At the September 17, 2026 hearing scheduled on Defendant's motion to withdraw his plea, *see* Dkt. 108, the Court will hear any evidence the parties' wish to present or, if there is no further evidence other than that which was submitted with the motion papers, the Court will hear oral argument.

Dated: September 8, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge