**Law Office of Evan L. Lipton, P.C.**
**224 West 30th Street #302**
**New York, New York 10001**
**ell@evanliptonlaw.com**
**(917) 924-9800**

September 11, 2026

By ECF
Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Keith Taylor*
24 Cr. 524 (JLR)

Dear Judge Rochon:

I represent Keith Taylor. We are presently scheduled for a hearing and / or oral argument on Thursday, September 17, at 2:30 p.m. I am writing to respectfully request that this proceeding be rescheduled to a date after October 2. The reason for this application is that I am presently on trial in the Eastern District of New York before Judge Nina Morrison.[1] The trial is scheduled to take place Monday through Friday from 9:30 a.m. to 4:30 p.m., with one day off, for Yom Kippur on September 21. The jury has been informed that the trial will end on or before October 2. I have communicated with government counsel (Eli Mark) who informs that they are not available September 21, the afternoon of October 6, October 9 and October14, and that they do not object to this application.

Respectfully,

Evan L. Lipton
*Counsel for Keith Taylor*

---

1 *United States v. Abu Chowdhury*, 23 cr. 278 (EDNY).