**Law Office of Evan L. Lipton, P.C.**
**224 West 30th Street #302**
**New York, New York 10001**
**ell@evanliptonlaw.com**
**(917) 924-9800**

September 11, 2026

By ECF
Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Keith Taylor*
24 Cr. 524 (JLR)

Dear Judge Rochon:

I represent Keith Taylor. We are presently scheduled for a hearing and / or oral argument on Thursday, September 17, at 2:30 p.m. I am writing to respectfully request that this proceeding be rescheduled to a date after October 2. The reason for this application is that I am presently on trial in the Eastern District of New York before Judge Nina Morrison.[1] The trial is scheduled to take place Monday through Friday from 9:30 a.m. to 4:30 p.m., with one day off, for Yom Kippur on September 21. The jury has been informed that the trial will end on or before October 2. I have communicated with government counsel (Eli Mark) who informs that they are not available September 21, the afternoon of October 6, October 9 and October14, and that they do not object to this application.

Respectfully,

Evan L. Lipton
*Counsel for Keith Taylor*

The September 17, 2026 hearing was scheduled on July 23, 2026 and therefore this belated request for an adjournment is not well taken. However, to accommodate the EDNY trial, the Court will reschedule the hearing to **September 15, 2026 at 3:30 p.m.** given that the EDNY trial will be concluding at 2:30 p.m. on that date.

**SO ORDERED.**

Dated: September 11, 20226
New York, New York

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

[1] *United States v. Abu Chowdhury*, 23 cr. 278 (EDNY).