# Exhibit A

**From:** Anna Adam
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement: United States v. Keith Taylor Case No. 2022R00513 / Court Docket No. 24-CR-00524
**Date:** Thursday, February 19, 2026 3:52:29 PM

# Victim Impact Statement

**United States v. Keith Taylor**
**Case No. 2022R00513 / Court Docket No. 24-CR-00524**

## Introduction

My name is Anna Adam, and I am submitting this statement as a donor to Modest Needs Foundation. I supported Modest Needs because I believed in its mission with my whole heart. I gave what I could because I wanted to help people who were facing emergencies they couldn't handle alone. Even if my donations were small compared to others, they were meaningful to me and a sincere sacrifice in a time of my own financial struggles. They represented trust, compassion, and the belief that my contribution, whether ten dollars or a single dollar, would reach someone who truly needed it. That trust was violated in a way that still leaves me shaken.

## Impact on People I Referred

I also recommended Modest Needs to people I personally knew who were struggling. When someone confided in me about a crisis, I directed them to Modest Needs because I believed it was a safe, honest place where they could find real help. I now have to live with the fear that the people I tried to help may never have had a fair chance at receiving assistance because the organization's founder was secretly diverting donations for his own benefit.

## Emotional and Moral Harm

What has been hardest to process is the emotional manipulation behind this fraud. Looking back at the emails I received, I find messages describing families on the brink of homelessness, children fighting for their lives, parents desperate to keep the lights on! I now understand that many of those appeals were sent while Mr. Taylor was using charitable funds for luxury rent, expensive restaurants, personal electronics, and even brokerage deposits. He used stories of suffering to solicit donations he never intended to use for their stated purpose. That level of deception feels morally corrupt. It is painful to realize that my compassion, and the compassion of so many others, was exploited so deliberately.

## Loss of Trust

The betrayal has affected me far beyond the financial loss. I donated because I wanted to help people who were struggling, not to subsidize someone's indulgences. I believed in the mission of Modest Needs, and I believed in the idea of a community coming together to help those who had nowhere else to turn. Now, I find myself hesitating before donating to any organization. I question whether the stories I read are real, whether the money will go where it's supposed to, whether my kindness will be used against me again. That loss of trust is its own kind of harm that reaches into the future and affects every act of generosity I might have made.

## Broader Community Impact

Modest Needs was supposed to be a bridge between people who wanted to help and people who desperately needed that help. Mr. Taylor's actions didn't just steal money; they damaged that bridge. They harmed donors, harmed applicants, and harmed the broader public trust in charitable organizations. The ripple effects of this betrayal extend far beyond the dollar amount stolen.

## Request to the Court

I respectfully ask the Court to consider the full scope of harm caused by Mr. Taylor's actions - not only the financial loss, but the emotional, moral, and community damage that cannot be measured on a balance sheet. What he took from donors like me was not just money. He took trust, hope, and the belief that compassion would be honored rather than exploited.

Thank you for considering my statement.

Anna Adam
[redacted]
Harker Heights, TX [redacted]
[redacted]0784
b[redacted]c@gmail.com

**From:** RBA
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Statement
**Date:** Friday, September 25, 2026 12:37:06 PM

Good day Your Honor,

I am writing to share my experience as a victim of Mr. Taylor. Having overcome past hardships to become a successful businessman, I committed myself to supporting initiatives that help those in need. When I learned of Mr. Taylor's stated mission, I felt compelled to donate generously, despite initial reservations that the opportunity seemed too good to be true. Regrettably, those concerns have proven justified.

I am appalled by Mr. Taylor's breach of trust. His conduct has harmed donors and deprived deserving individuals of critical support. Rather than using the donated funds for their intended purpose, he allowed greed to compromise his organization's mission.

I respectfully ask that the Court hold Mr. Taylor fully accountable for his actions and impose a sentence that reflects the severity of his conduct, rather than lenient terms such as house arrest.

Respectfully,

Reiner Alfredson

Sent from Gmail Mobile

VICTIM IMPACT STATEMENT

Victim: Cynthia E. Anding, VIN 7904110

USAO Number: 2022R00513

Court Docket Number 24-CR-00524

My Interest in Modest Needs

I first became aware of the Modest Needs (MN) and its founder, Dr. Keith Taylor, when he was teaching in Tennessee and featured on a national news program. Through a 15-year career in financial services, I understood that millions of Americans live on the financial precipice where an unexpected expense can trigger a cascade of destabilizing events. A relatively minor setback – such as a vehicle failing inspection due to worn tires – can initiate a chain of consequences that leads to the loss of income, employment, health insurance or even housing if the individual lacks the resources to address it promptly. These downstream consequences impose far greater costs on individuals, families, and society than the initial problem.

The premise of Modest Needs – delivering a modest amount of financial assistance at precisely the right moment to avert such crises – resonated deeply with me. It is aligned with a longstanding social contract in the United States: that those who study diligently, work hard, act responsibly, and abide by the law should be able to achieve a life of simple dignity. For too many, a single unexpected expense is enough to shatter that contract. MN appeared designed to prevent exactly that outcome.

The Niche Operating Model that Inspired Trust

The MN business model was thoughtfully designed to be nimble and responsive to applicants and reassuring to donors. All applications for assistance were carefully vetted, and in the early years, only cases that could be fully resolved for less than $1000 were approved, though this threshold increased over time. Requests that would merely postpone a larger or ongoing crisis were declined. The organization was explicitly focused on remedying discrete, solvable problems – those that could be eliminated through the collective action of a few donors – rather than chronic or systemic issues more appropriately handled by larger institutions.
Once an application was fully funded, payments were made directly to vendors or creditors, not to recipients. This structure, combined with the vetting process, fostered donor confidence in the fledgling NGO. At the time, MN appeared to be an early and more rigorously controlled predecessor to current crowd-funding platforms.

My Donation History

I don't recall the precise date of my first donation, but I located an email confirming my registration on the Modest Needs website, dated December 1, 2002. Shortly after, I began contributing [redacted] per month through

automatic bank card billing. This amount was manageable within my budget yet meaningful when delivered promptly to someone facing an urgent need.

My final donation was made on July 1, 2024. My monthly contributions, along with occasional seasonal donations, over the two decades likely totaled more than [redacted]. I gave consistently because I trusted the organization was making a significant difference in people's lives.

<u>Declining a Role on the Board of Directors</u>

Early in MN's development, I was invited – at my own expense – to attend a meeting in San Diego to meet Mr. Taylor, other principals and fellow donors, to discuss the organization's early operations, and the formation of an initial Board of Directors. I was offered a seat on the Board but declined, primarily due to the organization's decision not to carry directors and officers liability insurance.

Nonetheless, the discussions during that meeting left me with the impression that Modest Needs was a thoughtful and serious effort to address gaps in social services not adequately met by government programs or larger nonprofit organizations. I believed the organization was guided by a genuine desire to help.

<u>Ongoing Oversight and Growing Concerns</u>

Over the years, I periodically reviewed MN newsletters, visited the organization's website, and monitored leadership and board membership. As time passed individuals I recognized from earlier years departed, which did not strike me as unusual for a small organization operating in New York City. I also occasionally perused the IRS Form 990 filings and charity ratings websites. While I noted certain concerning items, I regarded them as cautionary rather than disqualifying. Given MN's innovative model and its early emergence prior to widespread crowdfunding, I believed traditional nonprofit metrics might not fully capture its value or effectiveness.

As a result, I chose not to increase my monthly donation, despite rising costs of living and grant sizes, but I did not discontinue my support. I held fast to the notion that individuals and families were receiving help, and I earnestly wanted MN to succeed. I now understand that the extent of the organization's early tax and legal issues was concealed, and that Mr. Taylor's explanations were sufficient to lull me into a false sense of reassurance. I was misled.

<u>Personal Impact and Consequences</u>

I am not angry, but very, very sad. I was raised to believe in generosity and in the understanding that when one gives money – to a friend, a neighbor, or a charity – control is relinquished. While Mr. Taylor misrepresented

his actions and the organization's practices, I willingly made the decision to donate. In that context, the harm extends beyond me. The funds were effectively taken from individuals and families who needed only a small measure of assistance to remain economically viable.

According to case documentation, a small portion of the total misappropriated funds – more than $300,000 over five years – was spent on fine dining. If accurate, this equates to over $175 per day, every day. In those first years, many MN grant recipients sought assistance for amounts less than that daily sum. Each unauthorized transfer of funds from MN accounts to personal accounts, each personal bill paid with MN funds, each act diverted resources that could have prevented hardship or preserved dignity for an individual or family. Funds were effectively taken from intended beneficiaries who were far less financially secure than the individual misusing them. The greatest harm was borne by the already vulnerable. This is a profound violation of trust and shatters the social contract MN purported to uphold.

More than twenty years after MN's founding, I am now a senior citizen, securely enrolled in Medicare and in a position to share more of what I have. However, this experience has made me more hesitant to support small nonprofit organizations, despite my belief that they are often the most effective and closely connected to the communities they serve. Small NGOs recognize when a harvest fails, a factory closes, or a municipality cuts essential services. Their proximity to need is what makes them so valuable, yet they also operate with fragile financial and governance structures, and their survival depends entirely on donor trust. This experience has shown me how difficult it can be to verify responsible governance in such organizations and how easily requisite trust can be broken. That loss is regrettable.

Finally, I am grateful to the investigators whose diligence uncovered this misconduct and brought it to an end. Their work matters, not only for accountability, but for preserving the public's willingness to give generously and in good faith.

Small NGOs are often deeply embedded in the communities they serve. They know their beneficiaries by name, understand local histories and vulnerabilities, and are often the first to recognize when a harvest fails, a factory closes, or a municipal budget reduction quietly strips away essential services. Their proximity to need is precisely what makes them so valuable. At the same time, that same closeness often means limited administrative capacity and fewer structural safeguards. As a result, their survival depends almost entirely on donor trust—a trust that is both essential and, as this experience has shown me, far more fragile than it should be.

[redacted]
McLean, VA [redacted]
January 30, 2026

Valeen Defendre
Victim Witness Specialist
USAO - Southern District of New York
26 Federal Plaza
37th Floor
New York, NY 10278

Re: U.S. v. Defendant(s) Keith Taylor
Case Number 2022R00513 and Court Docket Number 24-CR-00524

Dear Valeen Defendre:

We are Steven Aoki and Shelley Ann Aoki, who recently received e-mail notification from your office regarding our potential status as victims in the case cited above. It appears your office did not have our names, but reached us at our e-mail address a[redacted]6@gmail.com. We have not, however, received a VNS ID or PIN from you and have therefore not been able to register with the VNS.

As far as we know, our involvement with this case arises solely because we made charitable donations to the Modest Needs Foundation totaling [redacted] between 2020 and 2023. We believed our contributions would be used to help individuals facing severe personal hardship, and that the Foundation was a reputable charity, as attested by an independent watchdog agency. We were therefore very disappointed to learn of the embezzlement charges brought against Keith Taylor and his diversion of money from the Foundation.

We would appreciate receiving the necessary credentials to access the VNS and any updates you can provide. If you need to contact us, we can be reached by mail at the address above, by e-mail at a[redacted]6@gmail.com, or by phone at [redacted]6070.

Sincerely yours,

Steven Aoki

Shelley Ann Aoki

Your Honor,

I am writing regarding the fraud case against Keith Taylor of Modest Needs.

When I first encountered the organization's mission, I was initially skeptical. However, upon reflection, the concept resonated with me. I recognized that for those living paycheck to paycheck, a single unexpected crisis - such as a medical emergency or a car breakdown - can trigger a catastrophic downward spiral into job loss or homelessness. I came to trust this mission and became a donor for many years.

Learning that the funds intended for those in crisis were instead diverted to finance Mr. Taylor's personal lifestyle was distressing. I feel a sense of sorrow for the applicants who were denied the help they desperately needed and anger on behalf of the donors who believed in this altruistic mission.

Charitable work relies entirely on public trust. By exploiting that trust, Mr. Taylor's actions have a damaging ripple effect that may discourage people from giving to legitimate organizations in the future. His conduct is a betrayal of the very community he claimed to serve.

In my career as a special education teacher, I worked with many students facing behavioral challenges. I have always believed that for a person to truly learn from a poor choice, there must be meaningful consequences. If a student pushed over a bookshelf, the logical consequence was for them to pick up every book and restore the room to its original state. Similarly, if a student took something that did not belong to them, they were required to return it and perform a service to make amends to the person they harmed.

Mr. Taylor knowingly lied to and deceived those who trusted him. He should be held accountable for his actions. It is my sincere hope that he will be ordered to make full restitution to his victims and never be permitted to work with a charity or start a business.

Below is a record of my donations, totaling [redacted]

- 12-11-08: [redacted]
- 11-11-13: [redacted]
- 12-29-14: [redacted]
- 7-11-18: [redacted]
- 12- 3-19: [redacted]
- 12- 1-20: [redacted]
- 12-16-21: [redacted]

Sincerely,
Susan Arenberg
Victim ID#7911559

**From:** Andrew D Arenson
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Re: U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Saturday, November 29, 2025 4:01:07 PM

My name is Andrew Donald Arenson. I live at [redacted] Indianapolis, IN [redacted] My records show that I have contributed [redacted] as a donor to Modest Needs since 2004.

Andy

---
Andrew D. Arenson (he/him) H [redacted]0493
arenson (at) spatzel.net C [redacted]4669

[redacted]

**From:** Audrey Arnett
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement and Request for Restitution (Arnett)
**Date:** Friday, November 28, 2025 4:59:35 PM
**Attachments:** image.png

---

Attached is the email receipt for my donation to Modest Needs and the following is my statement:

I donated to Modest Needs Foundation because I wanted to support people dealing with unexpected financial strain. I work as a barista, and the money I contributed came directly from my own wages. It was a deliberate choice to give part of what I earn to help others who might need short-term assistance. I made that donation because I believed Modest Needs operated with integrity.

Learning that Keith Taylor diverted charitable funds—including donations like mine—and spent them on personal luxuries has had a significant impact on me. Reports that he used donor money at some of the most expensive restaurants in Manhattan underscore how stark the class dynamics of this crime are. Money earned through hourly labor was redirected to upscale personal consumption by someone who already occupied a position of authority and relative financial comfort.

The financial loss matters: any donation represents time and effort from a working person. But the emotional and ethical impact is deeper. Charitable giving relies on trust. Knowing that my contribution was transformed into high-end dining for an executive instead of supporting people facing real difficulties has left me feeling exploited. It is not just fraud—it is an inversion of the purpose of charity, where resources are supposed to flow toward those in need, not upward to fund a luxury lifestyle.

This experience has damaged my trust in nonprofits in general. When someone at the top misuses donations from everyday workers, it erodes the belief that giving can be straightforward or meaningful. I now find myself second-guessing appeals from other organizations because of this breach of trust.

The moral harm is substantial. Modest Needs was supposed to help people at risk of losing stability. Donors like me contributed in good faith. Mr. Taylor’s actions turned those contributions into personal indulgence, exploiting both the generosity of working people and the vulnerability of the charity’s intended beneficiaries.

I ask the Court to take into account the full impact of this offense—financially, emotionally, and structurally. I respectfully request restitution for the amount I donated, and I ask the Court to recognize the broader harm caused by redirecting working-class contributions into personal luxury spending.

Thank you for considering my statement.

**From:** Linda Bachman
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Impact Statement and supporting documentation - Linda S Bachman
**Date:** Tuesday, January 13, 2026 5:56:10 PM
**Attachments:** Bachman Impact Statement 01.13.26.pdf
Bachman Modest Needs Summary.pdf
2006 Bachman Modest Needs.pdf
2004 Bachman Modest Needs.pdf
2008 Bachman Modest Needs.pdf
2007 Bachman Modest Needs.pdf
2005 Bachman Modest Needs.pdf
2010 Bachman Modest Needs.pdf
2013 Bachman Modest Needs.pdf
2014 Bachman Modest Needs.pdf
2011 Bachman Modest Needs.pdf
2015 Bachman Modest Needs.pdf
2016 Bachman Modest Needs.pdf
2017 Bachman Modest Needs.pdf
2018 Bachman Modest Needs.pdf
2019 Bachman Modest Needs.pdf
2020 Bachman Modest Needs.pdf
2021 Bachman Modest Needs.pdf
2023 Bachman Modest Needs.pdf
2022 Bachman Modest Needs.pdf
2025 Bachman Modest Needs.pdf
2024 Bachman Modest Needs.pdf
2012 Bachman Modest Needs.pdf

---

Good afternoon -

Please find attached my victim impact statement and supporting documentation for Victim Identification Number (VIN) **'7909494'**

Please note that while the 2025 statement indicates [redacted], my credit card was not charged after September 2025 thus only [redacted] is included in the attached summary.

I am, however, unable to cancel my monthly pledge on the modest needs website. Any help you can provide to cancel that pledge would be appreciated.

Let me know if you need additional information or have any questions.
Thank you,
Linda Bachman
[redacted]-6900
[redacted]n@gmail.com

**VICTIM IMPACT STATEMENT**

Victim: FNU LNU – Linda Bachman
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):
-------------------------------------------------

I am submitting this statement to describe the personal, financial, and emotional impact I have experienced as a result of the alleged fraudulent conduct and tax evasion associated with the leadership of Modest Needs.

From approximately 2004 through 2025, I donated more than [redacted] to Modest Needs. These donations were made in good faith and with the understanding that the organization was operating lawfully, ethically, and in compliance with all applicable tax and nonprofit regulations. I believed my contributions were being used to assist individuals and families in genuine financial hardship, consistent with the organization's stated mission.

I relied on representations made by the organization and its leadership regarding transparency, proper use of funds, and compliance with legal and tax obligations. Had I known or suspected that donations might be misused, misrepresented, or connected to unlawful activity, I would not have contributed financially or encouraged others to do so.

Learning of the alleged fraud and tax evasion has caused me significant distress, anger, and loss of trust. My donations represented not only money, but also confidence in a charitable mission and personal sacrifices made over many years. The realization that these funds may not have been used as promised has left me feeling deceived and exploited.

The financial impact includes the loss of funds that could have been directed to legitimate charitable causes or personal financial needs. The emotional impact includes lasting skepticism toward charitable organizations, reluctance to donate in the future, and diminished trust in nonprofit leadership more broadly.

I submit this statement so the court understands that the alleged actions did not occur in isolation. They affected real donors who acted in good faith, believed they were helping vulnerable people, and now face both financial loss and emotional harm as a result.

I respectfully request that the court consider the cumulative harm to donors like myself when determining accountability, restitution, and any appropriate penalties in this matter.



**From:** Nichole Balley
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Impact on my finances
**Date:** Sunday, November 30, 2025 8:08:07 AM

Hello,

I really believed modest needs was helping people. I donated a [redacted] to them to help the people that are in need. I would never have thought this person, Keith Taylor would be taking advantage of it and not giving it to the proper people instead he puts it in his pocket

So financially, it has impacted me because I gave every little thing I had to help these people and instead of him helping them he was using it for his own needs. That makes me very upset.

This was years ago. I don't have any receipts or anything to document that I can't even believe you guys found me just by using my email.

I have signed onto the website and created a website and my password and everything to keep me updated on this case

I hope I do get restitution because he used my money instead of giving it to the proper people for help. He ended up using it from the foundation to help himself instead of the people that were in need so yes I am seeking restitution for this case. I lost a little over [redacted] helping this foundation.

Nahala Bally
Victim of this crime

**From:** Pauline Bariola
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fw: U.S. Department of Justice - VNS - Investigative Case 2022R00513
**Date:** Thursday, January 8, 2026 8:03:32 PM

---

Below is my Victim Impact Statement related to the case shown below.

I was a yearly donor to Modest Needs for many years, starting in at least 2006 (and probably earlier), and going through 2023. The supposed mission of the organization inspired me to prioritize a yearly donation. I prioritized to increase my donation yearly over the years. The fact that I thought my money was going to help people in acute need but was actually going toward luxury items for one person sickened me. I do not know how much of my donations actually went to those who I intended them for, but below is a non-comprehensive list of what I donated. I definitely made donations in several years in the 2000s, but cannot access all of the records showing the amounts. If there is any way to receive any restitution for my donations that were used for fraudulent purposes, I would be interested in that so I could channel the funds towards the intended purpose of helping people in need.

2006: [redacted]
2008: donated, but amount unknown
2010: [redacted]
2011:
2012:
2013:
2014:
2015:
2016:
2017:
2018:
2020:
2022:
2023:
Total (could be underestimated as the amounts of donations before 2010 are unknown: [redacted]

Sincerely yours,
Pauline Bariola

[redacted]

**From:** Mary Ellen Bates
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] victim impact statement
**Date:** Thursday, January 8, 2026 5:37:12 PM

---

I am not a wealthy person, but I do my best to regularly contribute to charitable organizations that I believe are making an impact on individual people's lives. I donated [redacted] a month to Modest Needs for at least a decade, and I was very distressed when I found out about Taylor's embezzlement. I have stopped donating to all non-local charities because of his deception; I just can't trust ANY nonprofit whose CEO I don't personally know.

I hope Keith Taylor is forced to reimburse all the money he stole from donors like me and that he is prohibited from every being put in a position of trust again.

Sincerely,
Mary Ellen Bates
[redacted]-7095
m[redacted]s@batesinfo.com

**From:** Norm
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] 2022R00513 Victim Impact Statement
**Date:** Wednesday, January 28, 2026 6:27:19 PM
**Attachments:** Donations.pdf

---

Hello,

I received the crime victim notification last month for the above-referenced case. I immediately logged into the Modest Needs website last month to stop the recurring donation after receiving the notice.

I heard about Modest Needs from podcast fundraisers and previously made one-time donations. In December 2024 I decided to stop donating to a local charity and remembered Modest Needs. I set-up a [redacted] monthly donation which continued through October 2025. A copy of the 11 charges I could find on my credit card account are attached.

I was surprised to see the Modest Needs website was still operating when I logged in last month. I stopped the recurring donation on the website and fortunately have not found any other charges matching "Modest".

I am disappointed to learn this charity was apparently fraudulent. I was hoping it would help people in need -- especially in this economy.

Please let me know if there is a form I'm supposed to use or if there are any questions.

Thank you,

Norman Birthmark
Portland, OR
[redacted]-0957

**From:** Stuart Blair
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Re: U.S. Department of Justice - VNS - Investigative Case 2022R00513
**Date:** Thursday, January 8, 2026 11:43:31 PM
**Attachments:** 2021 donation.pdf
2019 donation.pdf
2023 donation.pdf
2022 donation.pdf

---

**VICTIM IMPACT STATEMENT**

Victim: Stuart Blair
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

The impact of the crime was to defraud me of [redacted] in charitable donations between 2019 and 2023. Please see attached donation receipts.

**From:** Charles Bloomfield
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Keith Taylor sentencing latest
**Date:** Wednesday, August 5, 2026 1:58:38 PM

---

To Whom It May Concern,

I have registered with the VNS website, and I get updates on this case. I had donated to Modest Needs Foundation on several occasions.

I have seen the update indicating that Mr. Taylor wishes to change his plea. It seems obvious to me that this is merely a delaying tactic. The evidence of Mr. Taylor's guilt as reported by DOJ appears to be quite conclusive.

@ Judge Jennifer Rochon: Mr. Taylor needs to pay back all the money he stole. He also needs to spend extensive time in prison. In my experience, leopards do not change their spots. Mr. Taylor cannot be allowed to serve in a position of trust over financial assets in the future. Moreover, the change of plea is simply a cynical attempt to delay the day of reckoning. I hope you agree that any clemency Mr. Taylor may earn by virtue of cooperation to date will evaporate and his eventual sentence will be the maximum permissible under the law.

Thank you.

Charles Bloomfield
[redacted], Boulder, CO [redacted]
US Cell: [redacted]9383
[redacted]d@me.com

**From:** Charles Bloomfield
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] VIN 7902089, PIN 9081
**Date:** Tuesday, December 16, 2025 7:35:43 PM

---

This is to confirm receipt of the email with subject Investigative Case 2022R00513 - Court Case 24-CR-00524

I confirm I am a victim in this case. You may update the record with my name and address as below.

Donations made to Modest Needs:
[redacted] - 05/30/20
[redacted] - 1/31/2020

I believe there were other donations totalling around [redacted], but I am not able to find detailed records in my credit card statements.

I am sad and angry to have been so deceived. I did research with Charity Navigator and other sites before sending money to Modest Needs. I do not recall how I first heard about it - covered in a news story, I think. I don't know if any of the funds ever reached a person in need, or whether this fraudster simply fed on the desperation of some and the goodwill of others. I am disgusted at the behavior. I've also been around long enough to know that this kind of person does not change their way. Keith Taylor will defraud again if given the chance. So I hope he sees a long, long jail sentence and is never again allowed to have control over other people's money.

I doubt there's any way I can recover the funds, but if there is, I will immediately make a charitable donation with whatever funds I am lucky enough to recover.

Here is a letter Keith Taylor sent me in response to the [redacted] donation:

> Hi Charles,
>
> Firstly, thank you SO MUCH for this incredibly generous contribution. Per your request, I've already directed these funds to applicants in Colorado. Thanks to you, these three requests for help have just been fully funded:
>
> https://www.modestneeds.org/features/ledger/viewapp.asp?source=BrowseRequest&mode=upd&rp=l&id=495677 (allocated [redacted])
>
> https://www.modestneeds.org/features/ledger/viewapp.asp?source=BrowseRequest&mode=upd&rp=l&id=494089 (allocated [redacted])
>
> https://www.modestneeds.org/features/ledger/viewapp.asp?source=BrowseRequest&mode=upd&rp=l&id=494396 (allocated [redacted]; I funded the remaining [redacted] or so personally so that this applicant wouldn't have for additional contributions to receive assistance)
>
> I chose these specific requests for help because they were all for larger amounts and might otherwise have had to wait a significant period of time to be fully funded. But in any case, when these applicants leave their "thank you" notes, I'll be sure to forward them to you so that you can enjoy seeing the tremendous difference you've made in these person's lives.
>
> As for directing a gift, generally, when people want to direct their gifts, they simply deposit their funding into their own accounts by making the contribution they'd like to make and selecting to allocate their funding to their account for their use later (this is an option in the "please allocate my contribution" section of the donation form. That's probably the best way to direct your contribution, but I'll look into other ways to make it more clear that this is an option during the contribution

process.

Finally, I did see the issue you had mentioned with Canada remaining selected when you choose to search for applications in a US State. Certainly, when you select a specific state or province, *both* all the US and all of Canada should be deselected by default. If you can believe it, in 10 years, no one has ever noticed that this didn't happen, probably because we get so few requests for help from Canada. But I'll definitely squash this bug later today.

Thank you again, so much, for this incredibly generous contribution. I look forward to hearing from you again soon, but in the meantime, please stay safe and, above all, be well!

My very best,

Dr. Keith P. Taylor, President
Modest Needs Foundation

Thank you,

Charles Bloomfield
[redacted] Boulder, CO [redacted]
US Cell: [redacted] 9383
c[redacted]d@me.com

## VICTIM IMPACT STATEMENT AND RESTITUTION CLAIM

**Case Title:** United States v. Keith Taylor
**Case Number:** 1:24-cr-00524
**Court:** United States District Court for the Southern District of New York
**Presiding Judge:** Hon. Jennifer L. Rochon
**Victim Information:**


- **Full Name:** Jon Kelly Bornholdt
- **Mailing Address:** [redacted] Zell am Main, Germany
- **Phone Number:** [redacted] 7341
- **Email Address:** j [redacted] t@googlemail.com


---

### 1. Statement of Financial Loss

I am submitting this claim as a direct victim of the fraudulent scheme executed by the defendant, Keith Taylor, through the Modest Needs Foundation. In December 2020, I intended to use my federal Covid relief funds to support low-income families facing unexpected financial crises. Instead, my hard-earned funds were stolen to finance the defendant's personal luxury lifestyle.

My total financial loss is [redacted], which was processed through my Bank of America credit card in a single transaction but which represents two distinct donations:

- **Donation 1:** [redacted] (Processed in January 2021)
- **Donation 2:** [redacted] (Processed in January 2021)

*I have attached a copy of my January 2021 Bank of America credit card statement this transaction as evidence of my loss.*

### 2. Financial Impact on the Victim

The financial loss of [redacted] has caused me genuine hardship. Since making these donations in 2020, I have experienced a substantial and permanent decrease in my personal income. Amid an ongoing, tighter financial situation, the loss of this money is heavily felt. Had these funds not been fraudulently acquired by the defendant, they would currently be serving as critical financial support for my own household needs. I am formally requesting full financial restitution in the amount of [redacted] from any assets seized or recovered from the defendant.

### 3. Emotional and Psychological Impact

Beyond the direct economic loss, the defendant's actions have had a considerable psychological impact on me. I contributed this money during a global pandemic with the pure intention of aiding vulnerable people trying to deal with straitened circumstances. Learning that the organization was entirely corrupt and that my money went toward high-end restaurants and personal luxury has caused me much anger.

This betrayal of trust has left me profoundly cynical about charitable organizations. It has significantly impacted my willingness to engage in philanthropy, leaving me deeply untrusting of the nonprofit sector. The knowledge that altruistic intentions were exploited for personal greed is deeply upsetting.

### 4. Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** ____________________

**Date:** 18 May 2026

**From:** Sawyer B
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Case Number 2022R00513 Impact Statement
**Date:** Monday, December 1, 2025 4:45:44 PM

To whom it may concern:

**Victim Impact Statement**

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Between November of 2021 and November of 2023, I donated a total of [redacted] to Modest Needs. I believed that my money was alleviating the pain of many families who were down on their luck.

Please let me know if there is a specific form I need to file for possible restitution.

Best regards,
Sawyer Braun
s[redacted]n@gmail.com
Victim number: 7898073

**From:** Shawn Brenneman
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Thursday, January 8, 2026 6:23:39 PM
**Attachments:** Shawn Brenneman - Modest Needs receipts.zip

---

Victim: Shawn Brenneman
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

**Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):**

I donated to the Modest Needs Foundation regularly for over a decade:

2011-12-31 [redacted]
2012-12-14
2013-12-10
2014-12-29
2015-12-29
2016-12-31
2017-12-31
2018-12-31
2019-12-31
2020-12-31
2021-12-31
2022-12-31
2023-01-04

For a total of [redacted]. I appreciated the mission of the foundation and was proud to be able to support it. It was obviously disappointing to learn that funds had been misappropriated instead of being used to help those in need.

I have attached PDFs of confirmation emails for each of the donations above if that is helpful.

Sincerely,
Shawn Brenneman

**From:** Marilyn
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Email received
**Date:** Saturday, January 10, 2026 3:47:44 PM

---

Hello. I received an email about being a possible victim of the Modest Needs foundation.
I don't remember all of the particulars of our interactions with the foundation, as it has been a long time.... maybe 20 years? Not sure.
During a time of financial hardship, my wife found information online about Modest Needs. They said that they would help people with things which weren't major, but which would be really helpful for people who are having a hard time in life.
We were in desperate need of car repairs, as I recall? or perhaps it was repairs on our mobile home? It could have been either one, as we were in real need of both, and we requested help from different organizations.
If I recall correctly, we had to submit a request detailing the problem, telling how any assistance would be of great benefit, and maybe outline our bills and income etc? Make a plea for assistance? As I recall.
My wife wrote up the request and we submitted it. They said that it had been approved, and if I recall correctly we received around $300 or so in funds. We were tremendously grateful for that.
Later, the foundation solicited funds from us, and we did donate a small amount each month. I believe it was [redacted] a month. I felt compelled to help those who had helped me.
I am not sure how long we did that.
I am saddened to learn that funds which had been intended to help poor people went to fund this man's lifestyle. Most of the people sending in money have likely never had the opportunity to eat in a fancy restaurant. My wife has never even been in a taxi cab, let alone a limo, and a restaurant with $25 a person meals seems very extravagant to us. I can't even imagine how much this man wasted.
Thank you for your good work.
Chris D. Bubb
Marilyn A. Bubb

**From:** Christina Cappuccio
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Wednesday, January 28, 2026 6:08:31 PM

It is despicable that Keith Tailor took money meant for people in need and used it for luxuries for himself. I gave [redacted] to someone that Mr. Taylor took advantage of by using their story and keeping the money for himself. This episode makes me wary of giving money to others unless I am certain that a heartless thief, such as he, is not pocketing it for himself while letting others suffer.
Thank you,
Christina Cappuccio

**From:** Mari Cartagenova
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim impact statement
**Date:** Wednesday, December 17, 2025 1:56:43 PM

---

Hi

I am a victim in the case against Keith Taylor case number 2022R00513

I gave money to accompany called Modest Needs Foundation. I gave this money to help others that were down on their luck, and Mr. Taylor decided to use it for his own purposes. He clearly is a disgusting individual.

Knowing that I gave my hard earned money to have somebody just spend it on themselves impacts me greatly. It makes me unable to trust other charity organizations. How will I know who to trust in the future? I thought this was a legitimate charity, and I did look it up to make sure but obviously I was wrong.

I gave over [redacted] to this charity and while it might not seem like a lot to you, it was a lot to me. I try to help people the best I can, and now my faith and humanity has been shattered. Not only am I out this money that I could definitely use, but this person has made me fearful to give charity to others now. I am traumatized as a result.

On a sidenote, I have also called the victim notification system VNS to try to get my real name put on the case as well as verify my email. I was instructed to do this in the letter that I received. **I have called this number multiple times and it doesn't work**. There was no way for me to leave my full name or verify my email. Please fix this!

I have also called the southern District of New York number to try to complain about this, and **I have left multiple messages and no one has ever called me back.**

Apparently, no one in the US government gives a crap that I was swindled. Thank you so much for not helping me. It would be really nice if the tax dollars that I paid prompted you to actually do your job.

Why bother to send me the letter in the first place if nobody will answer my calls and the system you set up to help me doesn't work?

I really wish that you would help people like me who were taken advantage of. I'm sure nobody will care that I even sent this and I will receive no reply.

If anybody does Care, please respond and let me know what I can do to verify my email and add my legal name to this case.

Disappointed,
Mari Cartagenova
Westford, MA

| | |
|---|---|
| **From:** | Carlos Castells |
| **To:** | USANYS-Taylor.Victims |
| **Subject:** | [EXTERNAL] Victim Impact Statement Case 2022R00513, Docket # 24-CR-00524 |
| **Date:** | Thursday, January 8, 2026 7:00:39 PM |

To: U.S. Department of Justice
United States Attorney's Office
USAO - Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278

RE: United States v. Defendant(s) Keith Taylor

Case Number 2022R00513 and Court Docket Number 24-CR-00524

Victim Impact Statement

My wife and I donated [redacted] to Modest Needs over several years, having found out about the charity through a podcast, Cognitive Dissonance. We donated most of that money specifying individual cases written up on the Modest Needs website, concentrating on cases in our state (Ohio). As time went on we contributed larger amounts, attempting to "pay off" entire cases if we could afford it. In some instances we received emails from Keith Taylor relating testimonials from the beneficiaries. We thought this was a perfect charity, which would transfer our money where it was needed most, during the COVID pandemic when so many had their livelihoods uprooted. Since our income was not interrupted, we wished to do our share for the less fortunate.

Finding out that Mr. Taylor was pocketing much of the donated funds distresses us, not just because it is such a large amount, but that we will forever wonder if anything we donated actually went to the needy individuals or into Mr. Taylor's pockets. The whole thing is despicable and has made us wary of other charities, legitimate or not.

We would not seek restitution, wishing only that those who applied to Modest Needs for assistance be compensated.

Thank you for your consideration.

Carlos Castells
Lakewood, OH
c[redacted]n@gmail.com

Breakdown of our donations, per emailed receipts

| Date of donation | Amount | Note |
|---|---|---|

| | | | |
|---|---|---|---|
| 11/12/2018 | [redacted] | podcast charity drive | [redacted] |
| 6/14/2020 | | podcast charity drive | |
| 10/27/2020 | | podcast charity drive | |
| 12/30/2020 | | "You've changed another life" email | |
| 1/13/2021 | | | |
| 2/15/2021 | | | |
| 5/6/2021 | | "You've changed another life" email | |
| 6/9/2021 | | | |
| 6/9/2021 | | "You've changed another life" email | |
| 11/23/2021 | | "You've changed another life" email | |
| 4/28/2021 | | | |
| 11/24/2022 | | | |
| Total | | Total acknowledged (?) by beneficiaries | |

**From:** Andrew C
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Friday, February 6, 2026 12:12:16 PM
**Attachments:** 2020-05-05-Receipt_for_Your_Payment_to_Modest_Needs.pdf
2020-03-22-Receipt_for_Your_Contribution_to_Modest_Needs.pdf
2020-05-05-Receipt_for_Your_Contribution_to_Modest_Needs.pdf
2020-07-09-Receipt_for_Your_Contribution_to_Modest_Needs.pdf
2020-07-09-Receipt_for_Your_Payment_to_Modest_Needs.pdf
2020-10-09-Receipt_for_Your_Contribution_to_Modest_Needs.pdf
2020-12-04-Receipt_for_Your_Contribution_to_Modest_Needs.pdf
2020-12-04-Receipt_for_Your_Payment_to_Modest_Needs.pdf
2020-10-09-Receipt_for_Your_Payment_to_Modest_Needs.pdf
2022-04-19-Receipt_for_Your_Payment_to_Modest_Needs.pdf
2022-09-07-Transaction_Receipt_from_Modest_Needs_Foundation_for_[redacted]_(USD).pdf
2022-04-05-Receipt_for_Your_Payment_to_Modest_Needs.pdf
2023-03-02-Transaction_Receipt_from_Modest_Needs_Foundation_for_[redacted]_(USD).pdf
totals - Sheet1.pdf

---

Re: United States v. Defendant(s) Keith Taylor
Case Number 2022R00513 and Court Docket Number 24-CR-00524

Between 2020 and 2023 I donated a total of [redacted] to the Modest Needs Foundation. See attached receipts. I am seeking restitution.

| date | amount |
|---|---|
| 2020-03-22 | [redacted] |
| 2020-05-05 | |
| 2020-07-09 | |
| 2020-10-09 | |
| 2020-12-04 | |
| 2022-04-05 | |
| 2022-04-19 | |
| 2022-09-07 | |
| 2023-03-02 | |
| | |

**From:** Samantha Childs
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Receipts for Keith Taylor Modest Needs Donations
**Date:** Friday, January 9, 2026 3:09:56 PM
**Attachments:** Samantha Childs Modest Needs $3734.pdf
Samantha Childs Modest Needs $1274.pdf

---

Hello,

This is Samantha Childs, a victim in the Modest Needs Charity Case.
My Victim ID is 7913715

I have 2 email receipts that I've found from donations I made to Modest Needs that I wanted to send you.

Thank you so much for your help and wishing you a beautiful 2026! Thank you for all your hard work :)

With gratitude,
Samantha Childs

**From:** Michael Chorost
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Modest Needs contributions
**Date:** Thursday, January 29, 2026 11:50:52 AM

---

Hi, we made the following contributions to Modest Needs:

2021: [redacted]
2022:
2023:

If there is the possibility of restitution for these donations, I can supply the confirmations we received from Modest Needs.

That said, I would prefer that monies proceeding from the case go first to the families who applied for aid--as we had intended when we made the donations.

Thanks,

Mike Chorost

------------------------------------------
Michael Chorost
Washington, D.C.
http://www.michaelchorost.com

Skype: mikechorost
Bluesky: @michaelchorost.bsky.social
Twitter: @MikeChorost

Books: REBUILT and WORLD WIDE MIND - see my website.

**From:** FRAN CLARIDA
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] United States v. Defendant(s) Keith Taylor
**Date:** Thursday, March 5, 2026 8:10:02 PM

I made one donation to Modest Needs in the amount of [redacted] on January 2, 2013 expecting that the money would help someone in need. I am horrified that Keith Taylor extravagantly and cruelly used millions from donations for his personal use. So many people could have been helped in their hour of need, but instead he selfishly and greedily used the funds for himself. How many people went hungry, had their utilities turned off, couldn't pay their rent, or pay medical bills, didn't have transportation to get to work or to find a job because he horded the money he collected for himself and his lavish lifestyle? I pray that he understands the damage he's done, learns the lesson from this, is remorseful  and opens his heart to truly helping others.

Fran Clarida

*"Remember that when you leave this earth, you can take with you nothing that you have received - only what you have given: a full heart enriched by honest service, love, sacrifice and courage."* St. Francis of Assisi

**From:** B C
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fwd: U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Monday, December 15, 2025 2:58:24 PM

---

Hello Taylor

I have made an account but have not received the downloads links to the Victims Impact Statement document to fill out. Please forward me the documents. On 2021-11-24 I donated [redacted] to the perpetrators charity (ModerstNeeds). Feel free to call or email me

Sincerely: Bryant Collazo

[redacted]

**From:** Peggy Collins
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Wednesday, December 10, 2025 2:44:16 PM
**Attachments:** Collins_VictimImpactStatement_Taylor_Documentation.zip

---

Hello,
This is a Victim Impact Statement for USAO Number 2022R00513 and Court Docket Number: 24-CR-00524.

My name is Margaret D Collins, VIN 7912382. I was a monthly Modest Needs donor for the following years and amounts. I have attached a zip file with all the annual tax receipts that reflect these amounts.
2015: [redacted]
2016:
2017:
2018:
2019:
2020:
2021:
2022:
2023:
2024:
**Total**

I would like to receive restitution for these funds as allowed by the court so that I can re-donate it to those in need as I originally intended.

Thank you,
Margaret D Collins
VIN 7912382
[redacted]-8736

**From:** Deanna Constans
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Modest Needs Foundation Fraud
**Date:** Thursday, January 8, 2026 4:34:41 PM

I am a person who felt compelled by the Modest Needs charitable vision, wherein small amounts of money contributed by many could help urgent requests for help provide individuals with a way to avoid homelessness, medical debt, or keeping the lights on. It appealed to me because the people requesting help wrote personal stories, were "vetted" by the founder, Keith Taylor, and it appeared to be a legitimate nonprofit organization.

Now, looking back I feel completely scammed out of the money I donated, with the pleas for help pulling at my heart strings. I was very trusting of the organization, Modest Needs, and Keith Taylor's emails pleading for help really spoke to me.

When he first reached out to his donors with a statement denying any allegations, I still believed he was innocent. It is so disheartening to learn that there was fraud, that he lied, and that I was duped into spending my hard earned money. How unfortunate for both the victims and all the potential people that could have been helped if the money went where it was intended.

I've contributed to various charities over the years, but this one was very meaningful to me, and I even encouraged people down on their luck to apply for assistance. That is how much I believed in the cause. Now, I will forever be a skeptic when it comes to where I donate. My doubt saddens me because I'm much less willing to help the people who really need it the most.

I hope the court will fulfill the justice deserved here and that this may be a cautionary example for others thinking of embezzlement.

Thank you for your attention.
Sincerely,

Deanna M. Constans

**From:** Joy Cordell
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fwd: U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Thursday, December 4, 2025 2:15:35 PM

---

[redacted]

# VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

---

DONATIONS
Dec. 1, 2020: [redacted]
Jan. 31, 2021

(Please let me know if you need the receipts. I have them in email and am not sure how to attach them here.)

Victim statement: I was tryiing to help people in need and it's distressing to learn that the money didn't reach them. I want to be fully reimbursed so I can help someone else.

Joy Cordell

# VICTIM IMPACT STATEMENT

Victim: Kitty (Kelly) Corwin
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

I really truly believe in the mission of Modest Needs. Meeting people in their moment of greatest need and giving them their needed financial support, often to avoid homelessness and further spiraling of security and safety, is something that I have always been passionate about. In my opinion it's one of the most effective uses of financial resources. For these reasons, I have been a passionate proponent of Modest Needs ever since I found out about it, prioritizing it as a major recipient of my giving and sharing their information with everyone I could, including both anyone I came across who was in desperate financial need, and my friends, in encouraging them to give as well, if they were able.

In addition, my personal and religious beliefs emphasized the importance of sharing financial resources. So I also spent a lot of energy convincing my spouse to prioritize Modest Needs in our plans for giving. From 2010 to 2023, we donated a total of [redacted], and I want to emphasize that these donations were not financial afterthoughts; they were intentional gifts that affected our household budget. In 2013 in particular, we gave a total of [redacted] which was approximately 2.6% of our adjusted gross household income for that year. In particular, we gave at the end of several of those years, because Modest Needs said they had matching grants for donations during the holiday season.

I believe so wholeheartedly and passionately in this mission that I would love to start my own evolution/version of this charity, but with how Taylor has disgraced the charity, who would trust or donate to any implementation of this mission?

If the reports are correct that most of the donated money did actually go to help the charity's applicants who were in need, I am glad to hear that. However, the fact that the defendant seemed to be flagrant in his disregard for ethics in handling other people's hard-earned money that they gave in good faith is hugely damaging to anyone who is trying to carry out a charitable mission. Plus, I am pissed off that the defendant apparently intentionally misused funds we donated, and believe that he should be responsible for paying back the donors who gave in good faith.

(And as a personal note, it boggles my mind that (at least according to my understanding of the relevant documents I've read) Taylor could have continued living his extravagant lifestyle without these legal consequences, if only he'd been willing to keep his books accurately. The situation truly defies my understanding.)

Sincerely, Kitty Corwin (aka Kelly Corwin)

# VICTIM IMPACT STATEMENT

Victim: Luke Corwin
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

I donated to this charity for many reasons, prime among them was my faith, which tells me that since I have been given much, I have the opportunity and obligation to use those gifts to help and care for others. Knowing that this parasite took money that I sacrificed to help others and used it for his own selfish and vain ends is disgusting. He has not really stolen from me; he has stolen from those in need that I thought I was helping. His actions have also damaged my ability to trust any charitable organization. He has thus also stolen from those I might have given to in the future.

For sentencing, my first thought is of Ananias and Sapphira in Acts 5:1-11. They also lied about their donations to charity, and God struck them dead. I know those thoughts are vengeful and not true justice, but they still convey the gravity with which I view, and I believe God views, such theft. In truth, I want him to receive a sentence that will cause him to realize the error of his ways. I want him to become a better person who will make proper restitution to all the people from which he stole.

Sincerely,

Luke Corwin

**From:** Sue Cozart
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Keith Taylor case
**Date:** Tuesday, December 9, 2025 11:46:12 AM

---

Hi,
I was a monthly donor to Modest Needs for 6 years. I believe Keith when he said the money was being raised to help people who were a step away from disaster. I appreciated the work they said they did to vet the applicants and to pay money directly to creditors. I felt like I was really making a difference in the lives of people who were struggling. I am gutted to find that Keith was diverting donated funds to himself. This behavior is so selfish and disgusting. I don't have words to describe how disappointed I am.

I'm glad he has pleaded guilty, and I hope that he is sentenced so that he feels the pain and fear of those who he took money from, who could have been saved if he was a person with integrity.
Please let me know if you have questions.
Sue

--
Sue Cozart

**From:** E Crawford
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fw: U.S.DOJ Case 24-CR-00524 Victim Impact Statement
**Date:** Monday, December 1, 2025 4:43:36 PM

[redacted]

# VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

My name is Emily "Emma" Crawford. When I first received an email about this case I was glad to see justice being done. But this entire past year has been very hard for my community-- those of us who trusted Keith Taylor and his work with Modest Needs. To know it's almost finished is a relief, but the trust I had in this non-profit will never recover.
I am not a believer; my morals, however, my values, are based in compassion and care, in protecting

those in need of protection, and helping anyone who needs help. My values are based in radical kindness-- and lack of belief in a higher being only means I have chosen this value system, rather than it being given to me.

I thought Keith Taylor mirrored those values; that the work he started when he founded Modest Needs was a way I could support a Good Thing, and give a hand up. I needed help when I was younger and there was no one there to give it; I have worked to ensure that I could be that helper, and Modest Needs was a way that I (along with my entire community of non-believers) could be Helpers!

I work for a non-profit, and so I know how far $10 or $15 can go with the right stewardship. Modest Needs seemed to be just that! While I only gave a [redacted] over several years, many people gave thousands or tens of thousands, we all knew our money was multiplying, helping so many, doing so much good. I can't speak for anyone else, but that money was a lot for my budget, and I gave it happily and with joy, knowing it would help someone I would never meet, but who just needed a little push and they'd be ok. Just being a bridge between the "Right Now Trouble" and "The Future Past the Trouble" was amazing.

There are not many non-profits that help humans with small, immediate, cash needs, without bringing religion into consideration, and Modest Needs filled a role that is usually left to micro-loans when available, or predatory payday-loans/auto-title loans. When Keith Taylor chose to raid the coffers in which so many of us placed our hopes for a good future for others, he showed me that his own morals and values didn't mirror anything so good and kind. I was outraged that he would betray his clients with his avarice-- let alone his donors! As a donor, I trusted him with my gift, trusted he would use it to spread kindness, and to support the mission of Modest Needs. How many people could have been helped with the money he stole?

Again, as a non-profit worker, I understand that non-profits are "owned" by the community: we rely on our communities for help, support, volunteers, and more. Without the public trust, we are nothing. Without the buy-in of our community, our mission is unattainable. The actions of Keith Taylor have made Modest Needs' mission unattainable-- the name "Modest Needs" will mean "Fraud Alert" rather than "Hey, we can help!" Keith Taylor should be held as an example: he defrauded more than his donors, he defrauded our values. He defrauded our kindness and our compassion, and all for over-priced food.

Thank you for taking the time to read my words. It's difficult to explain the depth of mistrust and betrayal his actions caused-- because he and I have never met, we've never spoken, there was only the social contract: I give money, you use it like you promised. Some day I hope he truly understands the damage he's done to the trust so many of us placed in him, and the damage he's done to charities who are so vital. His actions placed a pall on all of us in the non-profit sector. He singlehandedly took a bright and beautiful idea, one funded by thousands of humans who only wanted to help, and ate it!

Sincerely Yours,
Emma Crawford

---

**From:** Jennifer Cummins
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Friday, January 9, 2026 12:42:28 PM
**Attachments:** Modest Needs Donation 03.02.21 $2050.pdf

---

My name is Jennifer Cummins, and I am submitting this statement as a victim of the Modest Needs Foundation fraud perpetrated by Keith Taylor. On March 2, 2021, I made a charitable donation totaling [redacted] to Modest Needs (see attached), believing in the mission they publicly represented—to provide meaningful and immediate financial assistance to individuals and families in crisis. My family plans our charitable giving carefully each year, and this contribution was a significant part of our annual giving plan.

Following my donation, I subscribed to the Modest Needs newsletter and received regular weekly updates for over two years. These updates highlighted stories of individuals supposedly being helped by the organization, and I believed wholeheartedly that my donation was contributing to those efforts. I spent years trusting the organization, feeling connected to the people they claimed to serve, and believing I had done something meaningful and impactful.

In June of 2024, I learned that Keith Taylor had been defrauding the nonprofit and using charitable funds—including donations like mine—for his own personal benefit. This revelation was shocking and very upsetting. For two years, I had been emotionally invested in the work Modest Needs claimed to be doing, feeling encouraged each week by the stories they shared. Learning that these stories were presented under false pretenses—that the money I had given to help vulnerable people was instead misused—left me feeling betrayed and deeply disillusioned.

The emotional impact has been significant. This experience has shaken my trust in charitable organizations and caused me to question my judgment in giving. Charitable giving is an important value in my household, and this violation of trust caused ongoing distress and hesitation about donating in the future.

There is also clear financial harm. The [redacted] I donated was intended for the benefit of people in need—not for personal enrichment by the individual running the organization. At a minimum, I would like my monetary loss to be acknowledged and **fully refunded**.

I respectfully request that the court consider the serious emotional and financial impact this fraud has had on me and my family, as well as other people and families and the broader damage inflicted on public trust in charitable giving.

Thank you for taking my statement into consideration.

Sincerely,

Jennifer

Jennifer Cummins
[redacted]s@gmail.com
[redacted]-6906

[redacted]

# VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

VIN 7898266
PIN 7579

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

We donated a total of [redacted] to Modest Needs Foundation from the period 12/28/2009 through 12/28/2017. The dates + amounts and the credit card used are listed on the attached schedule I created using Quicken, in which contemporaneously recorded the transactions.

If restitution is a reasonable possibility I believe I can retreive some or all of the receipts from my gmail account.

We were annually making family Christmas donations to the Foundation thinking we were helping specific people needing help. This fraud is profoundly disappointing. We would welcome restitution so we can redirect/donate these funds where they actually would be used as intended. Please let me know if you need receipts

[signature]

**From:** TERRI DALLEN
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Modest Needs Donations
**Date:** Friday, November 28, 2025 5:14:47 PM

---

Hello. I received an email regarding donations I made to modest needs. I made a [redacted] donation to the organization during the Covid pandemic. Please let me know if you need further information.

Terri Dallen

Sent from my iPhone

**From:** Noorin Damji
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Impact Statement
**Date:** Thursday, December 4, 2025 4:11:43 PM
**Attachments:** image.png
Gmail - Receipt for Your Contribution to Modest Needs.pdf

---

Hello,

My name is Noorin Damji and my Victim Identification Number (VIN) is **'7911890'**. I am writing because I am seeking restitution for my donation.

I made this donation when I was a student as a personal sacrifice in order to help a needy family. I am so disappointed that I thought I was making a personal sacrifice to help a low income family pay their rent and instead the money got embezzled by a fraudster. I donated a total of [redacted] which was not a small sum for me at the time. I was proud to make this contribution and even encouraged others to do the same. I feel deeply regretful that I encouraged others to save up and donate to this cause. I gave money that was part of borrowed student loans that I pay 6% interest on, which is a total cost of about [redacted] to me and I am seeking restitution as this was spent on inappropriate uses without my consent.

I have included a receipt of my transaction as a .pdf and a screenshot below:

[redacted]

Thank you,
Noorin Damji

**From:** Dave Darrah
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Case Number 2022R00513 and Court Docket Number 24-CR-00524 Keith Taylor Modest Needs
**Date:** Monday, December 15, 2025 9:28:54 PM

Sirs:

Here is my experience with Modest Needs Foundation, re: Case Number 2022R00513 and Court Docket Number 24-CR-00524.

I first donated, after reading about it (source unknown), in August 2008.

For a while, at random times, I received emails from Modest Needs relating stories of how our donations were critical to some of the targeted recipients. In checking my email archives, I've determined that the last of these was received in February 2017.

Some time after 2017, I initiated a [redacted] quarterly donation from my charitable fund, which I just recently terminated.

I was hoping that my donations were still helping those in need, it was just that I wasn't being notified of them.

It would take some time and effort to determine the exact amount that I donated to Modest Needs, but I would say it is in the neighborhood of [redacted]

I would be willing to answer any questions you may to the best of my ability.

Donald "Dave" Darrah
[redacted]
Naples, [redacted]

[redacted]h@gmail.com

**From:** Richey Rock
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fw: U.S. Department of Justice - VNS - Investigative Case 2022R00513
**Date:** Thursday, January 8, 2026 7:44:12 PM
**Attachments:** Modest Needs Donation 2010-04-12.pdf
Modest Needs Donation 2010-11-26.pdf
Modest Needs Donation 2013-12-29.pdf
Modest Needs Donation 2014-12-30.pdf
Modest Needs Funded 2010-04-03.pdf
Modest Needs Funded 2010-04-04.pdf
**Importance:** High

---

Hello,

I registered on Modest Needs' web site on 2009-12-22.
I thought that their model of "preventing people from entering the cycle of poverty" was an exciting new way to help folks in need.
Crowdfunding the funds to help people get back, or stay on their feet was something I could get behind.

Over the years I had told so many people, not only about the Modest Needs site, but how I was actively donating to it.

It's really disheartening to find out that someone would use people in need to take advantage of the goodness in others.

Attached files:
--------------------
I could only find 4 of the donation emails in my Hotmail. I know there were more, but that was a long time ago and this was all I could manage to find. [redacted]

You can see I was part of two successfully funded applications dated 2010-04-03, and 2010-04-04, but I don't have any emails prior to those dates that show how much I had funded Modest Needs.

The dashboard screen capture shows my very last funding of [redacted] on 2016-06-08
(I was surprised to see the site still up and appears it's still functional?!)

I feel that I had donated a very minimum of around [redacted] total, but more likely [redacted] overall, but again, that was a long time ago, and I don't have any proof other that what I have attached here.

If you need any other information from me, please feel free to contact me.

Thank you!

Rich Davis

[redacted]

**From:** MARGUERITE DEBIASI
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Monday, December 8, 2025 12:23:29 PM

---

I received an email regarding the ModestNeeds Fraud under another of my email accounts p[redacted]4@aol.com [redacted]

++++++++++++

When I t

I have been donating under the email address in this email for years. I have a monthly subscription set at [redacted] I am appalled at the conviction. From their website my contributions this year are as follows:

[redacted]

[redacted]

I have made similar contributions as shown on their website since 2006. If needed I can copy each years.

I have tried to access the VNS website but don't see a way to file this information.

I also have tried to cancel my ModestNeeds monthly payment but the website returns errors and the phone seems disconnected. In case you were not aware.

Please let me know if any additional information is needed.

Marguerite DeBiasi
p[redacted]i@aol.com
p[redacted]4@aol.com

# VICTIM IMPACT STATEMENT

Victim: FNU LNU (Ellen Devlin)
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

I had been a monthly contributor to Modest Needs since August 2002 [redacted] month), and have made occasional extra contributions in response to appeals. I have also encouraged family members to donate to Modest Needs in lieu of Christmas and birthday gifts.

I supported Modest Needs because I believe in the value of helping people facing a relatively small financial emergency to keep it from spiraling into something that could upend their entire lives (like funding a car repair so they can keep their job).

Since 2002, I have personally donated over [redacted] to Modest Needs; my donations just since 2015 totaled [redacted]. My family's donations are a few hundred more. To find out now that a good portion of that money was taken, not from me, but from people who actually needed help, is a gut punch.

I believe Keith Taylor should be punished, but I am more interested in trying to mitigate the damage he has done. He should give up all his financial assets (and, if possible, some part of his future earnings) so that they can be used to help people (or returned to the organization's donors, so that we can give them to someone else). His sentencing should include real community service assisting people like those he claimed to serve so that he never forgets how he wronged them.

Thank you for the opportunity to provide this information.

Ellen Devlin
VIN 7904371
e[redacted]n@juno.com

**From:** D D
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim impact statement
**Date:** Wednesday, January 7, 2026 2:02:43 PM

Hello, my name is Darla Dixon. Today, I learned my donations to Modest Needs Foundation were misused. Although I typically didn't donate large amounts, I liked to help when I was able. Times were tough financially for our family of six too.

I told many people about the charity. I recommended the organization to others online. I believe American families DO need a charity that acts as a bridge…a "stitch in time" crowdfund grant that keeps a problem from becoming a crisis. I liked the idea that the grant applications were vetted to be sure the recipient had a legitimate need.

I think the idea was great. I think Keith Taylor started Modest Needs with good intentions.

Maybe the first time he dipped in to money that wasn't his, it was just a slip, a mistake - an "I'll pay it back later" moment. Let's be generous and say the first few times were like that. Nobody's perfect after all.

But setting up a fake board of directors?! That's a new level of deviousness.

I feel betrayed, disgusted and disappointed.
At the moment, I feel like I won't donate to any charities anymore. I definitely feel a lack of trust.

Thank you for your time.

Your Honor,

Thank you for taking the time to read my statement. I was a victim of Keith Taylor, in that he promoted his charity Modest Needs on a podcast I regularly listen to. During the interview, I was genuinely moved by the stories Mr. Taylor told and gave a bit of money. From my memory it was a few hundred dollars over 2 or so years. We are not a wealthy family, and I identified with the stories Keith told – I have lived paycheck to paycheck, I have had a small bill that felt crushing. I knew that while I don't have much, small amounts can make a huge difference.

One year, during a charity drive for Modest Needs, my oldest child was about 9. They heard the plea for donations, and grabbed [redacted] from their own piggy bank to help. We went to the Modest Needs website and picked a family to donate to. Not only was I tricked into donating, my kind hearted child 's hard earned allowance helped fund fancy dinners for Mr. Taylor.

Please do everything you can to prevent him from running another con. I believe Mr. Taylor needs to be given enough prison time to seriously consider how his greed hurt so many of the ordinary people who needed help in a desperate time. My hope is that he takes a hard look in the mirror and gets to work on fixing himself.

Thank you for your time,

Elizabeth Doyle

Elizabeth Doyle
[redacted]
Elyria, OH [redacted]
e[redacted]t@yahoo.com

**From:** Patrick Duganz
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim impact statement, re: Keith Taylor
**Date:** Saturday, November 29, 2025 8:09:34 PM

---

To whom it may concern:

I only donated [redacted] to Modest Needs over the course of three years, which seems like a paltry amount. However, to me this was at times significant. For instance, in 2021 I donated [redacted] while living as a single parent having recently divorced. I was living paycheck to paycheck but believed Modest Needs was a worthy cause. I believed the [redacted] would go towards bettering the lives of people who were struggling even more than me.

My rent had recently increased 37%, but I was making it work. I was moved by stories Keith told about helping people get their cars running so they could work, or getting their heat turned back on in winter. Again, times were far from easy for me but the lights were on and I could drive to work.

When the news broke of accusations that Keith Taylor had taken money from the charity, it hurt. Not because people involved in charity are always perfect, and not because charities are always perfect. It hurt because I'd given money I barely had, in hopes of helping those like me, and I am still not sure that happened.

My donations began in 2019. Keith began taking money in 2015. It's conceivable that my money never made it to anyone except the Maître D of whatever restaurant Keith was enjoying at about the time I wanted to help my fellow human beings. Perhaps, if I'm being more generous, the money went to pay his mortgage when I could barely afford my own rent.

In 2022 my rent rose another 24%. The next year 12%. I'm a social worker. My wages didn't keep up with my rent and my ex wife has never been consistent with the child support payments I'm owed. As expenses grew, I had to utilize the food bank to feed my son and I. I nearly lost my car to the bank. During the darkest days I thought about Modest Needs. I would be making the choice between getting gas for the car or paying part of the power bill, and I'd think of Modest Needs.

Modest Needs had preached a message of being solution for those dark days; being a way for people to help each other out when they needed it most. I needed help, but I'd lost faith in asking for help, especially if the people who tell you they'll help will also skim off the top for themselves.

Keith Taylor hurt myself and others when he broke our trust, and took from us. His guilty pleas, while appreciated, are not enough. I hope the court will hold Keith accountable and give him time in prison. I do not wish this because Keith is a violent criminal, but because his freedom is an insult to all of the charitable humans who gave their money in hopes their fellow humans would find peace; it is an insult to those who felt stress and despair, and reached out their hands in hope that they'd find compassion.

Only with a view behind a fence, without the freedom to move when he wishes, eat wha he wishes, and go where he wishes, can Keith fully comprehend what it is to despair and search in his heart for hope.

Living free, Keith will just find another way to lie.

Thank you for your time,

Patrick Duganz
Bozeman, Montana

**From:** Rachael
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement: United States v. Defendant(s) Keith Taylor Case Number 2022R00513 and Court Docket Number 24-CR-00524
**Date:** Wednesday, January 28, 2026 6:44:53 PM
**Attachments:** modestneeds2.PNG
modestneeds3.PNG

---

I am submitting this statement as a victim in the matter of United States v. Keith Taylor.

On November 15, 2017, I made a charitable donation of [redacted] to Modest Needs Foundation via PayPal. I have attached documentation confirming the donation, including a receipt and contemporaneous email correspondence from Modest Needs acknowledging the contribution.

At the time of this donation, I was experiencing a challenging period in my personal and financial life. My financial resources were limited, and discretionary funds were scarce. As a result, this [redacted] donation represented a meaningful and deliberate sacrifice for me, given with care and intention.

I believed the Modest Needs Foundation was a legitimate charitable organization providing direct assistance to individuals facing short-term financial hardship. My decision to donate was based on that understanding and on the representations made by the organization regarding its mission and use of donor funds.

I later learned that donations made to Modest Needs during this period may have been misused or diverted as part of the conduct underlying this criminal case. Had I known that the organization's leadership was allegedly engaging in fraud or misappropriation of funds, I would not have made this donation.

Although the monetary amount of my loss was modest, the impact to me was not. The donation was made in good faith during a time when finances were difficult, and learning that it may have been exploited has been upsetting and disappointing. It has also diminished my trust in charitable organizations and charitable giving.

I respectfully request that the Court consider my financial loss of [redacted] for purposes of restitution, should restitution be ordered in this case.

Thank you for the opportunity to submit this statement.

Rachael Edwards

[redacted] Redding, CA [redacted]

[redacted]-7765

Victim: Pamela Ellis
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

From 2010-2019 I contributed over [redacted] to Modest Needs. I thought the program was unique in that you could support specific causes or circumstances regardless of location, read responses from benefactors, participate in matching grants, and be assured the needs you were supporting were vetted for authenticity and donations were used to directly pay the person in need's bills.

It is a sad irony to learn funds were being used to support a lavish lifestyle for Mr. Taylor.

There will always be persons in need; it is unfortunate that actions like Mr. Taylors make it difficult to trust in any charitable organization that makes it easier to support others across the globe, rather than only the locality you reside where you must depend on someone that can vouch for their need.

Yes Mr. Taylor misused my donations but it's the untold legit charities and people in need that rely on them who are the real victims because donors like me will be less likely to contribute thanks to trust broken by the likes of Mr. Taylor.

Pamela J. Ellis
formerly Donaldson
[redacted]-[redacted]-3822
[redacted]
Sterling, VA [redacted]

**From:** Kristi Farrell
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement and Restitution Request – United States v. Keith Taylor
**Date:** Wednesday, May 27, 2026 2:10:20 PM

---

Dear Ms. Defendre,

Please accept my Victim Impact Statement regarding United States v. Keith Taylor, Case Number 2022R00513 / Court Docket Number 24-CR-00524.

I made donations to Modest Needs Foundation during 2017, 2018, 2019, and 2020. While I am not yet certain of the exact amounts, I am attempting to gather supporting documentation regarding those donations and related financial losses for restitution consideration.

This matter has caused me significant anxiety, emotional distress, ongoing stress, and has negatively affected my health and well-being over time.

I respectfully request that my Victim Impact Statement be submitted to the Court for consideration during sentencing proceedings. Please also advise if there are any additional forms, deadlines, or procedures required regarding restitution or if I wish to speak at sentencing.

Thank you for your assistance and continued updates throughout this matter.

Sincerely,

Kristi Farrell

**From:** Kristi Farrell
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] VICTIM IMPACT STATEMENT Victim: Kristi Farrell USAO Number: 2022R00513 Court Docket Number: 24-CR-00524
**Date:** Wednesday, May 27, 2026 2:13:11 PM

Victim: Kristi Farrell
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

To the Court:

I am submitting this Victim Impact Statement regarding the harm I suffered as a result of the fraudulent conduct connected to Modest Needs Foundation and defendant Keith Taylor.

I made donations to Modest Needs Foundation during 2017, 2018, 2019, and 2020 because I truly believed I was helping individuals and families facing real hardship. Although I am not certain of the exact amounts at this time, I am attempting to gather records and supporting documentation regarding those donations.

Learning that donor funds may have been misused and that contributors may have been defrauded caused me significant emotional distress, anxiety, frustration, and loss of trust. This situation has caused ongoing stress that has negatively affected my emotional well-being and physical health. The continued court proceedings and notifications have repeatedly reopened that anxiety and emotional strain.

The financial impact was meaningful to my household. Any money donated represented funds that were important to my family and daily responsibilities. Knowing that charitable intentions may have been exploited for personal gain has been heartbreaking and emotionally exhausting.

This experience has deeply affected my trust in charitable organizations and has caused continued stress and anxiety over the years. I respectfully ask the Court to consider the emotional, financial, and health-related impact suffered by victims and donors when determining sentencing and restitution in this matter.

I am respectfully requesting restitution for verified financial losses connected to donations made to Modest Needs Foundation and will provide supporting documentation as it becomes available.

Thank you for allowing my statement to be considered.

Kristi Farrell

**From:** Kristi Farrell-Ambrose
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] VICTIM IMPACT STATEMENT
**Date:** Friday, September 25, 2026 12:17:08 PM

VICTIM IMPACT STATEMENT

Victim: Kristi Farrell
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524
United States v. Keith Taylor

To the Honorable Court:

I am submitting this Victim Impact Statement to explain the financial, emotional, and personal impact that the conduct involved in this case has had on me and my family.

The effects of what happened did not end when the crime occurred. I have had to live with the consequences, stress, uncertainty, and disruption that followed. This matter has caused me significant emotional distress and has placed an additional burden on my everyday life and my family.

The financial impact has also been extremely difficult. Any money or property lost as a result of this crime represents more than a number on paper. Those losses affected my ability to meet my responsibilities and created additional financial pressure and worry. I respectfully ask that the Court consider the full amount of my documented financial losses and order restitution for every loss that is legally recoverable.

Beyond the financial loss, this experience has affected my sense of security and trust. Being identified as a victim in a federal criminal case is not something I ever expected to experience. The time spent dealing with the consequences, keeping records, communicating regarding the case, and worrying about what would happen next has itself been a substantial burden.

The emotional impact has included ongoing stress, anxiety, frustration, and worry. The circumstances have affected my peace of mind and have required me to devote time and energy to a situation that I did not create. The stress has also affected my family because the consequences of a crime against one person often extend to the people who depend upon and care about that person.

I respectfully ask the Court to consider not only the immediate financial loss but the complete impact this crime has had on my life. I ask that all restitution and other compensation available to me under federal law be considered, including any documented out-of-pocket expenses and other legally compensable losses resulting from the offense.

I also ask that the Court take into consideration the seriousness of the harm caused to the victims in this case and the lasting consequences that this conduct has had.

I am prepared to provide receipts, financial records, correspondence, or other documentation necessary to establish my losses. I respectfully request that the United States Attorney's Office and United States Probation Office advise me if additional documentation is required so that

all of my eligible losses can be presented to the Court before sentencing.

Thank you for allowing me the opportunity to explain how this crime has affected me and my family and for considering my statement before sentencing.

Respectfully submitted,

Kristi Farrell

Date: September 25, 2026

# VICTIM IMPACT STATEMENT

Victim: Ellen Feinberg (Formerly: FNU LNU)
VIN #: 7904260
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

---

**Ellen S. Feinberg**
[redacted]
**Chicago, IL** [redacted]
**Phone:** [redacted] **-9281**

December 7, 2026

Dear Sir or Madam,

I am a 21 year Modest Needs donor. I started donating after reading the *moving* (I say this with dripping sarcasm now) *People Magazine* article about Keith Taylor (I will omit the honorific at this time) and Modest Needs, that was published around 2002 or 2003. To be able to pick someone in need to help (i.e., an elderly man in Texas who needed his eyeglasses fixed so he could drive, or a family that was going to have its lights turned off due to mounting medical bills), was an honor and a priveledge. And, to know, that many recipients would turn around and become donors, was an incredible humanistic "movement." It is now a very cliché story to find out Keith/Icarus was electing to live large while many families needed help and screwing over those who were not wealthy but just wanted to help.

After beginning to donate on and off in 2004, I began to have regular payments deducted monthly (beginning with [redacted] and then [redacted]) beginning around 2005 ish. When donors received emails about urgent expiring requests, if it resonated with me and I was able financially, I would also go in under a separate credit card and try to help. When I got paid on Friday's I would sometimes look at the site and see who I could help. That action made my weekend so much sweeter. Silly me, thinking I was actually helping people.

At my 50th birthday party, on January 10th, 2009, people were instructed to buy me Modest Needs gift certificates, in lieu of gifts, so I could give back. And, I have encouraged many other friends to also donate over the years. How awful to find that my dear friends are now part of the 17,000 victims. Pity, I could have either given the money to my older sister who is financial need, or flown to NYC to take my cousins, or nephew out to fancy dinners in NYC, and stayed at the Ritz.

At one point, Keith came to Chicago. I provided him with a tour of the Trading floors (before we went electronic) at CME Group. He also had me come to an event in Chicago during his trip to speak to some Chicago donors about why I was giving and to share my enthusiasm for the charity. Enthusiasm I will never get back…

Now, let's get to me. I am hard working single woman who will be retiring in about a year or so. I have an older sister who has always had financial difficulties. I tried to help her, AND my favorite charity, Modest Needs, over the years. I lost my job during the pandemic, and I now work for a nonprofit woman's organization for over [redacted] less than I was originally making. And I still kept on giving to Modest Needs. Keith *apparently* kept on taking (and eating), while I could have helped my sister who was going into foreclosure.

Having studied at Second City for four years, I could be rewriting my skit about entitled politicians in legal trouble called:" Begging for Dollars." It was about holding a telethon for corrupt politicians so they could pay their legal bills. The donations would also be used to prevent them from pulling their children out of private school or cancelling the family Christmas trip to the Bahamas.

There was also an "End of The Telethon Song." I'd rewrite it to meet the moment, but that is just a waste of my time. I've already lost my money, and more importantly, **deserving recipients lost their help and trust.**

Attached please find a PDF of the tax letters I pulled from the Modest Needs website for **2015 - 2024** reflecting donations (totaling just about [redacted]). It would take a long time to pull everything else from the Website beyond those dates and no letters beyond 2015 were up on the site. I have no idea when Keith elected to wine and dine himself, and I'm also trying to figure out how my previous tax submissions are impacted and will need to consult an accountant. Perhaps, I can discuss this dilemma over an expensive New York meal with Keith. My monthly deductions for 2025 are still going on for [redacted] beginning January 2025. So, I would like that back. Hopefully, someone is going to help us find a way to cancel our current automatic deductions.

I have no interest in recommending a reduced sentence for Keith based on the premise he *tried* to do good, and I do not support a lenient sentence. I hear prison food isn't all that bad, although it is not Michelin star rated. Pity. No matter what anyone tries to do to instill trust back into the Modest Needs organization, this organization lost control of itself and totally lost my support. Audit much? My nonprofit is audited scrupulously every year. I am also responsible for working with our board and coordinating their election and their quarterly meetings. Seriously, did anyone not

know how a board and board members work? Did staff mysteriously disappear into a super massive black hole?

May Keith serve a long sentence, have no plea deals accepted, start no "Go Fund Fund Me's to pay his legal fees, and be banned for working for/starting any future nonprofits in any of the 50 states. **And may everyone, including me, receive appropriate and timely restitution from him. There are deserving people in my family who I can help with the money I lost, and I.Want.It.All.Back.**

"The Trust of the Innocent is the Liar's Most Useful Tool. - Stephen King

Sincerely,

Former 2004 - 2025 Modest Needs Donor: Ellen Feinberg

**From:** Elizabeth Feldman
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Modest needs
**Date:** Wednesday, January 7, 2026 1:26:10 PM

---

My most recent donation in the amount of [redacted] was received by Modest Needs on 2014-05-28.
I think that is the only time I donated.
Thanks,
Liz Feldman

--
Elizabeth Feldman, MD (she/her)
Evanston, Illinois

**From:** Paul Fischer
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement – United States v. Keith Taylor – Case 24-CR-00524
**Date:** Monday, December 1, 2025 10:40:35 PM
**Attachments:** Gmail - Receipt for Your Contribution to Modest Needs.pdf

---

**Victim Name:** Paul Fischer
**Case Number:** 2022R00513
**Court Docket Number:** 24-CR-00524

**Victim Impact Statement:**

I donated to the Modest Needs Foundation because I believed in its mission to provide small, emergency grants to low-income, employed individuals and families facing short-term crises. I felt that this model helped prevent people from falling into a cycle of poverty, and I supported the organization because of the positive, immediate impact it claimed to have on vulnerable households.

Learning that the former CEO misused donor funds has left me feeling deceived and disappointed. His actions not only misdirected my donation but also undermined a charitable concept I found genuinely meaningful and effective. While I still believe in the mission behind Modest Needs, I am now far more hesitant to contribute to similar organizations because this breach of trust has shaken my confidence in how donor money is managed.

I respectfully request restitution for the amount I donated and have attached documentation of my contribution.

**Amount Donated:** [redacted]

Mr. Paul Fischer; B.S. M.S.

**UNITED STATES v.** Keith Taylor

**COURT DOCKET NUMBER:** 24-CR-00524

**VICTIM IMPACT STATEMENT**

VICTIM NAME: Regina Fitzgerald FNU LNU

How have you and/or members of your family been affected by this crime?

~~Since 2016, I have donated $1,202.50 to Modest Needs. It is a wonderful idea to help those in~~

Since 2016, I have donated [redacted] to Modest Needs. It is a wonderful idea to help those in need with practical help for utilities etc to bring them back from the brink of financial family disaster. I thought this a wonderful way to find veterans and families who just need a bit of help for a short time to see them through. It is appalling how the founder of this organization shortchanged those in need for his own immodest appetites.

I am left wondering if those who were pleading for help were ever helped by my donations. I am not wealthy, I work hard for my money and try to give where it will do the most good.

Did those listings showing how much help was given a particular family get affected by this criminal activity? Is the information the site shows false or not? I would hope that my generosity of my hard-earned wages was spoiled by a greedy CEO who just stole as much as he could from a non-profit organization. I have worked for and given to non-profits, and the people who work at those are dedicated and work very hard. It's upsetting and sad.

Have you or members of your family received counseling as a result of this crime? Please explain.

No. I am a grown up.

Have you filed a civil suit against the defendant? If yes, please list the case name, court location, and docket number.

No. How do I know it was my funds he embezzled?

UNITED STATES v. Keith Taylor

COURT DOCKET NUMBER: 24-CR-00524

**VICTIM IMPACT STATEMENT**

VICTIM NAME: Regina Fitzgerald FNU LNU

Do you relate to people differently since the crime? Please explain

I am wary of donating online now. In November 2025, someone stole two of my checks to charities and "washed" them. They changed the amount from [redacted] and the payee from Marines Toys for Tots & Memorial Sloan Kettering Cancer Center to Daniel Ibanez. Chase restored my funds as I had copies. Now I use pens from Amazon that cannot be "washed". Donating to charities should not be so dangerous!

How has the crime affected you and/or your family's lifestyle? Please explain

I will no longer recommend Modest Needs. Although a great idea to have a clearinghouse of small amounts needed to rescue families, they didn't know for years that their CEO was stealing from them?! What was the Accountant doing that they didn't notice?!

Have you experienced any of the following reactions to this crime?
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.

| | | |
|---|---|---|
| [X] Anger | [ ] Fear | [ ] Repeated Memory of Crime |
| [ ] Anxiety | [X] Grief | [ ] Sleep Loss |
| [ ] Appetite Change | [ ] Guilt | [ ] Uncontrolled Crying |
| [ ] Chronic Fatigue | [ ] Nightmares | [ ] Unsafe |
| [X] Depression | [ ] Numb | [ ] Trouble Concentrating |

Please describe any other reactions to the crime committed.

It is sad & depressing that people giving to charity from their hard-earned money are being victimized. I have small amounts available each month with which to try to help others. I am very angry the founder of this organization may have set the Foundation up simply to be able to loot it. It makes me wary of non-profits, which I know can do good. I worked for a non-profit, my sister is CEO of a non-profit, and I shudder to think how this will negatively effect even my own giving as a result. Many other people will be influenced not to give at all, to not be one of the "thousand points of light" which our nation relies upon for assistance to those in need.

**UNITED STATES v.** Keith Taylor

**COURT DOCKET NUMBER:** 24-CR-00524

# VICTIM IMPACT STATEMENT

VICTIM NAME: Regina Fitzgerald FNU LNU

Do you feel the defendant is or will be a threat to you, your family, or the community?

Yes No , Please explain.

No. He stole money from people freely offering it to his organization. He is a coward.

What else would you like the court to know about the defendant or your situation as a result of the crime?

This will cause donations across the board to decline. This is Keith Taylor's legacy. People are losing trust in non-profit organizations because of his selfish, greedy, criminal actions.

If a victim consents, the court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Yes, please provide restitution to Eluna Network, [redacted] Philadelphia, PA [redacted] Telephone [redacted]-7724. If you wish to transfer stock, this may be done by making an electronic transfer of funds to Eluna: Merrill Lynch stock transfer instructions: DTC #: [redacted] Client Account #: [redacted] Client name: Eluna
Note: Eluna is a 501c3 non profit. EIN: [redacted]5051

Please list your actual financial losses from this crime. List only those items for which you have not been or do not expect to be repaid. Please attach receipts, accounting, or other records whenever possible. (Use additional paper if needed.) Please differentiate any monies already repaid by a defendant.

Donations made through Paypal:

| | | | |
|---|---|---|---|
| 7/23/16 | [redacted] | 7/30/20 | [redacted] |
| 3/19/17 | | 12/9/20 | |
| 10/21/18 | | 12/24/23 | |
| 4/29/20 | | TOTAL | [redacted] |

I have email receipts from Modest Needs for these. I have not had monies repaid.

**UNITED STATES v.** Keith Taylor

**COURT DOCKET NUMBER:** 24-CR-00524

**VICTIM IMPACT STATEMENT**

VICTIM NAME: Regina Fitzgerald FNU LNU

Please describe the financial impact this has had on you, including whether you have experienced any of the following: (i) becoming insolvent; (ii) filing for bankruptcy; (iii) suffering substantial loss of a retirement, education, or other savings or investment fund; (iv) making substantial changes to your (or a family member's) employment, such as postponing retirement plans; (v) making substantial changes to your living arrangements, such as relocating to a less expensive home; or (vi) suffering substantial harm to your ability to obtain credit.

I have not become insolvent or bankrupt as I carefully give what I can afford at any given time. I lament that I gave to this organization and no one benefitted. I could have given this thousand dollars to other worthy causes I support.

Have you been assessed any additional taxes, penalties, or interest by the federal government as a result of this case? If yes, please explain.

No.

If you have suffered any other expenses as a result of this crime, please list them below. Include such items as counseling, medical bills, lost income, necessary child care, transportation, and other expenses incurred during your participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. Please be specific and attach an accounting or copies of receipts if possible.

**UNITED STATES v. Keith Taylor**

**COURT DOCKET NUMBER: 24-CR-00524**

**VICTIM IMPACT STATEMENT**

VICTIM NAME: Regina Fitzgerald FNU LNU

Signature:

Printed Name: Regina Fitzgerald

Date: 02/03/2026

CONFIDENTIAL

United States v. Keith Taylor

Case Number: 2022R00513

The address and telephone contact information provided below will only be provided to the presentence probation officer and the United States Attorney's Office, unless a court order signed by the Judge authorizes the release of this page to the Court and attorney for the defendant.

Printed Name: Regina Fitzgerald

Signature:

Address: [redacted] [redacted]

Phone: (hm) [redacted] (wk)

Fax: [redacted] E-Mail:

# VICTIM IMPACT STATEMENT

Victim: Jean Anne Fitzpatrick (AKA FNU LNU)
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I started donating to Modest Needs on a monthly basis in May 2006. I think I probably donated occasionally before then, but I don't have readily accessible records before 2006. I can say for sure that I donated [redacted] every month between May 2006 and October 2025, and also gave an additional amount -- usually [redacted] -- every December between 2006 and 2024. I think there may have also been occasions when I gave more because the organization had communicated some special need.

Counting just the donations that I am sure of, I estimate the total to be [redacted]. I suppose for a wealthy person that would be an unimportant amount, but for a middle-class working person like me, giving [redacted] or more every year, year after year, was not trivial.

I consistently gave to Modest Needs because I loved the idea of a small charitable organization focused on problems that might be too small or too individual for a larger charity to address. For all those years, I felt good about being part of this. I never bothered with options like selecting which persons I wanted my funds to go to; I always just left it up to the organization to support the greatest need in the best way they could.

It is hard to express how dismayed I felt to learn that these donations that I had felt so happy about, had in fact been stolen and used for personal gain. I was shocked, and remain profoundly disappointed and sad.

**From:** jynni forte
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fw: U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Wednesday, January 7, 2026 2:00:00 PM

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Tuesday, December 16, 2025, 6:22 PM, jynni forte <mystykmuse70@yahoo.com> wrote:

I am not sure how I could testify or  even if the funds I donated were used fraudulently???

I live in Texas now , and it has been a few years since I was able to donate. I did utilize their services in 2012-13, After the birth of my now 13 year-old assisted me with a months rent as I had extended leave of absence Due to a [redacted].

I do remember, I was required to pay it back via donations, which I believe I was able to do again it's been such a long time

Jennipher Forte
[redacted]8696

[redacted]

**From:** jynni forte
**To:** USANYS-Taylor.Victims; fedemail@vns.usdoj.gov
**Subject:** [EXTERNAL] Victim impact documents MODEST Needs
**Date:** Wednesday, January 7, 2026 2:40:42 PM
**Attachments:** IMG_9165.png
IMG_9166.png
IMG_9167.png

---

I found these two emails to share impact of the case against Keith Taylor

Two email receipts of donations I made.

I often did donate as this organization helped me during a difficult time after the difficult birth of my third child.

I believe in “paying forward “ and am very alarmed that my honest attempts to help others may have been misused!

I am attaching the screen shots of the email receipts of donations. I have registered on the US justice department website using the VIN and PIN provided.

I would like to get updated with the progress and any refund’s ordered to compensate victims

Jennipher Forte
[redacted]-8696

[redacted]

**From:** Peggy Frisbie
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact statement, Case 2022R00513, Keith Taylor
**Date:** Friday, September 25, 2026 12:38:08 PM

I think I donated [redacted] total in 2016 and 2017 to Modest Needs, and I linked my account to them on Amazon's "AmazonSmile" program that donated a small amount from most purchases on that site to the charity.

I do not have a significant financial loss; I only gave away what I could afford to give as a public school teacher. What I *did* lose is trust in charities that are not local to me. I'm now unlikely to donate to a startup charitable organization with a really good idea (like the one for which Modest Needs claimed to be using the money) if I am not personally acquainted with at least one of the organizers. As an individual without any special financial contacts, I don't have a good way to check out a potential charitable recipient organization; I primarily have to trust what they tell me. And now I am less likely to do so.

What Mr. Taylor has done here is funnel potential donations away from deserving recipients — both those to whom Modest Needs was supposed to be providing support and those who might have been helped in the future by similar donations from me and others.

I have not tried to follow the case closely — I don't want to spend any more time on him — but I presume there is restitution involved. That might make up for the money he stole, but how does it make up for the money that might have been donated and now won't be? I don't have any answers to that, but it's something to be considered.

Thanks for reading,
Margaret Frisbie

**From:** Jessica Garris
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Modest Needs
**Date:** Wednesday, May 27, 2026 1:35:22 PM

---

Not only did I donate to Modest Needs, but I as a registered nurse caring for patients with cancer recommended the organization to my vulnerable patients who had financial needs during their cancer treatment. The potential loss of trust in one's healthcare providers, especially their nurse, can be devastating.

I am glad to answer more questions if needed

Jessica Garris, RN
[redacted]-8111

**From:** bryan gehle
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] victim impact statement
**Date:** Wednesday, May 27, 2026 5:22:44 PM

USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

To whom it may concern,

“It is helpful for the Court to know the impact of this crime on its victims.”

Unfortunately, the real victims are the folks who needed the donations and not the folks who donated. As a donor, there is no direct impact to me. While saddened and disheartened, I, along with many others, donated with the expectation that those who needed the donations were able to get what they needed. I think it is impossible to determine the impact to those who did not receive these donations. However, I believe that the court/judge should consider some worst case scenarios (crime?, suicide?) of families not receiving these much needed donations and render judgement accordingly. Either that or follow up directly with the real victims in this case, where feasible.

Bryan

Aum Sri Sai Ram

Piyush Ghayal

December 11, 2025

[redacted]

In reference to the above case I am submitting a Victim Impact Statement as follows:

1. Between January 2014 and June 2016, I made 9 donations to Modest Needs in the total amount of [redacted]

[redacted]). Receipts for these donations were emailed to me and I am attaching all of them as proof of donation.

2. If the donations were sent to the intended parties, then I do not require any restitution.
3. If however the donations never reached the intended parties, then I would hope that I can recoup the money so I can donate it to another worthwhile, reputable charity.
4. I do not plan to attend any hearings nor do I intend to make any statement to the Court or to the defendant.

Thank you.

P. Ghayal

Regards from Piyush Ghayal
(p[redacted]@gmail.com)

Shown in the next sections are email receipts with the donation amounts and dates as follows:

1. January 21, 2014 amount of [redacted]
2. February 26, 2014 amount of [redacted]
3. May 28, 2014 amount of [redacted]
4. February 25, 2015 amount of [redacted]
5. April 8, 2015 amount of [redacted]
6. June 24, 2015 amount of [redacted]
7. August 18, 2015 amount of [redacted]
8. May 18, 2016 amount of [redacted]
9. June 8, 2016 amount of [redacted]

**From:** Gold, Rhonda
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fw: U.S. Department of Justice - VNS - Investigative Case 2022R00513
**Date:** Friday, January 9, 2026 4:55:03 PM
**Attachments:** Rhonda Gold Support for Modest Needs donations.docx

---

## VICTIM IMPACT STATEMENT

Victim: Rhonda Gold
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

To Whom it may concern,

When I heard about the Modest Needs charity, I was intrigued and generally excited that I could do a small part to keep others from descending into homelessness or other poverty-driven adverse outcomes. I set up automatic monthly donations, plus more money when I received pleas for additional donations. I have the records from my donation history on the Modest Needs website for the years of donations below. I have attached screenshots of each years donation totals.

2004 [redacted]
2005 [redacted]
2006 [redacted]
2007 [redacted]
2008 [redacted]
2009 [redacted]
2010 [redacted]
2011 [redacted]
2012 [redacted]
2013 [redacted]
2014 [redacted]
2015 [redacted]
2016 [redacted]
2017 [redacted]
2018 [redacted]
2019 [redacted]
2020 [redacted]
2021 [redacted]
2022 [redacted]

2023 - [redacted]
2024 - [redacted]
2025 - [redacted]

In total, I donated [redacted] to Modest Needs.

I feel sorrow and anger that my money was not used as promised to help others. If any restitution is forthcoming, I would appreciate receiving it.

Sincerely,
Rhonda Gold

---

[redacted]

[redacted]

**VICTIM IMPACT STATEMENT**

Victim: Rhonda Gold
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

To Whom it may concern,

When I heard about the Modest Needs charity, I was intrigued and generally excited that I could do a small part to keep others from descending into homelessness or other poverty-driven adverse outcomes. I set up automatic monthly donations of [redacted] plus more money when I received pleas for additional donations. I have the records for eight years of donations since that is what I can see in my bank records.

2018 - [redacted]
2019 -
2020 -
2021 -
2022 -
2023 -
2024 -
2025 -

In total, for the last 8 years I donated [redacted] to Modest Needs.

I feel sorrow and anger that my money was not used to help others. If any restitution is forthcoming, I would appreciate receiving it.

Sincerely,
Rhonda Gold

[redacted]

The total for 2025 is only [redacted]. For some reason the website shows that I made donations in November and December, but they were not charged to my credit card.

[redacted]

Mark Gordon
[redacted]
Greenbelt, MD. [redacted]
VIN 7910072
[redacted]-0997
March 16, 2026

Dear sir/Madame,
It was April 25, 2020, our daughter and her husband lived on the upper west side of Manhattan, our 38-year-old son, Matthew lived in Brooklyn and my wife and I had just retired to Florida a year earlier. The pandemic was in full swing, and Brooklyn was Ground Zero for the start of the pandemic in the US. All five of us, our little family not being able to see each other, would speak by Zoom every week. We were set up for a call at 6 PM on April 26, 2020. 6 PM came and went, our daughter and son-in-law, my wife and I were all on the call but Matthew was missing. We tried to call him several times with no answer. After 10 PM his iPhone messaging went green, meaning that his phone was off, most likely a lack of charging, which sometimes Matthew did at night, so we were concerned, but not overly worried and I planned to check in early the next morning.
The next morning when I woke around 6 AM, my wife was sitting up crying and said she knew something must be wrong as she had been trying to call for quite some time. I called the local police department in Brooklyn to conduct a welfare

call at our son's apartment. Within about an hour, an officer called me to explain that our son was dead in his apartment, it looked like he fell and hit his head and had died most likely the night before. Of course, we're now devastated and had so many questions. How could a healthy 38-year-old young man just fall hit his head and die?

Four days later after the autopsy, we were informed that it was a massive heart attack. I asked if they were conducting a Covid test on our son, the medical examiner stated that they did not have enough tests for people who were alive so they could not afford to check our son, all we knew was that he had a massive heart attack and laid there all night on his apartment floor. Myocarditis was not on the radar yet so till this day, we do not know if our son died of the massive heart attack by itself or was it caused by Covid, and obviously we will never know!

After our son passed, we drove from Florida to New York to be with our daughter, Matthew's Sister, and her husband and to sort out arrangements. During this time, funeral homes were not hosting memorial services as we still did not know how Covid was transferred. So not only had we lost our son, but we would not be able to be surrounded by our loving, caring family and friends while hosting a memorial, this was out of the question. As we spent time with our daughter and son-in-law grieving over our son, Matthew, we felt the need to do something. Our son, Matthew and his sister had been texting not long before about what they felt was a valuable charitable organization. Our daughter and son both have their masters and are fairly thorough in research and felt that Modest Needs was a good place to give. Our daughter shared this information that she and her brother had discussed. We gave everything in Matthew's bank account over [redacted] and over the next two years to celebrate Matthew's birthdays, to memorize his passing day, April 27, 2020 and on days we just felt down and felt like we needed to communicate with our son we gave to Modest Needs. Looking back over our records between us, our son's account who had passed away as well as our daughter and son-in-law with the sum of approximately [redacted]. As we looked over the stories of the people we were helping, and the way that we thought we had helped them in the name of our son it gave us a small bit of satisfaction, a memorial for Matthew. You have heard time heals all wounds, but I promise you that is a made up lie to just try to help people feel comfortable. As a parent, this is a wound, an impact that never heals, it is there every day when you wake. We then received the letter from the DOJ and of course, became disgusted, angry, and depleted all at once. This is something we did in memory of our son, for something he believed in, so we too

believed, helping others. To learn of the tasks of this evil villain Keith Taylor, it is quite disgusting that this person has stripped away some of our families dignity and caring like this. It is evil in the hearts of people like Mr. Keith Taylor, who take away from charities as people begin to become wary of where they give their funds, such a shame, Mark Gordon, father of Matthew Gordon in which we gave the funds in his memory.

Mark C. Gordon

**From:** KULDEEP GROVER
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Keith Taylor
**Date:** Wednesday, May 27, 2026 11:47:01 AM

---

Investigative case number/USAO case number: 2022R00513

This is for your information that after a few phone conversations with Keith Taylor, I had sent in a check for [redacted] as a donation to Modest Needs Foundation in Aug 2024.

Kuldeep S Grover
[redacted]
Fairfax, VA [redacted]

**From:** Marilyn Guggenheim
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fwd: U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Friday, November 28, 2025 9:35:14 PM

[redacted]

# VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I donated [redacted] to Modest Needs. The emailed receipts are copied below.
[redacted]--25July 2016
-6June 2017
-29 March 2018
-6March 2019
-- 12Aug 2020

[redacted] TOTAL

[redacted]

**From:** Monica Hagar
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] VICTIM IMPACT STATEMENT: U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Sunday, January 18, 2026 7:37:27 PM

# VICTIM IMPACT STATEMENT

Victim: Monica Hagar
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I have been donating [redacted] a month to Modest Needs since December of 2010 and on occasion donated extra when they had special matching drives. That is almost 15 years totaling almost [redacted]. I donated even when I was out of work for 11 straight months because I so strongly believed in this organization. It was heart-breaking to learn of this abhorrent behavior by someone I so blindly trusted. I will not be so quick to donate in the future and that feels awful. I hate that Keith Taylor has made me so distrusting and skeptical. The worst thing about all of this is that people who are truly hurting can no longer get the help they so desperately need.

**From:** Faith Hayflich
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement Modest Needs Foundation Case 2022R00513
**Date:** Thursday, January 29, 2026 3:28:06 PM

---

TO whom it may concern:

Between 2020 and 2024 , I donated [redacted] to Modest Needs Foundation, expecting this amount to go towards the needs posted on the Modest Needs website. To learn that the amount went elsewhere is disheartening and leads me to not want to donate where there may be legitimate needs for fear of being defrauded again. I would like the amount to be returned to me by the perpetrators of this fraud.

Below you will find specific dates and amounts of the donations.

Cordially

Patricia Faith Hayflich

July 26, 2020 [redacted]
December 2, 2020
December 23, 2020
January 26, 2021
February 9, 2024

All donations were made via my [redacted] credit card.
Sent from my iPad

**VICTIM IMPACT STATEMENT**

Victim: Ann O. Heyward (email a[redacted]t.com)

VIN 7897892
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

---

Over the course of several years I made many donations to Modest Needs as I believed in their mission and model of bringing people together to solve challenges to people's independence, such as enabling car repairs to get to work, saving them from being evicted due to short term problems, and so on. Modest Needs always presented these cases in a very compelling and sympathetic fashion, and I was reassured by their statement that all cases had been vetted by a social worker or other professional as to veracity of the need.

In short, I felt confident that every dollar I donated was, in fact, going to help someone who was trying to stay afloat and just needed a hand to keep their head above water.

I was devastated to learn that this was not, in fact, the case.

I worked in the non-profit sector myself for many years (18 plus), including grant writing and fundraising. As a non-profit executive, I always abided by the ethical tenet that the first and highest duty of any non-profit executive is financial integrity. Financial integrity means that all requests for donations or funding are represented accurately, as are statements as to how the funds will be/are used. It means that financial operations have sound controls and operate under accepted accounting principles, and independent audits can attest to the appropriate management of funds. It means that financials are reported accurately to donors in the annual report, and to regulatory and grant making organizations such as the IRS and foundations.

Apparently, Modest Needs' Chief Executive failed every one of these measures of financial integrity. And not through lack of knowledge or expertise. Deliberately.

I can document at least two of my own contributions of [redacted], acknowledged through a receipt from Modest Needs dated December 22, 2021, and [redacted] acknowledged through a receipt from Modest Needs dated August 17, 2019.

What do I feel is an appropriate remedy? I claimed my donations as charitable contributions under IRS guidelines then in effect for individual charitable contributions, so I do not want the money returned to me personally.

However, I WOULD like to see Dr. Keith Taylor make restitution in that entire amount [redacted] to a local 501(c)(3) organization in my own community, Second Mile Outreach, 1480 West Bagley Road, Berea, OH 44017. Full disclosure, I am a Board Member and volunteer uncompensated as Treasurer of the organization, so I know firsthand what good those funds can do when honestly directed toward community needs.

Second Mile Outreach is a non-profit organization providing food assistance, clothing, household goods and furniture for people in crisis and Veterans in transition throughout the greater Cleveland community. Second Mile provides critical assistance to families in our community for basic needs:

- Operates a food pantry. Membership in the Cleveland Food Bank guarantees high standards.
- Offers furniture, clothing and household goods at an affordable price.
- Collaborates with churches and other organizations who refer people in need.
- Works with the VA to help Veterans in transition with household goods.
- Provides opportunities for individuals assigned to community service through partnership with the courts.
- Offers support and guidance to those needing emergency assistance.
- Donates clothing to women's and men's shelters.
- Collects, manages, and distributes donations, including bulk item pick-up for a nominal fee.

In 2024, Second Mile assisted 3,700 veterans; provided 113,736 meals to 9,534 people, provided Christmas gifts to over 700 children, and provided school supplies to over 300 children. In short, this organization ACTUALLY meets many of the needs that Modest Needs collected funds to support.

I am grateful to have had the opportunity afforded by the Department of Justice to comment upon this matter, and I hope my request for restitution in the form of support to a worthy non-profit organization can be considered, so that some benefit to those in need can result from this.

**From:** Elizabeth Hill
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim impact statement - Keith Taylor case
**Date:** Wednesday, January 7, 2026 11:01:33 PM

To the Honorable Judge Jennifer Rochon:

Thank you for taking the time to read and consider my views on the sentencing of Dr. Keith Taylor. On January 7, 2026, I received notice from the US Attorney's Office that I had been identified as a victim of fraud in this case. The notification was addressed to "FNU LNU" (first name unknown, last name unknown) and sent via e-mail, because my e-mail address was the only information that prosecutors had been provided in attempting to identify me as a defrauded donor to the Modest Needs Foundation. My name is Elizabeth Hill. I am a state government employee in California, and I have worked in public service for my entire career. In a former position I was a prosecutor, and I presented victim impact statements like this to judges in criminal cases. I never envisioned writing one myself. For the last 25 years, I have worked daily in the criminal justice system. My work brings me into contact with people who have lost everything – jobs, homes, friends, family. In almost all of their stories there was a point where getting help to access something they needed might have changed the course of their lives and the lives of those around them. I'm sure you have seen the same in your experiences. That's why the pitch of the Modest Needs Foundation appealed to me so much. I was taken in by the idea that a small donation that helped with an emergency expense could mean the difference between a family keeping a home and thriving versus falling into poverty and homelessness. I donated money to the Modest Needs Foundation for years, but my donation records are no longer readily accessible due to the passage of time. Most of my donations occurred between 2015 and 2021. In 2021 I donated [redacted] in [redacted] recurring donations to help with "operating expenses". Discovering today that those "operating expenses" were the defendant's personal piggy bank was sickening. I recall making donations to pay people's rent – one was a single mother and victim of domestic violence; another was a veteran. Now I wonder if the rent I paid was for a mid-town Manhattan luxury apartment. I remember donating to cover an overdue electricity bill for a family with children. Now I wonder whether any of those people actually benefitted from my donations, or if they paid for another Per Se meal for the defendant. Several years ago during the holidays, I wanted to give my nieces and nephew something that reminded them of how fortunate they are in comparison to what life can be like. I gave them "gift certificates" to Modest Needs – I donated the money, they chose the applications of people in need that they wanted to fund. I don't know how, or if, I should tell them the people they intended to help may never have received the money. When I gave them the gift certificates I hoped it would inspire them to

continue giving – now I fervently hope they didn't give any more to Modest Needs.

Theft in the name of charity is particularly despicable. It targets people who care about strangers and weaponizes their compassion. When the truth is discovered, it has the potential to turn that compassion to cynicism and discourage them from ever donating again. Theft from a charity with this model is particularly cruel. I wonder how the veterans and first responders, the single parents, the domestic violence victims, and other applicants for Modest Needs grants felt when they found out that their and their children's photographs and tragic personal circumstances were exploited on a website for the defendant's personal gain? How many grant applications could the $2.5 million that the defendant stole have funded? How many applicants were turned away because of what the defendant stole? I can live without the money I gave away – that's why I gave it in the first place. The people who needed that money and never got it were the true victims. I don't want restitution from the defendant. I only ask you to choose a sentence for him that imposes appropriate punishment for his cynical exploitation of so many vulnerable people who put their hope in the kindness of strangers.

Sincerely,
Elizabeth Hill

**From:** Kels H
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fwd: Thanks for your contribution
**Date:** Sunday, December 7, 2025 10:20:39 PM

---

**VICTIM IMPACT STATEMENT**

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

Hello,

Around 5 years ago I donated [redacted] to Modest Needs, I believe for general aid. This email is what I have marking the contribution.

Thank you.

---------- Forwarded message ---------
From: **Modest Needs Foundation** <donor.support@modestneeds.org>
Date: Mon, Apr 20, 2020 at 5:52 PM
Subject: Thanks for your contribution
To: Kelsey Hoffman <[redacted]k@gmail.com>

Dear Kelsey,

We're writing to thank you for your gift of [redacted], made via paypal on 2020-04-20, to Modest Needs Foundation. Your donation is deeply appreciated by all of us at Modest Needs, but it means even more to the people who'll soon be receiving the help they need, thanks to your personal kindness and generosity.

Because you received no goods or services in exchange for the aforementioned contribution, the entire amount of this donation to Modest Needs Foundation is tax-deductible to you. Even though you'll receive a formal year-end statement of your giving to Modest Needs, this letter will also serve as proof of this particular donation for tax purposes. Please keep this important document for your records.

Again, thank you very much for your generous support of the very important work we're doing together at Modest Needs. Without you, this work would not be possible.

Warmest Personal Regards,

The Modest Needs.org Team
http://www.modestneeds.org/
'Small Change: A World of Difference'

(212) 463-7042

**From:** Robin H.
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement - Donated to Modest Needs
**Date:** Saturday, June 20, 2026 4:35:57 PM
**Attachments:** 2021-11-21 [redacted] ModestNeeds
2021-11-21 [redacted] ModestNeeds.pdf
2022-11-14 [redacted] ModestNeeds.pdf
2023-09-02 [redacted] ModestNeeds.pdf
2024 Finances.xlsm - Google Sheets.pdf

---

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Victim Impact Statement:

For several years, as part of an annual fundraising drive by a podcast I support, I donated to Modest Needs because I wanted to support the charity's mission as I understood it: to help fill the gap when someone needs a relatively small amount of money (under a thousand dollars, often less than $200) in order to make their rent, feed their families, or stay out of debt. This is desperately needed by so many, as it is almost impossible to climb out of the cycle of exploitation and debt which traps so many people in the US. A hundred dollars at the right time can change the course of someone's whole life, and the lack of that money might make them unhoused in perpetuity. When I found out that the money I had given, that I thought was helping people, was instead embezzled and spent to fuel a fancy lifestyle rather than making a difference, that was devastating. I could have given that money to other charities or people in my community who needed it, but I didn't know how to find them. By defrauding me and the other donors, Keith Taylor kept the money away from people who needed it. Worse, he did it by exploiting people's desire to help others, taking that money and robbing the people who donated it, the people he promised would receive it, and the people who would receive it if it were given to a different cause or charity instead of Modest Needs.

The monetary damage to myself which I can prove totals [redacted] (see attached receipts). I made [redacted] monthly contributions for more than a year, but I am unable to find email receipts for those other transactions, and now the website is closed. I have my personal financial records with transactions and the dates they cleared on my credit card (also attached). Removing any duplicate entries between my own records and the receipts I attached and then summing the remainder, I donated [redacted] to Modest Needs.

Thank you for your attention to this matter,

Robin

| | |
|---|---|
| **From:** | Olga Howell |
| **To:** | USANYS-Taylor.Victims |
| **Subject:** | [EXTERNAL] VICTIM IMPACT STATEMENT - U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524 |
| **Date:** | Friday, November 28, 2025 8:37:11 PM |
| **Attachments:** | Olga Howell_Modest Needs_2021-12-09_Donation Receipt.pdf<br>Olga Howell_Modest Needs_2020-06-02_Donation Receipt.pdf<br>Olga Howell_Modest Needs_2021-12-09_Transaction Receipt.pdf<br>Olga Howell_Modest Needs_2020-12-19_Transaction Receipt.pdf<br>Olga Howell_Modest Needs_2023-12-31_Donation Receipt.pdf<br>Olga Howell_Modest Needs_2023-12-31_Transaction Receipt.pdf |

---

## VICTIM IMPACT STATEMENT

Victim: FNU LNU - Olga Howell
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I made four donations to Modest Needs Foundation during 2020–2023, totaling [redacted]. These donations were:

- **[redacted] on June 2, 2020**
- **[redacted] on December 19, 2020**
- **[redacted] on December 9, 2021**
- **[redacted] on December 31, 2023**

I donated because of appeals that the charity made during the height of the COVID-19 pandemic and because I wanted to help families in need during the holidays. I believed the money would directly support people facing emergencies, especially at a time when many were struggling.

Learning that Modest Needs' former CEO misused funds has left me feeling misled and disappointed. I trusted the organization with money that I intended to help vulnerable families. Instead, those funds were not used in the way I was promised. This has made me more cautious about charitable giving and less confident in donating to organizations I do not know personally.

I am requesting restitution for the full amount of my donations, [redacted], and I have attached copies of receipts for each transaction.

Olga Howell

--

Olga Howell
o[redacted]1@gmail.com

**From:** Sahil Hundal
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement (FNU LNU)
**Date:** Wednesday, December 3, 2025 4:25:27 PM

---

**VICTIM IMPACT STATEMENT**

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

The victim donated a total of [redacted] to Modest Needs between 2019 and 2022 in the understanding that that money would benefit those who needed it to overcome financial hardship. These donations were made in two separate [redacted] deposits, once in November 2019 and once again in November 2022, targeted at the Modest Needs General Fund.

Keith Taylor knowingly engaged in charitable fraud when accepting this money to use as a personal fund.

The emailed receipts from the Modest Needs 501(c)-3 non-profit organization have been copied below in their entirety and labeled with the date of donation.

[redacted]

**From:** Steven Jacobson
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Jacobson - Victim Impact Statement
**Date:** Sunday, November 30, 2025 7:45:04 PM
**Attachments:** Gmail - From Keith Taylor  I"ve Tendered My Resignation.pdf
Gmail - From Keith Taylor  This is it - The Information You"ve Been Waiting For.pdf

---

Hello,

This is in regards to the email I received, “U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524”. In the email it states:

> It is helpful for the Court to know the impact of this crime on its victims. In an effort to provide this information to the Court, we are enclosing a Victim Impact Statement. If you choose to complete a statement, insert the impact of the crime and include the amount of any donations you made to Modest Needs Foundation and any supporting documentation of those donations if you are seeking restitution.

So, I am writing to let you know the impact to me. Besides being disappointed by what Keith Taylor did, I donated the following amounts:

2020: [redacted]
2021: 
2022: 

- From my records it looks like I became a monthly donor of [redacted] in April 2022

2023 [redacted]
2024 

- Originally this was [redacted], but I contacted my credit card company ([redacted]) on 11/12/24 and told them what I knew about Keith Taylor and Modest Needs. At that time, we stopped the monthly donations and Bank [redacted] refunded me for four months of monthly donations.
- I do not know if Bank [redacted] got that [redacted] back from Modest Needs.
- Yes, even though the news of the fraud was reported in the news in June 2024, Modest Needs kept taking donations at least through November of 2024.

**I am not seeking restitution.**

But I am curious: Is Modest Needs still operational? From the articles I've read, it sounds mostly like a one-man show. Their website is still up and the scroll on the left shows it is still taking donations. But I’m thinking that may just be a script running.

Thank you for your efforts on this case,

Steven Jacobson

p.s. I attached two mass emails I received from Keith Taylor.

Gmail **Steven Jacobson <s[redacted]n@gmail.com>**

## From Keith Taylor: This is it - The Information You've Been Waiting For

**Modest Needs** <donor.support@modestneeds.org> Sun, Jul 28, 2024 at 12:59 PM
Reply-To: Modest Needs <donor.support@modestneeds.org>
To: Steven Jacobson <st[redacted]n@gmail.com>

View email in browser | See All Urgent Requests

ModestNeeds.Org
small change. a world of difference.




Dear Friends,

**For the past six weeks, I've wanted NOTHING MORE than to be able to reach out to you personally, to tell you what's actually going on at Modest Needs.** I am so, so sorry I haven't been able to do that until just now. The truth is that, until things were a little more settled, I've had to be very careful about what information I shared publicly for reasons I know you understand.

Well, I've finally been cleared to tell you . . . well, not everything (that's coming soon), but an **AWFUL** lot about what's been going on both in my life and at Modest Needs. So, I've just made what I think is the first video message I've ever sent to the Modest Needs Community.

**Today, I'm writing to ask if you would please consider taking 19 minutes or so to listen to the message I've created for you.** I think you'll find it eye-opening. In fact, I'm willing to bet my life that, once you've finished, while you may still be outraged, you won't be outraged at me. :)

Thank you **so very much** in advance for this gift of your time, and for your ongoing kindness, compassion and support of this very important work. I look forward to hearing from many of you

soon, but in the meantime, take care, and be well.

My very best,
Keith





EXPIRING SOON!
Wendell, NC | $508 needed

I'm a 48 year old widow and mother of two. For 39 years, I was married to my my high-school sweetheart. On December 1 of last year, my 30 year old son shot & killed my husband in cold blood, right in front of me & my daughter. Now, my daughter and I are in intensive therapy, and I'm still struggling to return to work. I had some savings we used for rent, but right now, I don't have enough to cover our electric bill, and we're about to lose our electric



EXPIRING SOON!
Rowlett, TX | $1,544 needed

I'm a young lady from Texas working my way through school and hoping one day to become a clinical psychologist. Not too long ago, I was the victim of an assault with a deadly weapon. I survived the assault, but I missed a lot of work while I was cooperating with the police to identify who had assaulted me, and then while I was in therapy. Now, thanks to the person who assaulted me, I'm behind on my rent and close to being evicted. Could you please help help me pay my past due rent so that, after having been assaulted, I

service. Would you please help us pay this bill so we can keep our power while we're trying to heal? It would mean more than you'll ever know. »

don['t end up on the street? Thank you so much for helping. »




EXPIRING SOON!

New York, NY | $35,000.00

Thanks to a bad actor whose identity we finally know, MN has endured a number of crises over the years. It looks like these issues are **finally** over, but at the moment, after six weeks with very few contributions, we're behind on a number of our most critical bills.

**If Modest Needs itself can't operate, we can't possibly help the people who need our help the most.** That's why, today, we're asking if you'd *please* help us catch up on our bills so that we can get back top doing what matters: changing peoples' lives.

We're asking for a little more than we need because we don't want to limit your generosity. Anything you contribute beyond this will go directly to Modest Needs' most qualified applicants, starting with those people whose requests for help are set to expire first.

Thank you for any help you're willing to offer, and be well.

## See MORE FAMILIES Who URGENTLY Need Our Help! »

https //modestneeds us4 list manage com/unsubscribe?u 9ecbc7db81d2c21c17a0b42b5&id d805e6db75&t=b&e=142ddb1c56&c=e05fb6fe31

This email was sent to s[redacted]n@gmail.com

*why did I get this?* unsubscribe from this list update subscription preferences

Modest Needs Foundation · 33 Irving Pl Fl 5 · New York, NY 10003 2332 · USA

Gmail **Steven Jacobson <s[redacted]n@gmail.com>**

## From Keith Taylor: I've Tendered My Resignation

**Modest Needs** <keith.taylor@modestneeds.org> Mon, Jul 29, 2024 at 6:29 AM
Reply-To: Modest Needs <keith.taylor@modestneeds.org>
To: Steven Jacobson <s[redacted]n@gmail.com>

View email in browser | See All Urgent Requests

ModestNeeds.Org
small change. a world of difference.




Hello everyone.

Yesterday, I reached out with a message that I'd hoped would reassure those of you who've supported Modest Needs over the years that you could continue to do so with confidence.

That doesn't seem to have been the case.

To be absolutely, crystal clear, there is no truth - none - to the allegations that have been made against me. You may not believe that now. I promise you that, soon enough, you will.

Nonetheless, as I've said many times, this work matters much more than I do. Accordingly, at 9:00am this morning, I tendered my resignation as Modest Needs' President.

**Modest Needs now passes to the hands of an excellent board & some terrific employees, all of whom are absolutely dedicated to Modest Needs' mission.** I look forward to watching as this organization now flourishes under their leadership. I know that it will.

To those of you who've recently suspended your support of Modest Needs, I hope that, in light of my resignation, you'll please consider reinstating your support.

The bottom line is that many people need Modest Needs' help, and it seems unfair for them to suffer any longer because of feelings you may currently harbor towards me. That's the most important reason I'm stepping aside. Please help those folks. They need it.

Working with you has been the greatest honor of my life, and I'll miss you all very much.

Take care, and be well.

Keith Taylor




EXPIRING SOON!
New York, NY | $34,364.00

On Monday, July 29th, Dr. Taylor tendered his resignation as Modest Needs' President. We wish him well and thank him for 22 years of service.

Now that Dr. Taylor has stepped aside, Modest Needs has some work to do. There are many people who desperately need our help, but we can't help them if we can't pay our own bills.

Today, we're asking if you'd please help us to catch up on our most critical expenses. We're asking for a little more than we need because we don't want to limit your generosity.

Anything you contribute beyond this will go directly to Modest Needs' most qualified applicants, starting with those people whose requests for help are set to expire first.

**See MORE FAMILIES Who URGENTLY Need Our Help! »**

https://modestneeds.us4.list-manage.com/unsubscribe?u=9ecbc7db81d2c21c17a0b42b5&id=
d805e6db75&t b&e 142ddb1c56&c 2e26536045

---

This email was sent to s[redacted]n@gmail.com
*why did I get this?* unsubscribe from this list update subscription preferences
Modest Needs Foundation · 33 Irving Pl Fl 5 · New York, NY 10003 2332 · USA

**From:** Heather Jennings
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Case 2022R00513
**Date:** Sunday, January 11, 2026 11:58:12 AM

---

Below is my receipt in connection with case 2022R00513 (K. Taylor).

I can be reached if you have any questions or concerns. As a schoolteacher, I find it abhorrent that he would take from people who could barely afford to help others who were attempting to help those less fortunate.

/Heather Jennings

[redacted]

**From:** m[redacted]s@icloud.com
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Re: United States v. Defendant(s) Keith Taylor Case Number 2022R00513 and Court Docket Number 24-CR-00524
**Date:** Tuesday, December 23, 2025 4:26:56 PM

---

Per your recent email -

**VICTIM IMPACT STATEMENT**

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

My name is Jeri Jones.
We donated to Modest Needs in January 2018.

At the time of the donation I lived in Phoenix. I now reside in California.

See attached documents.

**From:** Alyssa Karinshak
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Investigative Case 2022R00513
**Date:** Tuesday, January 13, 2026 9:50:35 AM

---

Good afternoon,

I was recently made aware of the case against Keith Taylor for embezzling funds from Modest Needs. I am truly heartbroken and infuriated over this news. I want to share how this is impacting my family.

When we began donating in 2009 we were newlyweds. My husband and I have since had two boys who are now 10 and 14. We have been blessed with steady jobs and while we have always lived on a tight budget (especially with one income most of this time), we have faithfully given a small percentage of our money to others. At the time of our greatest giving to Modest Needs, we had moved a few times and did not have a church home. So each month we set aside the money that we would have donated to a church, and then donated it at the end of the year to various charities. The majority of that went to Modest Needs. A few times, we even donated an amount to Modest Needs in honor of a loved one as a gift. This money was a substantial amount for our family and looking at the total now makes me sick to my stomach.

We were so moved by the recipient's stories and so encouraged that we could make a large impact quickly. We did our due diligence and looked up Modest Needs on Charity Navigator and felt confident continuing to support what seemed to be such good. I told many people about Modest Needs and this fantastic way of supporting our neighbors and now feel so guilty if they ultimately donated and were scammed. I truly hope that either the stories were completely made up, or the people we wanted to help were actually recipients of support. Sometimes I think of one particular woman we supported who was in need of dental work. We donated a large portion of her dental expenses and we were so excited to be a small part in a new start for her. Was she even real? Or worse, was she awaiting a gift that never came? It breaks my heart to think that those in need would have been taken advantage of and exploited in this way.

I reviewed my tax receipts and determined that we made the following contributions:

12/312023 [redacted]
12/30/2022 [redacted]
8/25/2021 [redacted]
2/9/2021 [redacted]
2/9/2021 [redacted]
10/24/2012 [redacted]
12/27/2010 [redacted]
12/22/2009 [redacted]

Total: [redacted]

I sincerely hope that some amount of the stolen money is able to be recovered and put into the hands of those who desperately need it. If I can provide additional information to support the case, please do reach out.

Sincerely,
Alyssa Karinshak

**From:** John Kendall
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Sunday, March 1, 2026 6:08:51 PM
**Attachments:** Quicken evidence of donations to Modest Needs.png

---

From July 5, 2020 until October 2, 2025, I donated [redacted] each month to Modest Needs. The total contribution I made to Modest Needs is [redacted]. I am claiming my right to full and timely restitution as provided in law. I include a screenshot of my financial record for that donation; I have other evidence available, such as the credit charges represented in the attached, if required.

Please let me know if you need any further information in order to process this request for repayment.

Regards,
John S Kendall
[redacted]
Denver CO [redacted]
[redacted]-8008.
Victim Identification Number (VIN) '7908217

**From:** Jodi Klein
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement: Case 2022R00513, United States vs Keith Taylor
**Date:** Tuesday, December 9, 2025 4:03:57 PM
**Attachments:** J Klein Modest Needs 12_17_2017.pdf
J Klein Modest Needs Receipt 4_19_2020.pdf
J Klein Modest Needs Receipt 12_13_2013.pdf
J Klein Modest Needs Receipt 12_18_2012.pdf

---

Dear Ms. Delfiner, Mr. Mandilk and Mr. Mark,

I'm contacting you regarding Case 2022R00513, United States vs Keith Taylor.

Thank you for informing me that Keith Taylor had been embezzling money from Modest Needs' donors. It was VERY upsetting to learn that an organization that I donated [redacted] to from 2012 - 2020, and whose work I believed it, was defrauding me and thousands of other people!

I had felt that I was doing a good deed by helping my fellow American citizens get through tough times and was very glad to be able to assist them. To learn that some or all of my contributions ended up funding the CEO's lifestyle is infuriating.

Here is the list of the annual contributions I made to Modest Needs and the dates that I made them.:

2012 [redacted] 12/18/12
2013 [redacted] 12/19/13
2014 [redacted] 12/22/14
2015 [redacted] 12/2/15
2016 [redacted] 11/29/16
2017 [redacted] 12/17/17
2018 [redacted] 12/27/18
2020 [redacted] 4/19/20

I was able to find receipts for my 2012, 2013, 2017 and 2020 donations. They are attached.

If you have any questions for me, please let me know.

The questions I have are:
1) When did Keith Taylor begin embezzling donations?
2) During the years he was stealing the money, what percentage of the donations actually make it to the people who they were intended for?

Thank you for prosecuting this case and for making sure that Keith Taylor serves a very long prison sentence for stealing money that was meant to go to people in need.

Best regards,

Jodi

| | |
|---|---|
| **From:** | Phyllis Klein |
| **To:** | USANYS-Taylor.Victims |
| **Subject:** | [EXTERNAL] Victim of Keith Taylor Fraud |
| **Date:** | Tuesday, December 2, 2025 2:27:23 PM |

I received an email from the Department of Justice regarding this matter.
Here is my identification in your system:
Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

I contributed [redacted] to the Modest Needs foundation I believe in 2024. (I haven't had time to check my records on that).
I have also had trouble logging into the Victim Notification System.

I would like to say that I am very upset about this fraud. Even the Charity Navigator Website was fooled and rated this nonprofit trustworthy. It makes me feel very vulnerable to continue to donate to organizations i don't know personally. I hope this matter is publicized widely so that people will take care when giving money. It is a total shame that this person was so nefarious and has made it harder for other nonprofits to do their own good work.

Thanks for taking my comments into account, Phyllis Klein

VIN: 7914868
Stella Kramer
[redacted]
New York, N.Y. [redacted]
s[redacted]e@email.com

VICTIM STATEMENT

1/3/2026

I first heard of Modest Needs in 2005 and was immediately impressed with their mission, and so I became a monthly donor. This was such a wonderful way to help people that I wanted to do more, so I contacted and met with Keith Taylor a few times to try and find a way to become more involved.

For almost 20 years I touted this organization to friends and family, made monthly contributions and added monies for emergencies and for end-of-the-year donations. I have donated more than [redacted] over all these years because I believed in the mission. (I have documentation through my [redacted] account if needed as proof)

I met for lunch with Keith Taylor in 2023 because I wanted to name Modest Needs as a beneficiary on an IRA I had inherited from my dad after he died. We met at a very fancy French restaurant and it was uncomfortable for me because I don't go to places like that as a senior citizen. He was very grateful and told me about some upcoming ideas for Modest Needs which didn't make sense to me, but I didn't say anything at the time. He told me he had had cancer (he looked so much different than when I last saw him), and I should order whatever I wanted. I left feeling very unsettled, but I continued to support Modest Needs monthly.

In 2024 I happened to see a headline on a news email I was getting about the indictment of a non-profit head. I immediately went to the article, never expecting to see the head of Modest Needs being accused by the Federal Government of stealing funds. It pierced my heart and stunned me. I immediately canceled my payments and the designation of beneficiary on my IRA. I was blindsided and confused.

When the news came out about his indictment I tried to contact Modest Needs to find out more, but to no avail. I did see a video he sent around claiming it was someone who was trying to take him down and he never did anything wrong. I didn't know what to believe. Now I realize he was lying all that time.

I tried to find out what was happening with the case, but I didn't know how to research it. When I received the letter from the Southern District I contacted them immediately and got a VIN number and discussed writing a victim statement, so here it is.

I am appalled by the actions of Keith Taylor—taking advantage of people needing help, taking advantage of people trying to help, just so he could live large. Stealing the money to pay for rent and food and other things belies everything Modest Needs began as. It has made me lose faith in people and has changed my donation habits completely.

I am heartbroken for the people he failed to help when they were at their most desperate point. How self-serving and heartless. I don't understand how he could do this! I am also angry with his betrayal and deeply hurt that I put my faith into him and the work I thought he was doing. It

has hurt my soul. He has destroyed what was once a good and decent enterprise and deserves what he has coming.

**From:** Adam Kraus
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim statement VIN: 7898381
**Date:** Friday, December 12, 2025 5:24:08 PM

---

To whom it may concern,
I once donated [redacted] to Modest Needs in the belief that it would go to help people. If Keith stole that money, I'd like it back so I can send it to a real charity.
Sincerely,
Adam Kraus

**From:** Amy Marie
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement - Amy Krebs (court docket #24-CR-00524)
**Date:** Monday, December 15, 2025 1:42:40 PM
**Attachments:** 2015 tax receipt Amy Krebs MN.pdf
2016 tax receipt Amy Krebs MN.pdf
2017 tax receipt Amy Krebs MN.pdf
2018 tax receipt Amy Krebs MN.pdf
2019 tax receipt Amy Krebs MN.pdf
2020 tax receipt Amy Krebs MN.pdf
2021 tax receipt Amy Krebs MN.pdf
2022 tax receipt Amy Krebs MN.pdf
MN donations Amy Krebs 2004.pdf
MN donations Amy Krebs 2005.pdf
MN donations Amy Krebs 2006.pdf
MN donations Amy Krebs 2007.pdf
MN donations Amy Krebs 2008.pdf
MN donations Amy Krebs 2009.pdf
MN donations Amy Krebs 2010.pdf
MN donations Amy Krebs 2011.pdf
MN donations Amy Krebs 2012.pdf
MN donations Amy Krebs 2013.pdf
MN donations Amy Krebs 2014.pdf
MN donations Amy Krebs 2015.pdf
MN donations Amy Krebs 2016.pdf
MN donations Amy Krebs 2017.pdf
MN donations Amy Krebs 2018.pdf
MN donations Amy Krebs 2019.pdf
MN donations Amy Krebs 2020.pdf
MN donations Amy Krebs 2021.pdf
MN donations Amy Krebs 2022.pdf

---

## VICTIM IMPACT STATEMENT

Victim: FNU LNU (Amy Krebs)
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

December 15, 2025

Dear Honorable Judge,

My name is Amy Krebs and I am a victim of the fraud committed by Dr. Keith Kaylor, former executive director of Modest Needs. Between the years of 2004 and 2022, I donated more than [redacted] to the organization, which I believed was helping people who could not afford emergency expenses.

I thought Mr. Taylor was an honest, compassionate, kind person who truly was doing good in this world, and I donated because I loved Modest Needs' mission of providing short-term financial assistance to individuals and families in temporary crisis; Modest Needs claimed to carefully vet applications and assist families who might otherwise fall into poverty. They seemed like the only organization doing this specific work - covering emergency expenses to keep lower-income people afloat.

However, learning about Keith Taylor's fraud has shattered my trust and made me question where my money truly went. Now I feel exploited, manipulated, foolish, and resentful.

I believe my [redacted] donations, meant to help people in need, were stolen. There were times

I funded specific individuals/families who were in crisis; did they even receive my money? Did anyone? I donated to Modest Needs during times in my life where I could have been saving the money for my future and that of my son, Jonah, who has [redacted]

I suffer from [redacted] and am feeling a lot of anger, anxiety, fear, grief, guilt, and a profound loss of trust in people in general and charitable organizations in particular. My ability to relate to others is already compromised and now I don't feel comfortable participating in charitable giving, which is something that always made me feel good about myself and my positive participation in society. I have been talking to my therapist about this and struggling to not lose faith in humanity altogether. I trusted Keith and believed him when he said my donations were helping people make it through some of the hardest challenges of their lives.

Keith's betrayal of the public trust disgusts me, and while I would like to believe the Modest Needs organization continues to help others, I can never trust them again. The damage to this charity's reputation cannot be understated. Who knows how many people will now NOT be helped because of Keith's fraud? I hate that I have become cynical and skeptical, where once I gave money freely to help others in need, even when I didn't have a lot myself to give. The defendant not only stole money but also completely eroded my faith in charitable organizations.

I have logged into the Modest Needs website, where my donations from 2004-2022 are recorded, and found my total of [redacted] donations to Modest Needs during that time period. I am attaching that information to this email (via screenshots from the online portal portion of the Modest Needs website). If I gave money to them before 2004, I do not have access to those records, as 2004 is the first year the statements are available on their website. Beginning in 2015 (but not before), the website's online portal page also offers tax receipts, so from that year forward I am attaching those as well. I'm happy to send whatever other documentation is required to prove my contributions. While the value of my monetary donations can be identified and recorded, it's difficult to put a "price tag" on the betrayal, loss of trust, and terrible anxiety this has caused me and so many others.

I feel there is a clear need for restitution and I hope Keith Taylor receives the maximum sentence allowed by law.

Thank you for the opportunity to submit this statement.

Please feel free to contact me for more information or further clarification.

Yours sincerely,

Amy

Amy Krebs
[redacted]
Latham, NY [redacted]
w[redacted]t@hotmail.com

[redacted]-8604 (cell)

**From:** Diana Kulas
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] VICTIM IMPACT STATEMENT 24-CR-00524
**Date:** Sunday, December 14, 2025 6:39:22 PM
**Attachments:** Modest Needs Expenses for Victim Impact Statement.pdf

---

VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

In good faith, in order to help people (through former professor at my kids' college Keith Taylor), I donated funds to assist individuals with immediate, small needs (like paying an electric bill, etc.) that would help make a difference in their lives. It's devastating to know these funds were not used for their intended purposes, but instead misappropriated by the professor. We didn't have an abundance of funds during these times, and I feel betrayed by the loss of [redacted]

I've attached the search results in my Quicken for "Modest Needs." I tried to obtain actual receipts for all. PayPal will only let me view transactions for the past three years and we shredded our [redacted] statements in 2019 before I moved from Tennessee to Massachusetts.

Please accept the attached quicken printout as proof of donations.

Let me know if you have any questions or require additional information.

Thank you,

Diana

Diana Kulas
[redacted]1800
d[redacted]s@aol.com

**From:** Peter Kyrouac
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] VICTIM IMPACT STATEMENT
**Date:** Thursday, January 8, 2026 11:13:55 PM

---

# VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I have donated to the Modest Needs Foundation on six separate occasions from 2019 to 2023 totaling [redacted]

The exact amounts and dates are as follows:
On November 21, 2019, I donated [redacted]
On June 10, 2021, I donated [redacted]
On November 23, 2021, I donated [redacted]
On November 22, 2022, I donated [redacted]
On November 09, 2023, I donated [redacted]
On November 16, 2023, I donated [redacted]

Attached are images of the emailed receipts. I hope this information will be useful during sentencing.

If any additional information is required, please feel free to email me at [redacted]c@gmail.com.

Thank you.

Peter Kyrouac

---

Virus-free.www.avg.com

**From:** Thomas Laundon
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] My Experience
**Date:** Wednesday, September 16, 2026 11:27:18 AM

I notice this morning that there is a request to withdraw the guilty plea so I took the time to look up some of my personal experience with Modest Needs (MN).

From 2008-2024 I supported a number of "needs" promoted on the MN website. I have not tried to add up the totals but it looks like I contributed more than [redacted] to MN over the years.

Not only did I use the website but I had some of my grandchildren use it to show them examples of how it was important to help others.

I never had any idea that fraud was being committed and still don't know if any of my money ever reached clients in need.

Please contact me if I can supply any relevant information

Thomas Laundon

**From:** Julian Le
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fwd: U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Monday, December 15, 2025 3:12:30 PM
**Attachments:** Gmail - Thanks for your contribution.pdf
Gmail - Receipt for Your Payment to Modest Needs.pdf

---

To whom it may concern,

I have attempted to call the VNS Call Center multiple times to update my name but the automated system does not appear to accept the pin code (2414) so I went ahead and included my Victim Impact Statement with my name so that my name for this will be updated as well. Also see the attached documents for proof of my donation to Modest Needs. Thank you for your assistance on this matter.

Sincerely,
Julian Le

[redacted]

My donation of [redacted] was given to Modest Needs during the height of the COVID-19 pandemic on January 8, 2021. I was fortunate in that I had a stable job during this time so I decided to donate my stimulus check given by the US government to Modest Needs in order to help other families who were not as fortunate as I was. Therefore, hearing the news of how my [redacted] was spent disappoints and saddens me in that this money was not spent helping someone in need during a global pandemic. This incident has now sown distrust in donating to a charity and will now have to think twice and do more research before I donate again in the future.

# VICTIM IMPACT STATEMENT

Victim: Julian Le
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

My donation of [redacted] was given to Modest Needs during the height of the COVID-19 pandemic on January 8, 2021. I was fortunate in that I had a stable job during this time so I decided to donate my stimulus check given by the US government to Modest Needs in order to help other families who were not as fortunate as I was. Therefore, hearing the news of how my [redacted] was spent disappoints and saddens me in that this money was not spent helping someone in need during a global pandemic. This incident has now sown distrust in donating to a charity and will now have to think twice and do more research before I donate again in the future.

**From:** Phyllis Lemkowitz
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] VIN 7912555. USAO Number 2022R00513. Court Docket Number 24-CR-00524.
**Date:** Saturday, December 6, 2025 10:37:50 PM
**Attachments:** 2024 donation to Modest Needs from my RMD .pdf
2023 donation to Modest Needs .pdf
2022 donation to Modest Needs.pdf
2021 donation to Modest Needs (1st of two 2021 donations).pdf
2020 donation to Modest Needs ((1st of two 2020 donations).pdf
2020 donation to Modest Needs ( 2nd of two 2020 donations).pdf
2020 donation to Modest Needs (third of 3 2020 donations) .pdf

---

To the Judge presiding over the Keith Taylor fraud and tax evasion case:

I am a victim of Keith Taylor's fraud. I contributed to Modest Needs Foundation every year from 2020 to 2024. I probably would have made a 2025 donation but, before I did, I received a letter from the DOJ with my Victim Identification Number. I can't tell you how betrayed I feel that my good intentions ended up in the pocket of a fraudster. I feel duped and stupid — looking back on the emails I received when Keith Taylor resigned and begged everyone to please continue to help the people who were counting on Modest Needs to help them. Were there ever real people behind those sad stories? Or, were they duped too?

I usually check out my various donees on Charity Navigator and I'm sure I did that in 2020, but I probably failed to do so every year. I've learned a lesson to check out charities every year.

One thing I look at on Charity Navigator is how much the top management of each charity is paid. I believe they work hard and do good work, but when I see a CEO getting something like $800,000, I wonder, where is my donation going? To the salary of the CEO? Or, to the people that need help? So, I tend to donate to smaller, less known, local, charities. I was attracted to Modest Needs Foundation during the pandemic, when there was so many people needing money to make the mortgage that month, or pay the doctor for an unforeseen medical expense. My husband and I wanted to help.

I am grateful to have an abundant enough of a life to share a bit with those less fortunate. But, I am not a wealthy person who can lose [redacted] to a fraudster without some tears and regrets. Being scammed like that makes you lose a bit of trust in other small charities. I may have to change my giving habits..

The donations were made either from my credit card, or with a [redacted] check for a CQD from my RMD. Though it came from my RMD, you can see on the copies of the [redacted] checks, that the subject line reads" Donation from C and P Lemkowitz." Over the 5 years I contributed to Modest Needs, I donated [redacted]. Here are a list, and proof, of my donations"

In 2024, I made a [redacted] donation from my RMD. Here is a copy of the front and back of the [redacted] check dated 12/19,2024:

In 2023, I made a [redacted] donation from my [redacted] card. Here is an "Official Donation Receipt" from Modest Needs. (I can supply the [redacted] statement if you need that too.)

In 2022, I made a [redacted] donation from my RMD. Here is a copy of the [redacted] check, dated Oct.26,2022:

In 2021, I made a [redacted] donation from my RMD and here is a copy of the [redacted] check dated 12/2/2021.

For 2020, I made three donations, all from my [redacted] card: one on July 8, 2020 for [redacted], a second donation on Dec. 20, 2020 for [redacted], and a third donation of [redacted] on Dec. 31, 2020. For the first two of those donations, I have attached emails from Modest Needs Foundation thanking me for the donations along with a proof of the donation sent by Modest Needs for a tax deduction, For the third donation of [redacted] I have attached a receipt for tax purposes emailed from Modest Needs ( The [redacted] statements can be ordered from [redacted] if you need to see them):

Since reading the August 2025 press release about Keith Taylor, I am outraged and hope that you will sentence him to many years in jail for his deceptions and tax evasion. That will be justice. I also hope that from the millions he stole, there is some left over for restitution for victims like me — that will be justice too.

Sincerely,
Phyllis Lemkowitz

**Victim Impact Statement**

**Victim: Laura Lepeska (referenced as FNU LNU in your email), [redacted]4@comcast.net**
**USAO Number: 2022R00513**
**Court Docket Number: 24-CR-00524**

In or around 2008–2009, I was a single mother raising two young children during a period of severe financial hardship. The company I worked for filed for bankruptcy and I lost my job. At the same time, my former husband was not providing meaningful financial support, leaving me solely responsible for supporting my two young children and maintaining our household.

During this period, I received a utility shut-off notice indicating that my electricity would be disconnected unless I paid an overdue balance of approximately $800. I was working in temporary jobs but was struggling to keep up with basic expenses. Facing the possibility of losing electricity in my home with two children, I reached out to Modest Needs Foundation for assistance.

My request was funded on Thanksgiving Day that year. Modest Needs paid my electric bill directly, preventing the shut-off. That assistance had a profound impact on my life at a time when I was overwhelmed and vulnerable. It provided immediate financial relief, but more importantly, it preserved stability, dignity, and hope during one of the most difficult periods I have experienced as a parent. I was deeply grateful.

Because of that experience, I made a personal commitment to pay it forward once I regained financial stability. In the years that followed, I completed my college degree and earned professional certifications, which allowed me to reestablish myself financially. Once I could do so, I began making regular monthly donations to Modest Needs Foundation to help others who were facing hardships like my own.

Based on my recollection, I made recurring monthly donations of approximately [redacted] per month for a period of roughly two to three years. While I no longer have access to supporting bank or tax records due to the passage of time, I estimate that my total donations during that period were in the range of approximately [redacted]. These donations were made in good faith through automatic monthly withdrawals, based on my belief that Modest Needs was a legitimate charity helping individuals and families in genuine crisis.

Learning that the organization's former Chief Executive Officer engaged in fraud has been deeply upsetting. It has caused me emotional stress to realize that donations I made, which were motivated by gratitude, trust, and a desire to help others, may have been misused. It has also undermined my trust in charitable organizations more broadly. What I believed was a transparent, ethical nonprofit serving people at their most vulnerable moments was not operating as represented.

While I remain sincerely grateful for the assistance I received during a critical moment in my life, I feel betrayed knowing that the integrity of the organization was compromised. The impact of this offense extends beyond financial loss; it damages trust, discourages generosity, and harms both donors and those in need who rely on charitable organizations for help.

I respectfully submit this statement so the Court may understand the real and lasting human impact of this crime.

**From:** Leslie Gottlieb
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Case Number 2022R00513 and Court Docket Number 24-CR-00524 VICTIM IMPACT STATEMENT
**Date:** Tuesday, January 13, 2026 11:36:38 AM
**Attachments:** modestneedstransactions.csv
Modest Needs Foundation.docx
AOL Mail - U.S. Department of Justice - VNS - Investigative Case 2022R00513.pdf

---

**VICTIM IMPACT STATEMENT**

**Victim: Leslie Gottlieb**
**USAO Case Number: 2022R00513**
**Court Docket Number: 24-CR-00524**
**Court: United States District Court, Southern District of New York**
**Defendant: Keith Taylor**
**Date Submitted: January 13, 2026**

---

## I. INTRODUCTION

**My name is Leslie Gottlieb. I am writing this statement as a victim of fraud perpetrated by Keith Taylor, the former Chief Executive Officer of Modest Needs Foundation, a charitable organization that I trusted and supported for years. I was recently notified by the U.S. Department of Justice Victim Notification System that I had been identified as a victim of defendant Taylor's criminal scheme to embezzle money from the charity and defraud donors like myself.**

**Learning of this betrayal has been deeply unsettling. For many years, I believed I was supporting a legitimate charitable cause. Now I understand that my goodwill and trust were exploited for personal gain.**

---

## II. MY RELATIONSHIP WITH MODEST NEEDS FOUNDATION

### Long-Term Support and Trust

**I became a regular supporter of Modest Needs Foundation because I believed in its stated mission to provide emergency financial assistance to working families in crisis. I received regular email communications from the organization, which kept me informed of individual cases and emergency needs. These heartfelt appeals highlighted real people facing genuine hardship—families on the brink of losing their homes, cars, or employment due to unexpected financial emergencies.**

**Over the years, I donated to Modest Needs Foundation multiple times. While my preserved records show donations in October 2016, I am confident that my support predates this period. I was a long-time subscriber to their email list and donated whenever I could afford to do so, trusting that my contributions would reach vulnerable families who desperately needed help.**

### The Final Donation

**The transaction record I have preserved documents my final donation to Modest Needs:**

- **Initial donation (October 20, 2016): [redacted] sent via PayPal Mobile Express Checkout from my [redacted] checking account**
- **Reversal (October 21, 2016): [redacted] refunded to me**

**The reversal may have resulted from a technical issue on my end or theirs. Regardless, this represents both my generosity and the culmination of my relationship with an organization I believed to be trustworthy.**

### Continued Trust Through 2024

**Most telling is that I continued to receive email communications from Modest Needs Foundation through May 2024—nearly a decade after my last documented donation. Even at that late date, as the defendant's crimes were under investigation, I had no suspicion of wrongdoing. The emails were compelling, professional, and emotionally persuasive. I remained a believer in the organization's mission until I was contacted by law enforcement.**

---

## III. THE BETRAYAL OF TRUST

### A Deliberate Deception

**The fraud committed by Keith Taylor represents far more than misappropriation of funds. It is a betrayal of the trust that donors like myself placed in the leadership of a charitable organization. We gave not merely money, but confidence. We believed that the person leading Modest Needs Foundation shared a commitment to helping vulnerable families and that he would steward our donations with integrity.**

**Instead, Taylor systematically embezzled money from the charity and defrauded donors. He enriched himself at the expense of people who were trying to do good.**

### The Violation Extends Beyond Money

**While the direct financial loss from my donations is quantifiable, the violation extends beyond dollars and cents:**

1. **Damage to my charitable impulse: My natural inclination to help others in need has been shaken. I must now second-guess organizations I once trusted and will likely become more cynical about charitable giving.**

2. **Loss of innocence: I believed in the integrity of nonprofit leadership. To learn that the CEO of a charitable organization was stealing from the people it claimed to serve is profoundly disillusioning.**

3. **Wasted resources: The time, thought, and financial resources I devoted to supporting what I believed to be a worthy cause were diverted from other legitimate charities that might have used those funds to actually help people.**

4. **Betrayal of vulnerable populations: The real victims—the working families who needed emergency assistance—lost access to resources because Taylor stole from them. My donations, intended to help them, were instead converted to his personal use.**

---

## IV. IMPACT ON ME

### Emotional and Psychological Impact

**When I learned that I had been victimized by fraud, I experienced:**

- **Shame and embarrassment: I felt foolish for having been deceived, even though the deception was professionally orchestrated.**

- **Anger: My trust was deliberately manipulated by someone positioned to be a steward of charitable resources.**

- **Disillusionment: My faith in nonprofit organizations has been damaged, making it harder for me to support causes I believe in.**

- **Concern about my identity and financial security: As someone who provided my email address and made donations, I am concerned about how my information was handled and whether there are additional security implications.**

### Practical Considerations

**As someone who has engaged in extensive litigation in recent years and understands the importance of careful documentation, I was fortunate to have preserved my PayPal transaction records. However, not all donors will be able to document their contributions or even remember whether they gave to this fraudulent organization. This compounds the harm to victims who cannot even quantify their losses clearly.**

---

## V. REQUEST FOR ACCOUNTABILITY AND SENTENCING CONSIDERATION

**I respectfully urge this Court to consider the full scope of harm caused by Keith Taylor's conduct:**

1. **Direct financial fraud against individuals like me who gave in good faith**

2. **Breach of fiduciary duty to donors and the charitable organization**

3. **Betrayal of vulnerable populations who relied on Modest Needs Foundation**
4. **Damage to the charitable sector and public trust in nonprofit organizations**
5. **Violation of the Crime Victims' Rights Act, which protects my right to be heard and treated with respect and dignity**

**Keith Taylor occupied a position of trust and authority. He used that position to systematically steal from the organization and deceive its donors. A meaningful sentence will reflect the severity of this betrayal and provide some measure of accountability to victims like myself.**

---

## VI. CONCLUSION

**I came forward as a victim of Keith Taylor's fraud not for financial compensation alone, but to ensure that my voice is heard and that the Court understands the full impact of this crime. A person in a leadership position who steals from a charitable organization and defrauds donors demonstrates a fundamental lack of integrity and respect for the public trust.**

**I respectfully request that this Court impose a sentence that:**

- **Holds Keith Taylor accountable for his deliberate and calculated fraud**
- **Recognizes the harm to multiple victims whose trust was betrayed**
- **Sends a clear message that embezzlement and donor fraud will be met with serious consequences**
- **Provides appropriate restitution to victims**

**Thank you for your consideration of my victim impact statement.**

---

**Respectfully submitted,**

**Leslie Gottlieb**
L[redacted]b@verizon.net
**Little Ferry, New Jersey**

**Date: January 13, 2026**

---

## ATTACHMENTS

**The following documents support this victim impact statement:**

1. **PayPal Transaction Record dated October 20-21, 2016 (donation and refund)**
2. **U.S. Department of Justice Victim Notification System correspondence dated January 8, 2026**
3. **Email communications from Modest Needs Foundation (2018 and 2024 - oldest and newest I could find)**

| | |
|---|---|
| **From:** | Scott Lewis |
| **To:** | USANYS-Taylor.Victims |
| **Subject:** | [EXTERNAL] Victim Statement - United States v. Defendant(s) Keith Taylor, Case Number 2022R00513 and Court Docket Number 24-CR-00524 |
| **Date:** | Saturday, November 29, 2025 2:31:35 PM |
| **Attachments:** | Gmail - Thanks for your contribution 2019.pdf<br>Gmail - Modest Needs Foundation Customer ReceiptPurchase Confirmation 2013.pdf<br>Gmail - Thanks for your contribution Modest Needs 20201025.pdf<br>Gmail - Thanks for your contribution 2021.pdf<br>Gmail - Transaction Receipt from Modest Needs Foundation for [redacted] (USD) 2016.pdf<br>Gmail - Transaction Receipt from Modest Needs Foundation for [redacted] (USD) 20181209.pdf<br>Gmail - Transaction Receipt from Modest Needs Foundation for [redacted] (USD) 2017.pdf<br>Gmail - Transaction Receipt from Modest Needs Foundation for [redacted] (USD) 2023.pdf<br>Gmail - Transaction Receipt from Modest Needs Foundation for [redacted] (USD) 2024.pdf<br>Gmail - Transaction Receipt from Modest Needs Foundation for [redacted] (USD)2022.pdf<br>Gmail - Transaction Receipt from Modest Needs Foundation for [redacted] (USD) 2015.pdf<br>Modest Needs Donation History.pdf<br>Modest Needs Donation 2011.pdf |

---

## Victim Statement

Victim: Scott Lewis (VIN: 7913758)
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

The anger I feel about Mr. Taylor's betrayal of our trust in him as the founder and former CEO of the Modest Needs Foundation compels me to write this victim impact statement. My wife and I have been donating since 2007 when she saw a news article about a new charitable organization with a simple model: small grants directly to those in need. This approach aligned with our desire to directly help those in need. Since this was a new organization, we had no way to evaluate it objectively through charity navigator or other similar sites. So, we made small donations initially and increased over time as we read about the beneficiaries of the grants through emails from the organization. Since 2007 we have donated close to [redacted] (see details below and attached). While we are identified as the victims of this crime, I feel the real victims are those people who did not receive needed funds because Mr. Taylor fraudulently used that money to enrich his own life. Since the model for modest needs is small grants to many people, the number of potential grantees impacted could be in the tens of thousands or more if the fraud totaled $2.5 million as has been reported. This type of confidence crime is particularly heinous because it preys on good natured people who donate to help those in need. Therefore, I would encourage the harshest possible punishment for this crime and I seek restitution for the money we have donated plus interest so we can donate it to a reputable organization helping those in need.

Regards,
Scott Lewis
VIN:7913758
[redacted]-4137

## Donation Summary

**TOTAL:** [redacted]

| Date | Donation | Notes |
|---|---|---|
| 12/15/24 | [redacted] | |
| 12/10/23 | | |

| | | |
|---|---|---|
| 12/10/22 | [redacted] | |
| 11/30/21 | | |
| 10/25/20 | | |
| 12/3/19 | | |
| 12/19/18 | | |
| 11/25/17 | | |
| 11/19/16 | | |
| 12/26/15 | | |
| 8/8/13 | | |
| 12/26/11 | | |
| 2010 | | (no receipt) |
| 2009 | | (no receipt) |
| 2008 | | (no receipt) |
| '2007 | | (no receipt) |

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I contributed a total of [redacted] to Modest Needs from 2005-2024. I very much believed in Keith Taylor's mission and thought his charity was helping those in need. I was shocked and heartbroken to learn that he was engaging in fraud. I was never "a victim" except for the fact that I wrongly thought I was contributing money to a charity that was helping many people in need. I documented my contributions from 2005-2024 through the Modest Needs website. I think that my first contributions to Modest Needs started even earlier, while Keith was still based in Tennessee in the late 1990s, but I do not have documentation for those contributions.

**From:** Bahja
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Saturday, November 29, 2025 4:01:56 PM

---

Your Honor,

I'm writing to express the profound impact of the embezzlement at Modest Needs on my life. My donation/s was/were taken used in a way that I did not consent to, and it's taken a significant emotional toll on me to learn about this.

I gave from my hard-earned funds, hoping to make a difference in the lives of others. At a time where I myself was struggling financially, I gave what I had left in hopes in would help others meet their needs.

Instead, I’m left feeling betrayed and vulnerable. I had to deal with unauthorized transactions and worry about my personal info being compromised and had no idea at the time that I was compromised in any way. I just figured it was a string of bad luck piling on to the hard times I was in and I ultimately blamed myself. Certainly a charity that I had recently given to was the last place I suspected.

I'm struggling to reconcile Mr. Taylor’s actions with the outcome. I can’t express enough how I truly wanted to do the right thing by helping others by taking the focus off of myself, but my kindness was exploited and used to feed someone’s greed—not the mouths of people in need.

I'm left feeling shaken and distrustful, as though I’ve done something wrong by doing what was supposed to be right—how backwards.

I trust that the court will consider the lasting harm caused by Mr. Keith’s greedy and dishonest actions.

Sincerely,
Bahja/ FNU LNU

**VICTIM IMPACT STATEMENT**

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I have been donating [redacted] per month since 2018 and [redacted] per month before that for 7 years (over [redacted] total).

I am aghast and saddened that the funds have been embezzled by Dr Taylor.

**From:** EL K
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fwd: U.S. Department of Justice - VNS - Investigative Case 2022R00513
**Date:** Friday, September 25, 2026 2:56:32 PM

I wish to Supply my victim statement.
I submitted funds to help people in need and this person took advantage of my goodwill and my trust that this would go to someone who could truly use it. Instead, he funneled this to his own pocket. This means that any future consideration to donate to any other source will not happen.
By doing that, it has caused my desire to help others via this type of transaction method to stop.
Our society can not prosper without the help freely offered from those in a position to assist.

Victim Identification Number (VIN) '**7904300**' and Personal Identification Number (PIN) '**1141**'

[redacted]

**From:** SANDEE LOWE
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Friday, May 29, 2026 2:42:32 AM

---

My name is Sandee Lowe,
I reached out to Modest Needs for assistance during COVID-19 and was granted funds to pay my utilities. Later when my financial situation became more stable I decided to donate [redacted] to Modest Needs so someone else could be helped.
I am not looking for the funds back necessarily, but I was shocked to hear that Keith Taylor decided to enrich himself rather than help the thousands of people who were really struggling like I was at that time. It is unforgivable to be that selfish, and for that he should be punished. Imagine enriching yourself on the back of the less fortunate.I hope Keith Taylor has time to feel some sort of remorse or shame for what he has done, apparently he cannot be trusted ever again.

**From:** Cynthia Loyd
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Modest Needs/Keith Taylor
**Date:** Saturday, November 29, 2025 3:56:57 PM
**Attachments:** image0.png
image2.png
image3.png
image4.png
image6.png
image6.png

I've donated [redacted] per month to Modest Needs since 2008. The first I heard of this case was when I received the email notice from DOJ. I immediately tried to cancel my account online, but the process times out with an error notice. According to the Modest Needs site, my most recent donation was 11/5/2025, but I don't see any corresponding charges on my credit card. So I'm confused about that.

***Cancellation Process as follows:***

***Results in error message every time:***

Sent from my iPad

**From:** Beverly
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Statement Re: Modest Needs Donation Fraud
**Date:** Saturday, November 29, 2025 4:11:27 PM

**VICTIM IMPACT STATEMENT**

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here

I donated to Modest Needs once in 2014. [redacted] dollars. It's really not caused any hardship for me. But i thought I'd let NYS DOJ know since obviously a crime was committed and my [redacted] bucks was not used in the way I was led to believe it would be used

.

Here's a copy of the Email receipt I received.

Please do not hesitate to contact me if you all need anything else.
VIN 7899273
Beverly Ann Lynn

[redacted]

**From:** Stephen Maizlish
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Case Number 2022R00513Dear Mr. Clayton and MD
**Date:** Thursday, December 4, 2025 12:11:35 PM

**Dear Mr. Clayton and Ms. Defendre,**

**I am VIN 7909879 and wish to make my statement.**

**Over the years 2008-2023. I donated [redacted] to Modest Needs. I originally heard of this charity when it was highlighted on a PBS NewHour report and then heard Mr. Taylor interviewed several times on other programs.**

**This charity seemed ideal to me—actually helping individuals through immediate emergencies. It was heartbreaking to learn of this fraud charge. Any funds I should receive in the future I will dedicate to charity—my original goal in giving to Modest Needs.**

**Thank you**

**Stephen Maizlish**
[redacted]
**Fort Worth, TX** [redacted]
m[redacted]h@airmail.net

Maryann Marian
[redacted]
Tucson, AZ [redacted]

USAO - Southern District of New York
Southern District of New York
26 Federal Plaza
37th Floor
New York, NY 10278

June 22, 2026

Victim: Maryann Marian
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Dear Mr. Clayton,

I cannot convey the depth of disappointment and anger I felt when I received notice of the lawsuit against Keith Taylor.

It has chipped away at my faith in non-profit charities. This type of theft erodes the decency and integrity of our non-profits and erodes public trust.

When I first heard of Modest Needs, I was so impressed by their system. As the money does not go directly to the person asking, I thought it was foolproof.

I gave money when I could but the worst is that I promoted Modest Needs fervently. I spoke to friends and used social media to compare Modest Needs to Go Fund Me. I argued that Modest Needs is the better model for helping people. What a joke!

Mr. Taylor should be ashamed of himself. His actions have sidelined all the good that people are trying to do. Has taken my faith away that people have integrity and are decent in helping others.

Thank you for the opportunity to express my feelings.

Sincerely,

Maryann Marian

Maryann Marian

[redacted]8610

**From:** Craig Marshall
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fw: U.S. Department of Justice - VNS - Investigative Case 2022R00513
**Date:** Monday, January 12, 2026 5:12:43 PM

---

Here is my victim impact statement per the below.

While not specifically harmed by the defendant's actions, the theft of funds donated for a specific cause impacts the trust I, and others, have in the organizations that collect and distribute such funds.  The impact of that lack of trust has to have a significant impact to every similar organization, regardless of their own financial integrity, with a downstream impact to the funds available to the recipients of those organizations.

I would like to see a very stiff penalty for this as a warning and example for others.

Thank you.

Craig Marshall

[redacted]

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

---

I made two online donations to Modest Needs Foundation: the first on August 30, 2014 for [redacted] and the second on August 10, 2015 for [redacted]. On September 15, 2015, I contacted Modest Needs with a question about the [redacted] donation, as I had received a thank-you letter from one of the two donors I assumed that I was assisting but noticed on the website that my "wallet" amount showed a balance of [redacted], which suggested to me that the funds had not yet been disbursed. I never received a response to my inquiry. Receipts for the donations and inquiry email are attached.

---

Aug 2014 Donation.pdf

Aug 2015 Donation.pdf

Sept 2015 INquiry.pdf

**From:** Anne McKay
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim impact statement
**Date:** Friday, December 26, 2025 11:47:50 AM
**Attachments:** Modest needs donation history.xlsx

---

# VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):
I was a monthly donor to the non-profit, Modest Needs for 20 years. See attached file for donation history (I used the Modest Needs website to compile this information). Over that time, I made a total of [redacted] I felt strongly about the mission of this organization. I wanted to make a direct impact on people's lives with my donations. I also had some direct email contact with Keith Taylor. I admired his dedication in building a well respected organization profiled in the national media. I was deeply shaken when I heard of this investigation and my faith in human generosity was impacted. I feel that Keith personally let me down. I have not fully recovered. I hesitate to donate significant dollars to national charities after my experience with Modest Needs. If I were to receive any restitution, I would apply those dollars to a local organization with a similar mission, Brunswick Family Assistance, devoted to improving the lives of families and individuals in crisis in Brunswick County by providing critical assistance to those working towards self-sufficiency.

thank you,
Anne McKay
Victim Identification Number (VIN) '7910351'

| year | amount |
|---|---|
| 2004 | [redacted] |
| 2005 | |
| 2006 | |
| 2007 | |
| 2008 | |
| 2009 | |
| 2010 | |
| 2011 | |
| 2012 | |
| 2013 | |
| 2014 | |
| 2015 | |
| 2016 | |
| 2017 | |
| 2018 | |
| 2019 | |
| 2020 | |
| 2021 | |
| 2022 | |
| 2023 | |
| 2024 | |
| total | |

[redacted]

# VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I, Jeffrey Scott McLucas, made the attached donation to the Modest Needs organization previously. It is not known to me if this was the same period when the funds were diverted to Mr. Taylor's personal use. If it was then the impact to me would be that I was defrauded.

**From:** s[redacted]s@icloud.com
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Keith Taylor / 2022R00513
**Date:** Wednesday, January 28, 2026 7:58:19 PM
**Attachments:** Welcome to Modest Needs.eml.msg
Thanks for your contribution.eml.msg
Modest Needs - General Questions.eml.msg
Re PLEASE READSpecial Thanks and A THRILLING Update!.eml.msg
Re PLEASE READ Great News and an URGENT Request!.eml.msg
Re PLEASE READ Great News and an URGENT Request!.eml.msg
From Keith Taylor I"ve Tendered My Resignation.eml.msg

---

To Whom It May Concern,

I have recently received a series of emails from the VNS which had previously been stopped by a spam filtering rule. After reviewing them, it seems I'm asked to provide any associated information relating to the case and a Victim Impact Statement.

I first became aware of Modest Needs in 2006. My records indicate I registered to review requests for assistance on September 26, 2006. That confirmation is attached below. I haven't had a chance to review old bank records (if any exist that far back) but based on email records using the confirmations from Modest Needs, I began a [redacted] /month repeating donation on or before May 6, 2008. This continued through April 8, 2010 when I increased that to [redacted] /month repeating. There were individual additional donations made, usually during appeals for matching donations. These repeating and additional individual donations continued through May 01, 2018 as detailed below.

On November 28, 2017, I reached out to inquire about the missing annual reports, as I was becoming uncomfortable with the lack of clear reporting for the financial status of the organization. I have attached that email below. On December 29, 2017, after the reports continued to be missing beyond the promised dates, I sent another letter requesting the information and making it clear I was uncomfortable with the situation. Keith Taylor replied assuring me that the annual report would be "thrilling, eye-opening and - frankly - will make you really proud to support this org" and "I'll have to ask that you please trust me. When you see the report, you'll understand why that trust has not been misplaced." I have attached his reply email below.
On May 29, 2018, I again reached out after another appeal as there was still no annual report. Keith Taylor again replied indicating the organization had been stressed by a years-long lawsuit which had recently been decided in their favor. I have attached these emails as well. At this point, I suspended my active donations so no additional charges would be made to my credit cards for their next cycle in June 2018.
On July 29, 2024, I received an email indicating Keith Taylor was resigning but to please consider reinstating support. I have attached this email.

I'm sure there are others who contributed much greater amounts. I don't think it matters if someone contributed $1 or $1,000,000. What Keith Taylor has done is reprehensible. I no longer donate to most organizations which I can't visit in person and see the actual tangible results of the donations. Keith Taylor has taken any trust in charitable organizations away from me, and as a result, I spend quite a bit more time performing careful research and interviews with those organizations. Given Modest Needs had a solid reputation via many of the tools recommended for review (IRS records, Annual Reports, Recommendations from other 'directing' organizations for stable and reputable charities, etc), I simple don't have any confidence that the next organization isn't "Another Modest Needs" with another "Keith

Taylor".

Feel free to contact me should additional information be needed, although given the age of the donations, I do expect it would be difficult to obtain bank statements. I believe the particular card I used for the majority of the donations only makes records available to me dating back to 2019, after I suspended my donations as indicated above. I do still maintain this account with the bank, however, should I need to reach out to them with some sort of legal request to provide records beyond what is available to me through their normal web site. I'm also assuming based on the type of case, there are no significant paths for restitution. If I am wrong about that, I hope any restitution that is generated goes to a truly worthy cause in line with what Modest Needs should have been, and not what Keith Taylor made of it.

Sincerely,

Sean McPherson
m[redacted]s@seanmcpherson.com via Apple Email

**From:** Mark Melnicoff
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524 - Victim Impact Statement
**Date:** Wednesday, December 24, 2025 11:42:14 PM
**Attachments:** Modest Needs Donations from the past.pdf

---

Hello. During the years 2009 – 2019 I did make several donations to Modest Needs. Only because of the subject USDOJ email of notification, dated 11/28/25, did I come to find out that some, or perhaps none of the funds I donated ever made to the intended recipients, which is truly sad because of the circumstances these folks were dealing with.

While I may have missed a donation or two, I did try to record my all my expenses over the years in Quicken, including donations. Attached is a screenshot of a report from that database, where I searched for donations with the word "Modest" in the memo line. (I was unable to print it in .csv or some other text searchable format because the print function inside of my installed Quicken software no longer works. So, the best I can do is to forward you a screenshot of the report in .pdf format Assuming that you will require documentation of these donations, I will have to go back into very old tax files to hunt this down. When I get them assembled, I'll scan them and send them to the same email address as this email, unless you instruct me to do something else.

As you can see, the total of my donations over an appx 10-year period totaled [redacted]

Please let me know if I need not dig up the documentation – will save me some hours of work.

Because your system seems to shun my using my name, I'll sign this as shown. If you want my name, please let me know.

Thanks, and Happy Holidays.

FNU/LNU

[redacted]

VICTIM IMPACT STATEMENT

Victim: Helen Mickiewicz
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Statement of Helen Mickiewicz [redacted], San Carlos, CA [redacted]

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that [redacted]

To the Court:

During the COVID pandemic, I began making periodic donations to Modest Needs, which represented itself as an organization that collected donations and funnelled them to people in need. Beginning with an initial donation of [redacted] on May 31, 2020 and continuing with seven donations in 2021, five donations in 2022, four donations in 2023, and a final donation in march of 2025 of [redacted] I donated a total of [redacted] to Modest Needs. I did receive a few letters of thanks from fund recipients.

During this period, I believed the sums I donated were directed to individuals and families who needed help paying rent, paying medical bills, paying for utilities, car repairs, damage to a home or other one-time expenses they could not manage without help. I had no idea I was, instead, subsidizing Keith Taylor's lavish lifestyle, including a high-end apartment in Manhattan, meals at expensive restaurants, and first class travel expenses.

Ron Lieber, a business reporter for the NY Times, recommended Modest Needs as a worthwhile organization doing good work. The truth has been a profound disappointment.

I had to hand write this statement because I could not edit this document or download it, and I no longer have a typewriter.

Thank you for this opportunity to tell my story.

**From:** Nell Minow
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Wednesday, January 7, 2026 1:07:03 PM

---

I would like to submit a brief Victim Impact Statement in the case of United States v. Defendant(s) Keith Taylor
Case Number 2022R00513 and Court Docket Number 24-CR-00524

My name is not in the files but my information is: '**7911863**' and Personal Identification Number (PIN) '**9083**' and my email is n[redacted]w@yahoo.com. Let me know if you need anything else.

I was a contributor to Modest Needs from 2005 to 2024. While I contribute to many established, institutional charities, the idea of donating directly to people who just needed a little help for car repairs or rent had a lot of appeal to me, and I was grateful for the opportunity to be a part of it. When the first article raising concerns about Keith Taylor's misuse of fund appeared, I wrote to express my concerns and the email I received in return, which I expect he sent to many contributors, insisted that he was innocent and it was just charges made by a disgruntled former employee.

Keith Taylor stole money from the people who needed it most. He stole goodwill from people who just wanted to help. This is a despicable crime and he deserves the maximum sentence.

Sincerely,

Nell Minow
McLean Virginia

**From:** dmmonico
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fw: Victim''s Impact Statement - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Monday, December 1, 2025 6:20:38 PM
**Attachments:** 2009-2014 ModestNeeds Donations Screenshots.zip
2015-2024 ModestNeeds Donations.zip

---

[redacted]

[redacted]

# VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

---

Investigative Case: 2022R00513
Court Case: 24-CR-00524

VICTIMS IMPACT STATEMENT

VIN: 7903669

Diane M. Monico
d[redacted]o@yahoo.com
tel[redacted]3440

I registered with Modest Needs as a donor, user name: Tiga, on 8/7/2009 and had made large donations

every year until 2024, when I became aware of the serious allegations reported against Keith P. Taylor. He emailed a video in which he blamed a person on his staff trying to get his job as the cause of his troubles. I hadn't heard of the news reports he was referring to, but searched online and found them. I was completely shocked and devastated. Not only for the financial loss, of which I hope some of it reached the people I was trying to help, but for the loss of personal trust between us, as Dr. Taylor had emailed me on several occasions and I had given him suggestions on the readability of his website. Some of my final contributions were for computer software that he claimed once Modest Needs owned instead of rented, would allow hundreds of more applicants to be funded by the money saved. Later, after Dr. Taylor had left Modest Needs, I inquired on the site whether this fully funded software had been purchased, but got no response.

There were other websites to help fund specific needs of individuals, such as GoFundMe, but I was not sure if the individuals listed were really in need or were scamming donors. When I heard that Modest Needs thoroughly vetted their applicants and pays their bills and creditors, not the individuals themselves, I thought that that would eliminate any chance of fraud. And after seeing Dr. Taylor on TV interviews and the 4-star rating on Charity Navigator, I felt that this was a legitimate organization I could trust with my donations. Then to find out it wasn't the applicants I had to worry about but it was the CEO himself committing fraud, it made it hurt that much worse. I regarded Dr. Taylor as my distant friend and we were working together for this great cause. I feel like I need closure: to know if it was the temptation of all the money coming in that made him embezzle or if this was all a big scam from the start and he had everyone fooled? I still hurt, in my heart, to this day. This experience has made me leery, and questioning the truthfulness of every organization I've come across, and for some, even to stop my support.

I was finding ways to cut my expenses so I would have more money to donate, as I just receive SSA and widow's compensation from the VA. I wouldn't put the electrical heat on in my house in the winter, just put on a wood fire when it got below 45 F inside. Only drove a few times a month to save gas money. Kept the water heater off for several months every year. And I dug deep into my life's savings thinking if I could help just a few more individuals it would make such a difference in their lives and make me happy. Getting the Thank You testimonials was very uplifting to me. So to find out I was only financing Keith Taylor's lavish lifestyle makes me extremely depressed. I had also encouraged a friend who owed me a large sum of money to donate to Modest Needs in lieu of paying me, so I also missed out on that, plus having the embarrassment of having recommended the organization to her.

I'm attaching the donation receipts from 2015-2024 (they only go back to 2015 on their list), and took screenshots of my donation history on Modest Needs' website for 2009-2014, showing the totals for each year. In summary, my donations were:
2009:[redacted]
2010:[redacted]
2011:[redacted]
2012:[redacted]
2013:[redacted]
2014:[redacted]
2015:[redacted]
2016:[redacted]
2017:[redacted]
2018:[redacted]
2019:[redacted]
2020:[redacted]
2021:[redacted]
2022:[redacted]
2023:[redacted]
2024:[redacted]
TOTA[redacted]

Sincerely,
Diane M. Monico

**From:** S Moritz
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] fraud impact statement
**Date:** Sunday, December 28, 2025 6:40:45 PM

---

To Whom It May Concern,

I made financial contributions to Modest Needs in 2020 and 2021, believing that I was helping those individuals and families whose plights were described on the website. I never dreamed that all or part of my contributions would instead be used to enrich the lifestyle of the Modest Needs founder, Keith Taylor. This man deserves a harsh punishment for defrauding contributors and depriving recipients of needed charity.

For the record, I made 8 contributions totalling [redacted] in 2020, and 14 contributions totalling [redacted] in 2021.

These funds could have gone to reputable charities, had I known that Modest Needs was being operated in a fraudulent manner. I do consider myself a victim for this reason.

Thank you for bringing justice to this person, who deserves a prison sentence for his despicable and unethical behavior.

Sincerely,

Stefanie Moritz
[redacted]
Middleton, WI [redacted]

**From:** Sterling Moser
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Saturday, November 29, 2025 12:07:25 AM
**Attachments:** Modest Needs Receipt.pdf

# VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

My name is Charles Moser. On November 23, 2021, I donated [redacted] to the Modest Needs Foundation under the premise that those funds would be used to help a family or individual avoid looming financial ruin.

At the time, I had recently lost my job as a Guest Services Representative at a local museum, where I made around [redacted] an hour. I was able to survive by living with family. I considered myself fortunate to have support, a roof over my head, and food security in my time of need. I had access to financial resources when I needed them most, so when I learned about Modest Needs and their supposed mission, my heart went out of the many recipients listed on their website. I saw my potential self reflected in their stories. I recognized the desperate position I would have found myself in, had my own circumstances been just a little different. If I hadn't had family in the area who happened to have a spare room, extra money, and compassion for me, then I would have been the one relying on the kindness of strangers to get by.

I had no income and limited savings, but my heart was bigger than my wallet. As an expression of gratitude for whatever forces landed me in a safety net, be it God or circumstance, I decided to donate what I could to help someone who hadn't been so lucky. I gave them [redacted] under the assumption that my donation would go to someone in need.

To learn that my donation may have instead only served to enrich then CEO Keith Taylor is a betrayal I cannot begin to truly fathom. I neither want to understand how someone could steal from his own charitable organization, nor do I think I ever truly could. His was an act so sleazy as to be beyond my comprehension.

But being beyond my understanding has not made it any less real. Keith Taylor preyed upon my compassion and empathy, as well as the empathies of countless others who believed in the cause Modest Needs claimed to promote. I've no doubt my donation is a mere drop compared to what others have contributed, but this encounter with him has brought darkness into my life all the same.

I have long understood that there are scammers and fraudsters in this world, and that to embody the virtue of generosity means to eventually be leeched upon by some opportunist.

Before my donation to Modest Needs, that inevitability was a hypothetical to me. Now, it is a tally; my first personal bite from a leech like Taylor (that I know of).

I could doubtless ensure this first bite is also my last, but the only way to do so with certainty would be to close off my heart and refrain from donating to another charity. It is easy, in moments of betrayal, to feel as though the world is full of darkness. To lose trust in organizations who claim to do good for fear that they, too, are mere facades. But for the sake of my sanity and my hopes for this world, I refuse to believe that men like Keith Taylor are so common. I've turned instead to the good within myself, in the hearts of the many other victims of Taylor's crimes, and in the hearts of the men and women at the helm of other charities who are what Taylor could only pretend to be.

I have fought hard to keep the pains of this betrayal from killing my generosity. I have discarded Modest Needs and searched out other organizations that I believe to be more deserving of my trust and resources. I have refused to allow the darkness in Keith Taylor's heart to smother the light within my own. And I can only hope that his other victims have managed to do the same.

In a perfect world, donating to a charity would not come with the risk of having those funds stolen by the CEO. Unfortunately, because of men like Keith Taylor, that is not the world we live in. Even so, I will continue to give freely in the hope that by doing so, I have exhausted my power to ensure that men like me continue to outnumber men like him. That is all I can do in the face of something like this.

I'd like to close by stating that I know my resilience on this front is not infinite. I have pushed through the resulting distrust this time, but I am left wondering how many encounters with others like Keith Taylor could I endure before succumbing to hopelessness? If I am wrong and atrocities like this are more common than I dare to believe... I do not know if that is a world my heart could bear to live in. For now, I will continue to believe that people in general are vastly better than this. I pray, for all our sakes, that I am not mistaken.

Sincerely,

Charles Moser

[redacted]

8/26/2025
The Honorable Jennifer L. Richie
Southern District of New York
500 Pearl Street
New York, New York 10007
Re: Dr. Keith Taylor
Dear Honorable Judge Richie:
I hope this letter finds you well. I am writing to respectfully request your leniency in the case of Dr. Keith Taylor. Having known Dr. Taylor for over two decades, I have witnessed his profound dedication to his charitable organization, Modest Needs, which has positively impacted the lives of countless individuals in many communities.
Throughout the years, I have seen Dr. Taylor devote countless hours and personal resources to help those in dire need. Modest Needs was founded with the mission to provide financial assistance to individuals experiencing temporary hardships, and under Dr. Taylor's stewardship, it has flourished. The organization has been a beacon of hope for thousands of families who were on the brink of financial disaster. Dr. Taylor's unwavering commitment to this cause is a testament to his character and compassionate nature.
As a donor to Modest Needs for decades, I have always believed in the mission of the organization and the positive impact it has made. While I am understandably disappointed to learn that my contributions may not have been fully utilized for their intended purpose, I still maintain that the net result of Dr. Taylor's efforts has been remarkably positive in the lives of many. His leadership has transformed lives, providing individuals with vital support when they needed it most.
While I do not have specific knowledge of the facts surrounding Dr. Taylor's case or the allegations of fund misappropriation, I firmly believe that a single misstep should not overshadow an entire

lifetime dedicated to service. Dr. Taylor has been a generous supporter of Modest Needs, using his own paycheck to fund the organization, in the early years, when resources were scarce. This level of commitment is not only remarkable but speaks to his genuine intent to help others. In many instances, he has been the lifeline for individuals and families facing crises, allowing them to regain their footing during some of their darkest moments.

It is important to recognize that the positive net effect of Mr. Taylor's work outweighs any potential misappropriation of funds. He has made significant strides in uplifting those around him and has fostered a culture of giving and compassion through his organization. By supporting individuals when they need it most, he has undoubtedly transformed lives and created a ripple effect of kindness in our community.

I humbly ask the court to consider Dr. Taylor's history of goodwill and impactful service when determining his sentence. While accountability is essential, I believe that leniency would allow him to continue his mission of helping others rather than becoming a permanent resident in the shadows of remorse and regret.

Thank you for taking the time to consider this request. I sincerely hope that justice will be tempered with mercy in Dr. Taylor's case, allowing him the opportunity to atone and contribute once more to the uplifting of those in need.

Yours respectfully,

Shaz Mossanen, Modest Needs Supporter

**Shaz Mossanen**
[redacted]
New York, New York [redacted]
[redacted] 5050 [redacted]
[redacted] 3659
s[redacted]p.com

**From:** Sheila Nealon
**To:** USANYS-Taylor Victims
**Subject:** [EXTERNAL] Victim Impact Statement / Sheila Nealon Ramsay
**Date:** Thursday, January 29, 2026 10:02:52 AM

Hello.
This may be arriving too late, but I am sending it along anyway.

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

---

I donated [redacted] to cover administrative costs to this charity, a donation which I believed was going to help underserved girls and women to access menstrual supplies. This is a substantial amount of money for me, so I am disappointed to know that the funds may not have gone to their intended use. I would have sent that donation to a better-run charity had I known.

I am copying in a receipt from Modest Needs.
Thank you for your attention to this matter.

[redacted]

**From:** [redacted]c.org
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fw: U.S. Department of Justice - VNS - Investigative Case 2022R00513
**Date:** Thursday, May 28, 2026 9:43:35 PM

VICTIM IMPACT STATEMENT
Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524
Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I sent *Modest Needs* [redacted] (Check 3409) on January 5, 2024, and [redacted] ([redacted]) on November 30, 2021. I am multiply-disabled: Blind, talking like the village idiot, and walking like the town drunk. Substantial income is provided by Social Security. I have been unemployed for 25 years after being the victim of stabbings all over my body. Mr. Taylor has stabbed me over my mind, heart, and soul. I am now 78 years old and have declining health.

The thought has always been present; No matter how bad things are, they could easily be worse. Worse for me or worse for others. Mr. Taylor's crime is horrible, not for the amount of money that he took from my shallow pocket, but the truth that he not only defrauded me, but also defrauded people who really needed the money. For me, his theft has been the undermining of trust for which he should pay a large price.

A price I recommend is that he be made penniless and return from prison penniless, and that he spend four years in prison. If he is sentenced to ten years in prison, give him the opportunity (with good behavior, good work, and good education) to be released after four years. It is my understanding that inmates learn all they can from the inmate experience within four years.

Let us hope, together, that Mr. Taylor can make contributions to the betterment of society after his four years of incarceration.

Dirk

Dirk Neyhart
[redacted]
Berkeley, CA [redacted]
[redacted]c.org
[redacted]1405
[redacted]1400

xxxo

----

## United Nations Human Rights Council (OHCHR.org)

The Human Rights Council is an intergovernmental body within the United Nations system responsible for strengthening the promotion and protection of human rights around the globe and for addressing situations of human rights violations and making recommendations on them. It has the ability to discuss all thematic human rights issues and situations that require its attention throughout the year. It meets at the United Nations Office at Geneva (UNOG).

**The Universal Declaration of Human Rights (abbreviated)**
Article 1 - Right to Equality
Article 2 - Freedom from Discrimination
Article 3 - Right to Life, Liberty, Personal Security
Article 4 - Freedom from Slavery
Article 5 - Freedom from Torture and Degrading Treatment
Article 6 - Right to Recognition as a Person before the Law
Article 7 - Right to Equality before the Law
Article 8 - Right to Remedy by Competent Tribunal
Article 9 - Freedom from Arbitrary Arrest and Exile
Article 10 - Right to Fair Public Hearing
Article 11 - Right to be Considered Innocent until Proven Guilty
Article 12 - Freedom from Interference with Privacy, Family, Home and Correspondence
Article 13 - Right to Free Movement in and out of the Country
Article 14 - Right to Asylum in other Countries from Persecution
Article 15 - Right to a Nationality and the Freedom to Change It

Article 16 - Right to Marriage and Family
Article 17 - Right to Own Property
Article 18 - Freedom of Belief and Religion
Article 19 - Freedom of Opinion and Information
Article 20 - Right of Peaceful Assembly and Association
Article 21 - Right to Participate in Government and in Free Elections
Article 22 - Right to Social Security
Article 23 - Right to Desirable Work and to Join Trade Unions
Article 24 - Right to Rest and Leisure
Article 25 - Right to Adequate Living Standard
Article 26 - Right to Education
Article 27 - Right to Participate in the Cultural Life of Community
Article 28 - Right to a Social Order that Articulates this Document
Article 29 - Community Duties Essential to Free and Full Development
Article 30 - Freedom from State or Personal Interference in the above Rights

[redacted]

**From:** Emily Nghiem
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fw: U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Friday, February 6, 2026 4:58:33 PM
**Attachments:** Emails from Dr. Keith Taylor.docx

---

[redacted]

[redacted]

# VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

---

**To the Honorable Judge and Officers of the Court:**

**Attached is a receipt for one of my donations over the years to Modest Needs, and two Letters by Email from Keith Taylor showing shared commitment to common goals.**

**As a donor impacted by this case, I commit my support to both Keith Taylor, and to those he is indebted,**
**to ensure he fulfills his responsibility for providing financial Restitution and restoring good faith community relations for Modest Needs.**

---

**Given the expertise of Keith Taylor and his mentorship of other leaders taking over, I believe in his ability to raise and pay back the $2.5 million in funds, and other fines and penalties.**

**My donations may be small, but the priceless impact and value has been in building Cooperative Relationships to overcome poverty and hardship.**

**I do not want to see these relations lost, nor any waste of Taylor's capacity to keep serving the best interests of the public and community while he serves his time.**

---

**The biggest loss and damage I would like to prevent would be the inability to continue working together,**
**as reflected in Keith's own words in his sincere plea to support the work he leaves to others.**

---

**Clearly, as Keith has also stated, his own actions that built this organization have also damaged it,**
**as well as the relationships with the team, the community and public he worked so hard for.**

**I do not want to see that Teamwork destroyed over problems that can be corrected.**

**Given Keith Taylor's debts and responsibility for serving justice, I ask that the Court include in the sentencing**
**Provisions by which Taylor and other volunteers or victims can seek Restitution by Restorative Justice to heal relationships and build greater benefits.**

**I believe all debts and wrongs can be Repaid and Redeemed by working together on sustainable Restitution and revenue, even while Keith Taylor serves his time.**

**I do not want to suffer Loss or Damage to these relationships impaired by prison conditions that could prevent Communicating and working together.**

**I plead with the Court to only allow any sentencing that permits if not requires Keith Taylor to Communicate and Cooperate with me and others seeking Restitution,**
**including fundraising to pay back misdirected or abused funds, and creating Sustainable Jobs serving the community while generating funds for Restitution.**

**I know that many prisons have increased restrictions on mail, email and internet communications.**

**I ask the Court to please consider the Value of continued Teamwork to pay all Restitution and to prevent further harm, damage or losses.**

**Please ensure that all means necessary for Keith Taylor to communicate are preserved and protected for the purpose of making amends.**

**And to use his relationships and expertise to Improve the Sustainability of community based economics with all other volunteers like me who agree to work with Keith Taylor on Restitution.**

**In Jesus name as Perfect Justice, I pray for the best means possible to ensure Keith Taylor serves the ideals of Justice we both believe in.**

**Thank you very much,**
**Emily Nghiem, Houston, Texas**

**I will also provide additional statements to Keith Taylor and Counsel to supplement the above.**

**From:** Vincent Nicosia
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fwd: U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Monday, December 15, 2025 8:23:58 PM

Good Afternoon,

I donated [redacted] to Modest Needs on 1/25/2021 and would like to receive restitution if possible.

If any further details are needed please let me know.

Sincerely,
Vincent Nicosia

[redacted]

**From:** Lana Nieves
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Thursday, January 8, 2026 5:53:43 PM

With regards rto Keith Taylor and his confessed embezzlement of funds from Modest Needs:

As a not-for-profit professional who takes pride in in being part of society's solution to the inequities faced by minorities, people with disabilities, the poor, etc., I'm disgusted to learn of another NFP who betrays the trust of donors.

I made donations to at least one Modest Needs fundraiser, fully thinking I was helping someone pay their medical bills, get their much-needed car out of impound, help out someone with medical bills. I am middle class and live a comfortable life. Not every person who makes a charitable donation is as lucky as I am. It's often those who have the least who are the most generous. Betraying this generosity in the way Keith Taylor has is a perfect example of what's wrong with the world today.

I hope there is community service attached to Mr. Taylor's sentence. He should be forced to roll up his sleeves and help some of the people who turned to Modest Needs to find relief from their financial crises. He owes them. All of them.

Lana Nieves
San Francisco

**From:** Elizabeth O''Brien
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement VIN 7904457
**Date:** Friday, January 2, 2026 3:21:37 PM

Jan. 2, 2026

Re: Victim Identification Number (VIN) **7904457** and Personal Identification Number (PIN) **7767**

To Whom It May Concern:

Thank you for the opportunity to submit a victim impact statement on the Modest Needs case. I contributed about [redacted] to Modest Needs over several years beginning in 2020. It was the first time I set up a monthly recurring donation to charity, and I felt good about it at the time. But now, after tallying the amount I gave, I feel sick that my hard-earned money went to a thief rather than the intended, deserving recipients.

I feel doubly betrayed because, as I freelance writer, I wrote an admiring story about Keith Taylor way back in 2006. Was he lying to me then? Or did he only later realize how easy it was to enrich himself at his donors' expense? I feel bad having misled readers about his true character. And I'm not the only journalist he misled—a New York Times story in May of 2020 reminded me about the organization and prompted me to set up my recurring donation, thinking I would be aiding those experiencing hardship during the pandemic.

I can be reached at [redacted]0222 with any questions. Thank you for your consideration.

Best regards,

Elizabeth O'Brien
Brooklyn, NY
VIN **7904457** and PIN **7767**

**From:** Jo Sh
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim impact statement
**Date:** Thursday, January 8, 2026 5:12:36 PM
**Attachments:** Modest Needs Foundation - Joshua Orth - donation receipt.pdf

---

**VICTIM IMPACT STATEMENT**

Victim: FNU LNU | Joshua Orth
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

I was defrauded by Keith Taylor and Modest Needs Foundation. I believe Keith Taylor and any other current or future co-defendants should face prison time for their actions, be required to apologize to their victims, and be required to make financial restitution to their victims, of which I am one.

I donated to them on at least one occasion. My records are attached. I am seeking restitution of [redacted] for my donation on Dec. 16, 2020.

Thank you.

- Josh Orth
Victim Identification Number (VIN) '**7907433**'

**From:** Ana Ortiz
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fw: U.S. Department of Justice - VNS - Investigative Case 2022R00513
**Date:** Tuesday, June 2, 2026 6:10:58 PM

---

Victim Statement

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

**I have been a dedicated donor to the Modest Needs Foundation since I discovered it over 10 years ago. I frequently shared their posts on my social media platforms and encouraged friends and family to contribute through them instead of making bulk donations to larger organizations, as I believed this approach fostered a deeper sense of connection and meaning.**

**I was profoundly disheartened to learn about the misconduct by Mr. Keith Taylor. This news has left me feeling disillusioned, questioning the trustworthiness of those involved in community-building and mutual support. Each of my donations, though modest, was significant to me. While I understand the frustration felt by others regarding the substantial sums of money they unknowingly contributed for his personal use, my greater concern lies in the erosion of faith in the goodness of people.**

----- Forwarded Message -----
**From:** Victim Notification System <vnsadmin@usdoj.gov>

**From:** Kim Paulhamus
**To:** Defendre, Valeen (USANYS)
**Cc:** kimberly Paulhamus; USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Re: U.S. v. Keith Taylor
**Date:** Monday, January 12, 2026 4:53:08 PM
**Attachments:** Print Tax Receipts - Modest Needs®.PDF
Receipt - Modest Needs®(1).PDF
Receipt - Modest Needs®.PDF

---

Hi Valern,

Thanks for your call today. I've attached the tax receipt showing the total for 2020, and the two sub-receipts adding up to the total.

Thanks,
Kim Paulhamus

[redacted]

From: LISA PAYNE [redacted]7@gmail.com
Subject: Keith Taylor Victim Impact
Date: Feb 18, 2026 at 2:23:49 PM
To: LISA PAYNE [redacted]7@gmail.com

Victim Impact Statement

United States v. Keith P. Taylor

Your Honor,

My name is Lisa Payne. I am submitting this statement as a donor to Modest Needs and as someone who believed deeply in its stated mission.

More than fifteen years ago, I read about Modest Needs in The Wall Street Journal. The organization's purpose—to help the working poor who were one unexpected bill away from financial collapse—resonated profoundly with me. It was not charity in the abstract; it was practical, dignified intervention. A car repair to preserve employment. A medical bill to prevent bankruptcy. A rent payment to prevent eviction. It reflected the kind of targeted compassion I believe strengthens both families and society.

Before making donations, I exercised due diligence. I noted the organization's strong rating from Charity Navigator and relied upon that independent validation as confirmation that the charity was legitimate, well-governed, and worthy of trust. Based on that information, I began making regular monthly contributions. In addition, when special appeals were made for individuals facing urgent circumstances, I gave substantial additional funds.

I did so in good faith.

Learning that the funds entrusted to the organization were allegedly diverted to finance the founder's personal lifestyle—meals, clothing, wine, and other indulgences—was not merely disappointing. It was devastating. This was not simply a matter of financial loss. It was a betrayal of values.

Charitable giving is built entirely on trust. Donors cannot personally oversee distributions. We rely on governance structures, ratings agencies, and the integrity of leadership. When that trust is violated, the harm extends far beyond individual donors. It undermines confidence in the entire charitable sector.

This crime is not "victimless." The immediate victims include the working individuals and families who may not have received the assistance intended for them. The broader victims include donors like myself, who acted in reliance on representations of integrity and oversight. And perhaps most damaging of all, it harms other legitimate charities whose missions are now met with greater skepticism because of this betrayal.

As a direct result of this experience, I have significantly reduced or paused charitable giving that I had faithfully maintained for years. I now question representations that I previously would have accepted with confidence. The ripple effect of this misconduct is measurable not only in dollars but in diminished goodwill.

I am a financially sophisticated individual. I understand risk in markets and in life. But philanthropy should not require suspicion as its starting point. Trust is the currency of charity. When it is stolen, it is far more difficult to restore than money.

I respectfully ask the Court to consider that the damage in this case extends beyond financial misappropriation. It strikes at public confidence in charitable institutions and at the willingness of donors to continue supporting those in need.

Thank you for considering my statement.

Respectfully submitted,

Lisa Payne, Esq.

[redacted]

Lake George, NY [redacted]

**From:** Dina Perl
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement & Donation History
**Date:** Sunday, November 30, 2025 8:45:53 PM

---

I'm writing in response to the email regarding Modest Needs. My name is Dina Perl and I've been donating to Modest Needs for years. During the pandemic, when so many people were impacted by lost jobs and illness, Modest Needs seemed like an especially meaningful way to provide directly to those in need. To find out that the person responsible for stewarding that promise was instead taking advantage of the goodwill of both donors and recipients is tragic. My hope is that at least some of those in need received some of the funding. To think that it all went towards fraud makes it difficult to imagine the many lost opportunities for those who reached out for help. While the justice system can't change the past, its vigilance in prosecuting and punishing this crime is critical.

**From:** TLS
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Friday, January 9, 2026 10:01:03 PM

FNU LNU

Re: United States v. Defendant(s) Keith Taylor
Case Number 2022R00513 and Court Docket Number 24-CR-00524

VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):
I donated to Modest Needs in good faith because I believed the money was going to regular people who needed help with rent or groceries, uniforms for their children or help with medical bills. The trust has been broken by Keith Taylor. Stealing money meant for those in need is atrocious.

Thelia Pemel

**From:** Kenneth Pergrem
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement for VIN 7907762
**Date:** Saturday, November 29, 2025 3:55:05 AM

---

Hello —

I began donating to Modest Needs Foundation on 04 May 2018 because I thought it would be good to help people directly with specific issues they were experiencing but were otherwise unable to afford personally. I don't recall whether I set up a recurring [redacted] monthly donation at that time or not, but they started charging my credit card on that basis starting on 01 June 2018, and continuing through 01 October 2025.

Maybe a year or so later I remember attempting to change (reduce and/or remove) my donation amount but was unable to do so via their website. My password manager does have saved login credentials for modestneeds.org but the website was not accepting them as of today.

The table I have included here lists my donations from 2018-2025 on a yearly basis.

Overview of Donation History:

| Year | Amount donated to Modest Needs | Notes |
|---|---|---|
| 2018 | [redacted] | |
| 2019 | | |
| 2020 | | |
| 2021 | | |
| 2022 | | |
| 2023 | | |
| 2024 | | |
| 2025 | | |
| Total: | | |

The fraud part of this case bothers me. This guy sets up a foundation meant to help people in need, and then somehow gets the idea that it is OK to take the money intended for those in need, and spend it on himself instead. That is clearly not acceptable and not what was intended.
In hindsight, it would have been better if I could have donated to a reputable charity instead. Very frustrating.

Sincerely—

Kenneth Pergrem
VIN 7907762
[redacted]
San Jose, CA [redacted]
k[redacted]m@comcast.net

**From:** Melanie Perkins
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Re: Victim Impact Statement
**Date:** Thursday, January 29, 2026 6:42:10 PM

I'll go ahead and submit a simple impact statement via this email. If a different format is needed, or you need more information, please do let me know.

Name: Melanie Perkins
VINs: 7910487, 7912609

**Victim Impact Statement**

I was a repeat donor to the Modest Needs foundation, both directly to the charity itself and indirectly through the now defunct Amazon Smile.

The total amount I donated from 2013-2020 was quite *modest*. Because of poor record-keeping on my part, I can only confirm [redacted]. The total amount donated to Modest Needs from Amazon Smile through Oct 25, 2022, from purchases I and other customers made, was [redacted].

I think the majority of donors were in the same boat: not able to give a lot, but enough to help someone. Enough to add up. And it did.

Modest Needs presented itself as helping families in our community who were living paycheck to paycheck and were hit with an unexpected expense. Our small donations, we were told, would keep these families housed, cover medical expenses, or pay utility bills. Donors were sent emails with urgent subject lines and stories: the toddler with cancer, the woman and her children fleeing domestic violence, the elderly man with Parkinson's.

What happened to the families Modest Needs promised to help? What happened to the families I thought I and others directly donated to? It makes me hot and sick to think about.

We are not poor, but we struggle to add to our own savings even while minimizing expenses. We have extended family we are responsible for as well as ourselves. However, having grown up in deep poverty, I keenly feel the duty and value of helping those who are worse off.

Keith Taylor took our money and regularly dined and drank at several expensive restaurants we wouldn't think of going to. I cannot fathom spending 1-2 years' middle-class salary at a single restaurant.

Taylor paid for a luxury apartment in a high cost-of-living area, while the doors in our rented cottage don't have room to open 90 degrees before hitting a bed or a chair.

Taylor treated himself to cosmetic surgery with our money, while our savings were decimated by medical expenses and we put off less urgent care.

Taylor flushed our money down the toilet by attempting to play stocks as an amateur.

That precious, carefully budgeted money wasted on fine dining, luxury accommodations, plastic surgery, and a truly stupendous amount of food delivery could have gone to a deserving charity. It could have gotten to the people who desperately needed it.

Keith Taylor didn't just lie and steal. He stole from the people who most needed those funds, the people he was obligated to direct the money to. This illustrates a startling lack of conscience. That he *continued* to do so after he was arrested displays a lack of responsibility and accountability, as well as an audacious belief that he can't be touched and has no good reason to stop. This man will continue to defraud and take advantage of the already disadvantaged.

I dearly hope Taylor's sentence is sufficient to outsize his entitlement. I hope it makes clear to him that doing these things will cost him more than he ever gained at others' expense. I hope it adjusts his idea of what is in his own self interest.

On Jan 29, 2026, at 12:16 PM, Melanie Perkins <m[redacted]e@kuracali.com> wrote:

Hello,

Is there still time to submit a victim impact statement for this case? If so, what are the steps I need to take, please?

Thank you,

Melanie

—
Melanie Perkins
m[redacted]i.com
[redacted]8085

**From:** Mali Perl
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement and Donations Proof
**Date:** Sunday, November 30, 2025 4:37:53 PM

My name is Mali Perl and I donated to Modest Needs in 2024 (see attached). I first heard about the organization through the New York Times and loved the idea of making donations directly to people in need. Too many non-profits spend donations on administration and fundraising so this was a refreshing, personalized way to get money to people who needed it, with less intermediaries. Discovering that fraud was involved is heartbreaking but not a shock. Great Charity Navigator ratings and endorsements from trusted 3rd parties are no protection against people in power who choose to abuse their positions. I hope that restitution is also made to the people who vulnerably trusted Modest Needs to help them through a difficult time and that better checks and balances will be in place in the future. While prison might seem like a punishment for someone who used stolen funds to fund a five star life, I would rather that instead of time spent in a place like Otisville, the perpetrator was expected to do very hands-on community service in low-income communities in some of most impoverished states in the US, where many of Modest Needs requests come from.

**From:** Mary Perrien
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim impact statement
**Date:** Friday, September 25, 2026 1:11:30 PM

---

Your Honor,
I repeatedly donated to the Modest Needs charity because it appeared trustworthy, had trustworthy people endorse it (they were also duped) and because Mr. Taylor emphasized the critical degree of verification provided regarding recipients. Not only did I donate, I regularly encouraged others to do so and conducted social media fundraisers (e.g., Facebook/IG birthday requests to support the charity). I was devastated to learn that this charity and Mr. Taylor specifically took money intended to help vulnerable survive under extremely difficult conditions. Where I had been confident that I helped people over a one time bump in the road, I now don't know if any of them were real and/or received my gift.

Mr. Taylor has done innumerable damage to all charities. I am no longer convinced that my background search to validate an organization and trusted endorsements are enough. Consequently I don't give to national charities to the degree I used to. I prefer local organizations and I prefer giving products over cash. I carry guilt for encouraging my friends to donate and have stopped making these suggestions to them. Given the state of our current economy, the harm that Mr. Taylor caused is ongoing, even as he has allegedly been stopped. I use the term "allegedly" because he continued even while on supervised release. Why should I believe that he has not simply transformed his modus operandi to stay hidden. I work in the justice system and am well aware that people can maintain fraudulent activity even while they are incarcerated.

Please consider the maximum punishment for this man who harmed our society's most vulnerable people and exploited the very goodness of the givers that we encourage and need as a society.

Thank you for your consideration, your Honor.

Sincerely,
Mary Perrien

Sent from my iPhone

**From:** Amy Bailey
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Modest Needs
**Date:** Monday, December 1, 2025 1:54:18 PM

---

Victim # 7900039
PIN 5892

Please find attached my receipt for Modest Needs donation on 11/19/2018. As a single mom and three, I felt it important to donate to a charity that helped others like me in a time when I had a little extra cash to do so. To hear it was used for personal gain is heartbreaking. I believed in Modest Needs' mission.

Thank you,
Amy Peters RN
[redacted]5670

# VICTIM IMPACT STATEMENT

Victim: Carol Pollard
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

To Mr. Taylor,
Your actions caused real harm to people who trusted you. You stole money that was meant to help individuals and families in moments of urgent need—people who depended on that support to get through crises. Every dollar you took represented someone's medicine, rent, or chance to keep food on the table. Did you ever think about the people who could've truly used that money? While others suffered, you spent that stolen money on lavish dinners in New York City—enjoying luxury paid for by others' desperation.
You also discredited Modest Needs which was built on altruism and compassion. The values that once guided its mission have been tarnished by your greed and deceit. You didn't just damage finances—you undermined the faith of donors, volunteers, and the very people the organization was created to serve. The loss of trust will take far longer to rebuild than any balance sheet.

My heart breaks for the people who could have been helped with the money that you stole. I hope this process forces you to truly face what you've done and the people you've harmed.

I made the following contributions to Modest Needs:
2013 9/12/13 [redacted]
2012 11/5/12 [redacted]
2011 [redacted]
2008 [redacted] 2 donations
TOTAL [redacted]

Documentation of these are on my Federal Income Tax forms as charitable deductions.

**From:** Neil Polzin
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement - Neil Polzin
**Date:** Thursday, December 4, 2025 4:20:29 PM

Please see the impact statement below. I also ask that my name be updated from FNU LNU. I tried the phone system without success

Thank you

Your Honor,

I respectfully submit this statement to describe the impact that the fraudulent actions of Modest Needs and its leadership have had on me. While the financial loss I experienced is significant, the deeper and more lasting harm has come from the betrayal of trust and the erosion of confidence in charitable giving—something that, for me, was once an important expression of community support and personal values.

I donated to Modest Needs in good faith, believing that my contributions were going directly to individuals and families experiencing real hardship. Instead, I learned that the organization's leader was misusing and embezzling funds intended to help vulnerable people. Knowing that my acts of generosity were exploited for personal gain has been profoundly disheartening.

This crime has left me hesitant and wary about donating to any charitable organization. What used to be a meaningful and hopeful act now carries feelings of doubt, suspicion, and anxiety. I find myself questioning whether other nonprofits are truly accountable, whether their leadership can be trusted, and whether the people I think I am helping will ever actually see that support. That loss of trust affects not just me, but the many legitimate charities that rely on public confidence to do critical work.

The emotional toll of this deception has been substantial. I have experienced a sense of foolishness for believing the organization's public mission and a deep disappointment that someone entrusted with helping others would instead exploit that responsibility. The betrayal has altered the way I view charitable giving and has diminished my willingness to support causes that once mattered to me.

This type of criminal behavior does more than harm its immediate victims—it undermines the integrity of the charitable sector as a whole. It erodes the goodwill that nonprofits rely on, harms people in need who may go without assistance because donors become understandably hesitant, and casts a shadow over organizations that are doing honest and necessary work.

I hope that through this process, accountability can help restore some measure of trust, not just for me, but for others who might otherwise have turned away from charitable giving after hearing about this case. I want to believe that generosity can still make a difference and that safeguards can be put in place to prevent similar abuses.

Thank you for considering the impact this crime has had on me and on my confidence in charitable organizations.

Neil Polzin

**From:** Neil Polzin
**To:** USANYS-Taylor.Victims
**Cc:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Re: Victim Impact Statement - Neil Polzin
**Date:** Friday, January 9, 2026 11:06:07 AM
**Attachments:** Thanks for your contribution.eml.msg
Receipt for Your Contribution to Modest Needs.eml.msg
Receipt for Your Contribution to Modest Needs.eml.msg
Receipt for Your Contribution to Modest Needs.eml.msg
Receipt for Your Contribution to Modest Needs.eml.msg
Receipt for Your Contribution to Modest Needs.eml.msg
Receipt for Your Contribution to Modest Needs.eml.msg
Receipt for Your Contribution to Modest Needs.eml.msg

---

In addition to the Victim Impact Statement below, I was able to identify donation receipts ranging from [redacted] totaling [redacted]. While I don't think the attached emails represent all contributions, it is what I was able to identify and would like to seek in restitution.

Please let me know if you would like the receipts formatted in any other way. I have updated my name with the phone system, and my Victim Identification Number (VIN) is '**7911923**'

Neil Polzin

> On Dec 4, 2025, at 3:20 PM, Neil Polzin <n[redacted]n@gmail.com> wrote:
>
> Please see the impact statement below. I also ask that my name be updated from FNU LNU. I tried the phone system without success
>
> Thank you
>
> Your Honor,
>
> I respectfully submit this statement to describe the impact that the fraudulent actions of Modest Needs and its leadership have had on me. While the financial loss I experienced is significant, the deeper and more lasting harm has come from the betrayal of trust and the erosion of confidence in charitable giving—something that, for me, was once an important expression of community support and personal values.
>
> I donated to Modest Needs in good faith, believing that my contributions were going directly to individuals and families experiencing real hardship. Instead, I learned that the organization's leader was misusing and embezzling funds intended to help vulnerable people. Knowing that my acts of generosity were exploited for personal gain has been profoundly disheartening.
>
> This crime has left me hesitant and wary about donating to any charitable organization. What used to be a meaningful and hopeful act now carries feelings

of doubt, suspicion, and anxiety. I find myself questioning whether other nonprofits are truly accountable, whether their leadership can be trusted, and whether the people I think I am helping will ever actually see that support. That loss of trust affects not just me, but the many legitimate charities that rely on public confidence to do critical work.

The emotional toll of this deception has been substantial. I have experienced a sense of foolishness for believing the organization's public mission and a deep disappointment that someone entrusted with helping others would instead exploit that responsibility. The betrayal has altered the way I view charitable giving and has diminished my willingness to support causes that once mattered to me.

This type of criminal behavior does more than harm its immediate victims—it undermines the integrity of the charitable sector as a whole. It erodes the goodwill that nonprofits rely on, harms people in need who may go without assistance because donors become understandably hesitant, and casts a shadow over organizations that are doing honest and necessary work.

I hope that through this process, accountability can help restore some measure of trust, not just for me, but for others who might otherwise have turned away from charitable giving after hearing about this case. I want to believe that generosity can still make a difference and that safeguards can be put in place to prevent similar abuses.

Thank you for considering the impact this crime has had on me and on my confidence in charitable organizations.

Neil Polzin

**VICTIM IMPACT STATEMENT**

Victim: Heather M. Posey
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

Your Honor,

My name is Heather, and I am part of the atheist community that supported Modest Needs for many years through an annual fundraiser called Vulgarity for Charity. I donated during several of those years — sometimes when I had to stretch to do it — because I believed deeply in the mission of Modest Needs. But more than that, I believed in what it represented for my community.

Atheists are often treated as if we are less moral, less generous, or even dangerous simply because we don't believe in a god. It affects how people talk to us, how they judge us, and how they dismiss our values before we even speak.

Vulgarity for Charity was one of the few things we could point to that cut through those assumptions. It was a visible, measurable demonstration that generosity doesn't require religious belief. Between 2018 and 2021 alone, our community raised over **$1.1 million** for Modest Needs, including **$424,336 in 2021 alone**. These were not small gestures. They were years of sustained generosity from a community that is often stereotyped as uncaring or immoral. Religious donors also supported Modest Needs through their own circles, making it one of the rare places where religious and secular people could meet on common ground, even if they didn't realize it.

And because Modest Needs served people from every background, many of the individuals who received assistance knew that atheists were among the donors making that help possible. Our contributions didn't just support people who shared our worldview — they supported families of all faiths. That mattered too, because it quietly challenged the biases people often hold about

us. It showed that compassion is not limited to one belief system, and that atheists care about the wellbeing of others, including those who may have been taught to fear or distrust us.

That mattered. It mattered more than I can express.

When the fraud came to light, it didn't just take money away from people who needed help. It took away years of trust and goodwill that my community had worked hard to build. It took away one of the only examples we had to show that we are just as compassionate and committed to helping others as anyone else. It took away a bridge between communities that rarely get to stand on the same side of anything.

The event had to be cancelled for a year while the organizers searched for a new charity. They eventually chose Recovering from Religion, which is an organization I support. But it doesn't carry the same cross-community meaning. Many religious people will hear that name and tune out, or assume it's "atheists helping atheists," or even feel offended. The shared space we once had — the one place where we could talk about charity without triggering anger or dismissal — is gone.

That loss is real. It affects how we are seen, how we are heard, and how we can participate in public acts of generosity without being judged through a lens of suspicion. It affects our ability to show that kindness and compassion are human values, not religious ones.

Although I donated to Modest Needs during several years of the fundraiser, I am not seeking restitution. My primary harm is the damage done to my community and the loss of a rare bridge between secular and religious donors. I hope my donations still reached the people who needed them, but the harm I feel is not financial. It is the harm of watching my community lose something rare and precious — a chance to be understood, a chance to be seen fairly, a chance to stand alongside others in helping people who were struggling.

That is what was taken from us.

Thank you for hearing my perspective.

**From:** Naomi Price
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Modest Needs Fraud Impact
**Date:** Monday, December 22, 2025 6:29:03 PM
**Attachments:** Transaction Receipt from Modest Needs Foundation for [redacted] (USD).eml.msg
Thanks for your contribution.eml.msg
Transaction Receipt from Modest Needs Foundation for [redacted] (USD).eml.msg
FWD Transaction Receipt from Modest Needs Foundation for [redacted] (USD).eml.msg
Thanks for your contribution.eml.msg
Fwd Re PayPal transaction ID 145716905N452071F.eml.msg
Transaction Receipt from Modest Needs Foundation for [redacted] (USD).eml.msg

---

Victim Identification Number: 7911668

Dear US Department of Justice

My husband Stephen D. Price and I were very distraught to learn of the fraudulent activities of the charitable organization Modest Needs and its organizer Keith Taylor. We have been making donations to Modest Needs since 2017 and had believed that they were providing valuable assistance to people in need.

We felt that Modest Needs was a particularly worthy charity because it was not based in any religion but rather gave to anyone in need. The concept of micro giving directly to people in difficult situations was particularly appealing to us. It seemed to be a way to make a direct difference to people who, through no fault of their own, needed a helping hand to counteract a financial setback.

We believed that Modest Needs was a worthy cause, and so told our friends and family about it and encouraged them to donate as well.

Finding out that Keith Taylor was, in fact, committing fraud was deeply upsetting to us both, but also quite embarrassing. This revelation caused us to question all charitable organizations and worry that the donations we were making may not ever be reaching people in need.

In these turbulent times, it helps to think that it is possible to make a difference and help others even in a small way. Keith Taylor took that believe away.

Our donations to Modest Needs total [redacted], please see the receipts attached and breakdown below:

12/29/2017 [redacted]
11/20/2018
12/30/2021
12/28/2022
12/26/2023

We would like to see Keith Taylor prosecuted to the full extend of the law. Please let us know if there is anything else we can do to make this happen.

Best,

Naomi E. Price and Stephen D. Price
[redacted] Medway, MA [redacted]

[redacted]-6766
[redacted]1@gmail.com

**From:** Jane Ramos
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Thursday, May 28, 2026 4:37:26 AM

---

Good morning,

My name is Jane Ramos and I am writing to let you know how Keith Taylor's deceit affected me. At the time I was at a very low point in my life. I was raising my [redacted] child on my own, taking care of my elderly father and working a full time job. I came upon the Modest Needs website and thought maybe I could qualify for help. I was reading some of the posts people had written and decided I would post my own. There were a few steps I had to go through if memory serves me right before my post was approved. After it was approved, I waited to see if anyone donated to my cause, but I never did get anything. I did donate to a few posts that I saw, but I don't recall how much that may have been. Please feel free to contact me if you have any questions.

Thank you,
Jane Ramos

**From:** Isabel Reckson
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fwd: U.S. Department of Justice - VNS - Investigative Case 2022R00513
**Date:** Wednesday, May 27, 2026 1:57:11 PM
**Attachments:** Screenshot 2026-05-27 at 1.46.58 PM.png
Screenshot 2026-05-27 at 1.44.56 PM.png
Screenshot 2026-05-27 at 1.46.33 PM.png

---

Victim Identification Number (VIN) '**7906172**'
Personal Identification Number (PIN) '**8779**'

My family and I donated over [redacted] to this organization, assuming it was going to help those in needs. What appealed to use about this organization is that you could donate to specific people/cases. Knowing you are directly helping someone and what impact your contribution makes is a good feeling. However, to find out that the money may have not been used the way we thought it truly upsetting. I think about the families we thought the money was going to. Did they receive any? Are they still struggling? Are they getting compensated? We put our trust in this organization to do good and the opposite was done. I have included screenshots of contributions below as well as a deeiving email from Keith Taylor

- Isabel Reckson

# VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

[redacted]

**From:** Cameo Reeves
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Case: 2022R00513
**Date:** Wednesday, January 28, 2026 7:09:12 PM

---

In response to the email I received regarding the prosecution of Dr Keith Taylor. I am really disheartened to find out how irresponsible he was regarding the handling of Modest Needs Funds. From what I can track, I donated approximately [redacted] to his organization. I sincerely believed in his mission of putting g the money directly in the hands of people who needed it and couldn't qualify for assistance. I donated even when I didn't have extra money. I would like at a minimum to receive the money that I donated.

I have attached screenshots of the email receipts verifying the donations.

Please let me know if you need anything further.
Cameo Reeves

Sent from my T-Mobile 5G Device
Get Outlook for Android

# VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

---

I contributed funds with the email addresses: w[redacted]d@mail.com and e[redacted]2@gmail.com. I contributed a monthly amount ([redacted]), and even in honor of my friends and family as a Christmas gift ([redacted]). I would estimate that my contributions were nearly [redacted], but I have lost control of the w[redacted]d@mail.com account and cannot retrieve the documentation of those contributions and thus am not looking for restitution.

I cannot express how disheartened and disappointed I am to realize that what I thought was contributions to help people in need -- to fix a pair of glasses, or pay for a month's worth of electricity, or even just fill up a tank of gas so that someone could get to work -- was instead nothing more than a cash-grab.

The "modest needs" slowly escalated over the years. In the beginning, it was small amounts, generally under $100 that were requested. Then, increasingly large requests were being made. When I stopped contributing the normal requests - a pair of crutches - had been supplanted by requests for mortgage payments or security deposits and I was unable to provide that level of support.

It breaks my heart to know that it was a lie.

**From:** Ann Reynolds
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Re: United States v. Defendant(s) Keith Taylor Case Number 2022R00513 and Court Docket Number 24-CR-00524
**Date:** Friday, September 25, 2026 1:45:56 PM

---

I gave money in good faith to help families in distress. To think that this was just an unscrupulous money grab is deeply disheartening, and has decreased my willingness to help others, fearing that scammers are more frequent than I ever suspected. It has challenged my assumption that people are generally caring and helpful, a horrible change to see in myself.

Ann Reynolds
[redacted]-6027
A[redacted]3@gmail.com

# Laura Ricciardi

[redacted]
Severna park, Maryland [redacted]
l[redacted]c@gmail.com


March 22, 2026

USAO - Southern District of New York

Southern District of New York
26 Federal Plaza
37th Floor
New York, NY 10278

| | |
|---|---|
| Re: | United States v. Defendant(s) Keith Taylor<br>Case Number 2022R00513 and Court Docket Number 24-CR-00524 |

Date: March 22, 2026

Dear Judge Jennifer Rochon

I am writing to share the impact that this fraudulent charity, the Modest Needs Foundation, scheme has had on me. I made a donation believing it would help others in need. After learning that this organization was a scam, I was shocked and deeply disappointed. I felt betrayed that someone would exploit compassion and goodwill for personal gain.

Financially, I lost [redacted]/year, half of my set aside charity fund.— I began funding at the start of the pandemic when the cause of supporting people's short-term needs of rent and groceries seemed amplified. While the amount itself was significant to me, the greater harm is emotional. I now feel hesitant to contribute to other charitable efforts, fearing they, too, might be fraudulent. This has undermined my trust in charitable giving and in online donation platforms that once seemed safe.
The experience caused stress and frustration as I attempted to report the secure my financial accounts, and verify whether I could recover any funds. The time and emotional energy spent dealing with this situation have affected my sense of security and confidence.

I appreciate the efforts of law enforcement and the U.S. Attorney's Office in investigating and prosecuting this case. I respectfully ask that the Court consider the breach of trust and the harm inflicted on all victims, not only financially but emotionally. I hope that

appropriate sentencing will help prevent similar crimes and restore some measure of trust to the public.
Thank you for allowing me the opportunity to share how this crisis impacted my life.

Sincerely,

Laura Ricciardi
L[redacted]c@gmail.com

# VICTIM IMPACT STATEMENT

**Victim:** Kristine Rice

**USAO #:** 2022R00513

**Court Docket #:** 24-CR-00524

**Impact of the crime:**

Over a period of two and a half years, from May, 2020, until October, 2022, we donated [redacted] to the Modest Needs Foundation. My husband and I are retired social workers, so this was not an insignificant amount for us—but because of our former professions, we knew how much small gifts ($100-$500, e.g.) could mean to people in need. Those amounts could mean keeping the electricity on, preventing eviction, paying a medical bill or ensuring groceries for one's family. That is why we believed so strongly in what Modest Needs was doing (or what we *thought* it was doing)—particularly during the pandemic, when so many people who may previously have been getting by were faltering on the very thin edge.

It never occurred to us to question how the money was being used, because the Foundation posted stories and pictures of families who had been assisted or who were in need of assistance. In retrospect, that was extremely naïve, and I'm angry at myself for having been so easily duped. On the other hand, the Foundation seemed to have been vetted, appearing on paper to have the necessary credentials—and we knew first-hand how many people were suffering during COVID.

The impact for me personally goes far beyond the money we lost, WASTED, on subsidizing some asshole's frivolous lifestyle rather than helping people in need. It goes to the heart of giving.

I was the director of a non-profit child advocacy center for 25 years, providing free forensic and therapeutic services to kids and adolescents who had been sexually or severely physically abused or who had witnessed traumatic violence (primarily homicides). I KNOW how hard I worked every day of those 25 years to raise money to keep the center afloat—how I worked full-time at part-time pay initially, and then for years rejected raises the board tried to award me because I wanted to ensure the longevity of the center that I knew to be so integral to the healing of so very many innocent children. I was the kid whose mother had to buy her Girl Scout cookies because I was such a lousy saleswoman—yet I went out to dozens, maybe hundreds, of civic clubs and begged for money for the center and went

on TV—petrified—repeatedly to ask for support for services to child abuse victims. It was damned hard and I hated it, but I did it because I believed in our cause. And every other non-profit director is out there doing the same thing: flogging the public to give because our causes are just and worthwhile, and our clients depend on the services we provide.

And then this asshole Taylor uses donations from well-meaning people like us for fancy meals and hotels and cars--and plastic surgery, for God's sake!

He must KNOW how very hard it is to develop trust from the public to get them to give to your cause, and yet he betrayed that very trust and exploited people—many, I'm sure, in worse financial shape than we were—for his own stupid, selfish purposes. And what he probably still fails to grasp in his miasma of selfishness is that he has hurt every single non-profit in this country that is trying diligently to keep the lights on and the doors open and the staff paid—because everyone who was burned by him or who has read about his extravagantly selfish misdeeds will think twice, three times, maybe more, before giving to charity again.

And people who care, who want to help, who just want to assuage the pain their neighbors may be experiencing, may well say to themselves, "You know what? Screw it. I read about that guy in NYC who stole all that money from that charity. How do we know this place is any better? Just forget it. We'll keep our money."

THAT is Keith Taylor's singular and appalling legacy. And although there is absolutely no way that he can make up for the tremendous damage he has done to every charity in this country, I hope the judge will require Taylor, as part of his sentence, to do some sort of community education on recognizing and responding to scams that will prove useful to the general public—and intensely humiliating to him personally.

Kris Rice

(Receipts of our donations are attached. If you have questions or need additional information, I can be reached at k[redacted]1@msn.com or [redacted]-4953.)

**From:** Seth Riley
**To:** U.S. Department of Justice - VNS
**Cc:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Re: U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Tuesday, December 2, 2025 7:33:45 AM

Hi Jay, I've included the impact statement below. Feel free to reach out if you need anything more.

Regards,
Seth Riley

[redacted]

[redacted]

# VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

---

Hi Jay, my name is Seth Riley, and I donated [redacted] to Modest Needs back in November of 2021. After finding out about the way my donation was being spent on luxury items for Mr. Taylor and not its intended recipients, it was unfortunately the last charity donation I've made. My receipt is below. Thank you for your efforts.

---

[redacted]

Victim Impact Statement
VIN 7908961
12/15/2025

I first became aware of Modest Needs as a way to contribute money directly to individuals who were facing immediate and devastating harm. It seemed to be, and received acclaim as, an organization that was able to bypass the usual obstacles in order to distribute badly needed funs quickly. On two separate occasions, I donated [redacted] to Modest Needs, believing that the funds would be used to help needy and vulnerable members of the community. I am outraged that Defendant siphoned money away from these people in order to enrich himself. I would like to seek restitution for the [redacted] donated so I can ensure that it is allocated to a charity that will actually impact the individuals it purports to serve.

**From:** Brendan Rok
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement: United States v. Defendant Keith Taylor Case Number 2022R00513 and Court Docket Number 24-CR-00524
**Date:** Tuesday, January 6, 2026 11:04:26 AM
**Attachments:** Transaction Receipt from Modest Needs Foundation for [redacted] (USD) Nov 2017.pdf
Transaction Receipt from Modest Needs Foundation for [redacted] (USD) Nov 2023.pdf
Transaction Receipt from Modest Needs Foundation for [redacted] (USD) Nov 2019.pdf
Transaction Receipt from Modest Needs Foundation for [redacted] (USD) Nov 2022.pdf
Transaction Receipt from Modest Needs Foundation for [redacted] (USD) Nov 2021.pdf

---

Victim Impact Statement:

Victim: Brendan Rok
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524
Victim Identification Number (VIN) 7901379
Personal Identification Number (PIN) 5572

In response to the email I received on 28 Nov 2025, I am providing this Victim Impact Statement for the case of US v. Keith Taylor. I received the notification and request for statement from the U.S. DoJ to my secondary email address (B[redacted]9@hotmail.com) with no victim First or Last name associated. For the record, my primary email address is B[redacted]k@gmail.com. Please use this for further correspondence.

Between 2017 and 2023 I donated a total of [redacted] to Modest Needs, trusting that Keith Taylor and the organization would use this money responsibly to support people in need in accordance with their expressed mission statement. Had I known about the fraud and abuse within the Modest Needs organization, I would not have donated any of my limited personal capital to this cause. I hope for a just resolution to this case and reimbursement of my donations (digital receipts attached).

Thank you,
Brendan Rok

**From:** David Rutter
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement USAO 2022R00513
**Date:** Thursday, January 8, 2026 6:12:16 PM

---

**VICTIM IMPACT STATEMENT**

Victim: FNU LNU (real name: David Rutter)
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I donated [redacted] to Modest Needs in 2021 and [redacted] in 2022. Here is the text of the receipts I received at the time:

2021 donation:

[redacted]

[redacted]

I am interested in the return of any of these donations that were not used for their promised charitable purposes.

--
Regards,
David Rutter

**From:** arne saknussem
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Taylor Fraud - it is too sad
**Date:** Sunday, November 30, 2025 9:52:40 AM

---

It is not about the money.

My donations were about [redacted] over ten years.

This was all I could afford to give.

I had thought that I could help someone,

even these modest donations.

And as it turned out, my donations were wasted.

It makes me impossibly sad.

[redacted]

**From:** Nicholas San Filippo
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Both a beneficiary and a victim of Modest Needs Foundation/Keith Taylor
**Date:** Monday, December 8, 2025 11:15:30 AM

---

I received an email 11/28/25 from the US Dept. of Justice from a Valeen Defendre regarding United States v. Defendant(s) Keith Taylor
Case Number 2022R00513 and Court Docket Number 24-CR-00524, in which it stated that my email had been identified in part of this case, but my name was unknown. I thought it was a real looking scam, but looked up the Department of Justice's office sites, and this appears to be real. (I did not respond to, or call the numbers in the email, in case it was, in fact a scam.)

My name is Dawn San Filippo. In 2013, as a result of our home being destroyed by Superstorm Sandy, my husband and I were given a grant/gift from Modest Needs Foundation to help pay a mortgage payment on our uninhabitable house, while we navigated FEMA and NY Rising to get our home raised and rebuilt. We were directed to Modest Needs Foundation through our disaster case manager at Catholic Charities. It was a small, but helpful blessing, and a bright spot in a very dark time for us.

Later that year, I wished to give back, and began giving a small monthly payment. Through the course of several years, having to update credit card information (due to credit card fraud), I donated on and off. I received a few emails from Keith Taylor, pleading for funds, to which I donated small donations (as we are, as said, "of modest means"). Our last donation was 12/3/20. As we had been recipients of a Modest Needs grant, we thought they were reputable, and wished to help others who needed just a little bit of help, to get them through a tough time-sometimes that's all you need.

I have saved emails from Modest Needs/Keith Taylor if you need them. We relocated from Lindenhurst, NY to Delaware in 2024. It is very disheartening to think something that was so good turned into just another story of greed. I feel badly for the many people who I, and others, thought our donations were going to, but did not. I hope the applicants were not told they would be given a grant; and then not given one. Paying someone's bill for a month could make or break them. It helped us. Stealing that money meant for helping pay a bill, and spending it on a fancy restaurant is cruel indifference. Thank you for bringing this cruel, indifferent thief to justice. I will continue trying to help others in the future, but sadly with extreme caution.

Sincerely,
Dawn San Filippo
[redacted]
Millsboro, DE [redacted]

**From:** Nadia Schafer
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Wednesday, January 7, 2026 10:08:05 PM
**Attachments:** My Contribution History - Modest Needs® 2021.pdf
My Contribution History - Modest Needs® 2024.pdf
My Contribution History - Modest Needs® 2025.pdf

---

Hello,
I am writing to provide a victim impact statement for Keith Taylor, Modest Needs.
Re: United States v. Defendant(s) Keith Taylor
Case Number 2022R00513 and Court Docket Number 24-CR-00524

Name on file is FNU LNU. My real name is Nadia Schafer.

Sincerely,
Nadia

2021 [redacted]
2024
2025
Total

# VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

---

I found Modest Needs when I was looking for a way to help people in need. It is an important priority for me to give money to help other people in need. I don't have a lot of extra money, but have always wanted to share what I have with others who are less fortunate and in a bad spot. I gave to Modest Needs multiple times over the years, asking my funds to fund specific projects. I really wanted those projects to be funded but in most cases, I never heard if they were or not. Their website has always been hard to navigate and use, but I assumed it was because they were underfunded as an organization. Now I understand that the disorganization was part of the design. I was so distressed to hear that Keith Taylor has been taking donations to fund his private, lavish lifestyle. I don't eat a fancy restaurants, live in a luxury apartment, or spend thousands of dollars on takeout every year, because I live on a budget and modestly. It is a core value of mine to give 10% of my income away, and for a couple years, the vast majority of that gift was made to Modest Needs because I was so compelled by the mission. The idea that someone took my hard-earned money and spent it on that instead of helping people in actual need is infuriating. I am requesting my money back from Keith Taylor so I can give it to a charity who will actually use it to help people in need. I am attaching documentation of my gifts in the past:

2021: [redacted]
2024:
2025:
Total:

This is a shame because the mission of Modest Needs was so great, and Mr. Taylor has now ruined what could have been a great organization that could have helped many more people past, present, and future.

---

---

---

---

**From:** Nycstreets
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement and Restitution request Fw: U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Thursday, December 18, 2025 8:21:15 AM

---

Victim Impact Statement
Amy L. Schwartz
Victim Identification Number (VIN) **'7911985'**
US v. Keith Taylor

I made two donations to Modest Needs, one in 2014 and one in 2020, for a total o[redacted]. The site said that one couldn't earmark donations in a binding way, but that donors could ask to have funds allotted to particular recipients. So each time I donated, I read through the individual appeals on the site and picked out recipients who seemed particularly needy. It is beyond disappointing to learn that Keith Taylor stole the money intended to help the indigent and used the money to live a lavish lifestyle.

The real victims here are the needy people profiled on the Modest Needs website who should have received the funds donated by me and other donors. If the profiles of the families on the Modest Needs site were themselves fabricated, then the true victims are the other disadvantaged people who should have received all the donated funds. By diverting charitable funds, the defendant preyed on the most vulnerable segment of society.

I am seeking restitution, and if I receive any funds back, I will donate the money to another charity in the hope that this time, the money will reach the truly needy. I will separately forward 4 emails documenting my contributions.

In the meantime, because the defendant intentionally diverted so much money from the neediest in society, and took advantage of a position of trust as the head of what purported to be a large, organized charity to steal millions of dollars, I believe the defendant warrants a longer sentence than the white-collar nature of his crime would likely normally carry. And it is all the worse, because apparently he continued to draw on the charity's funding even after he stepped down as the CEO.

If it were up to me, I would sentence the defendant to something in the area of 18-20 years. Whatever his sentence, I hope he remembers and regrets his action every day of his incarceration.

Amy L. Schwartz
[redacted]-7226

[redacted]

**From:** Margaret Seijo Scotti
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Keith Taylor Victim Seeking Compensation
**Date:** Monday, April 6, 2026 10:49:57 AM

---

My name is Margaret-Ann Scotti. In the late 2010's (around 2016-2019), I may have donated around [redacted] or more to Modest Needs Foundation.

I was contacted by VNS via email over the last few months, but most of them went to Spam and I didn't recognize them as legitimate. I registered my email address today with the system. I want to know if there is financial recourse for me.

I don't have Modest Needs Foundation emails anymore, and my bank only allows me to view bank statements up to 2019. I imagine that the DOJ has my payment records if they reached out to me via email.

I'd appreciate it if you can guide me on how I might get compensation for the money I donated that didn't actually go to families in need.

Thank you,
Margaret-Ann Scotti
[redacted]8747

[redacted]

**VICTIM IMPACT STATEMENT**

Victim: Joseph Sehl
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I am no longer willing to donate money to any "charity" as a result of the defendant's lack

of self-control or decency. Furthermore, I no longer have receipts or proof of donating, due to moving, and Modest Needs certainly won't provide any donor account history or receipts for my past donations. So what's the use of being named a victim in this case?

**From:** Christopher Sellek
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Monday, December 1, 2025 9:44:58 AM

Victim: Christopher Sellek
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I donated approximately [redacted] to Modest Needs Foundation over time (and likely more, though this is what I can confirm from my receipts). I gave because I genuinely believed in the mission, and I always felt a real sense of joy and connection when I received thank-you notes from people I had helped. Those messages made me feel like my contributions were making a meaningful difference in someone's life.

When I learned that Modest Needs had been involved in fraudulent or unethical practices, it was deeply disappointing. I stopped giving because I could no longer trust that my donations were reaching the people who needed them. It was upsetting to realize that an organization I believed in — and one that seemed to have such a positive impact — was misusing funds. The situation made me feel let down and discouraged, and it damaged my willingness to donate to similar charities going forward.

I am submitting this statement so the Court understands how this crime affected me both financially and emotionally.

**From:** melissa serocki
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement USAO 2022R00513 Docket 24-CR-00524
**Date:** Friday, January 30, 2026 1:59:23 AM
**Attachments:** Receipt Modest Needs - 2023.pdf
Receipt Modest Needs - 2022.pdf
Receipt Modest Needs - 2021.pdf
Receipt Modest Needs - 2020.pdf

---

**VICTIM IMPACT STATEMENT**

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I donated a total of [redacted] over 4 years to Modest Needs. Attached are the receipts. Reimbursement of these donations would be greatly appreciated. My husband and I work hard to make a decent living while trying to save for retirement and helping family members and non-profits.

2023 [redacted]
2022
2021
2020

Thank you for the work that you are doing on this case! It's greatly appreciated.

Sincerely,
Melissa Serocki

**From:** Christina Setzer
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] VIN #7902452
**Date:** Sunday, September 27, 2026 11:19:29 PM

# Victim Impact Statement

During the pandemic, I was a single mother raising and supporting four children & young adults while also working as a teacher. I considered myself fortunate that I continued receiving my salary from the school district when so many people around me were losing jobs, wages, and financial security. I knew that having a steady paycheck at that time was a privilege, and I felt a responsibility to help someone who appeared to be struggling more than I was.

That does not mean that money was easy for me to give.

Like so many teachers during the pandemic, I was suddenly trying to recreate my classroom online. I was spending my own money on materials and supplies to make distance learning work for my students. At the same time, I was supporting four children through an incredibly difficult and uncertain period. My school-aged children had their own online-learning needs and emotional challenges, while my adult children experienced lost wages and needed financial help from me.

I was stretched financially and emotionally. Still, when I saw a crowdsourcing request from a single mother who appeared to need help paying her rent, I made a conscious decision to give.

I did that because I understood what it meant to be a mother trying to keep a family afloat. I believed that even though I had my own struggles, I was in a position to help another person through hers. The money I contributed could have gone toward my own children, my household, or my students. Instead, I gave it willingly because I believed it was helping another mother keep a roof over her family's head.

Learning that the defendant exploited that generosity for his own financial benefit was deeply upsetting. Learning that money obtained through people's willingness to help others was instead used to enrich him..including, as alleged in this case, towards rent in a luxury apartment building in Manhattan, and lavish meals - made that betrayal particularly difficult to accept.

What was taken from me was more than the amount of my contribution. The defendant took advantage of my compassion. He exploited the fact that ordinary people were willing to sacrifice some of what they had during one of the most frightening and financially uncertain periods many of us had ever experienced.

There is something especially painful about knowing that while I was carefully considering what my own family could afford to give up, believing another mother needed help with rent, someone else was treating that generosity as an opportunity for personal gain.

I don't regret being the kind of person who wanted to help someone. I don't regret believing that when people are fortunate enough to have some stability, we should reach back and help those who don't. What I regret is that Keith Taylor chose to exploit that instinct in me and in others.

The pandemic brought out tremendous generosity in people. Teachers worked to keep children connected. Families helped neighbors. People donated what they could to strangers because they understood that circumstances beyond someone's control could suddenly leave them unable to pay their bills. That willingness to trust and help one another has real value.

The defendant's actions damaged that trust.

I hope the Court considers not only the financial loss suffered by individual victims, but also the circumstances under which these contributions were made. People gave during an extraordinary moment in history because they believed another human being genuinely needed their help. I was one of those people.

I gave because I thought I was helping a mother protect her family.

I never imagined that my compassion would instead become something someone could use to enrich himself.

With Sincerity,

Christina Setzer

Transitional Kindergarten Teacher, [redacted]

Sacramento, California

VIN #7902452

**From:** mangle Shanks
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] United States v. Defendant (s) Keith Taylor - VIN ((7909919)
**Date:** Wednesday, December 3, 2025 12:53:46 PM

---

To Whom It May Concern:

I am very familiar with Modest Needs and followed it for a very long time in the past because I found it to be such an asset and great benefit to many in need.

As far a making donations, I do not have any documentation that would show my contributions.

I am thankful this is being prosecuted. I am hopeful that this organization is now in good hands.

/mls

--
Mangle L. Shanks, Ph.D., MBA
Public Health

"**Our First Wealth Is Health**"
Ralph Waldo Emerson

"Blessed is the man who walketh not
in the counsel of the ungodly...and
whatsoever he doeth shall prosper..."
Psalms 1:1-3

**From:** James Sheldon
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Modest needs victim statement
**Date:** Tuesday, June 23, 2026 8:13:43 PM

---

I donated [redacted] to Modest Needs on Dec 25, 2009 in the name of my sister, Rebecca Sheldon (now Rebecca von Geldern., due to a name change) as a christmas gift to Rebecca.

It gravely dismays me to know that this donation likely did not go to benefit low-income families in need as was stated and may have in fact gone to the personal benefit of the non-profit's founder. This represents a serious breach of trust, and I fully support all efforts to hold Keith Taylor accountable for his crimes.

Please add me and Rebecca to this list of victims of the crime and submit our request for restitution when such funds may be made available.

I have attached proof of our donation.

Sincerely,
James Sheldon
[redacted]
Tucson AZ [redacted]

Rebecca von Geldern
[redacted]
Berlin MA [redacted]

[redacted]

**From:** Sandy Simpson
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Re: U.S. Department of Justice - VNS - Investigative Case 2022R00513
**Date:** Wednesday, January 28, 2026 10:00:55 PM

Please see my Victim Impact information below

Sandra Simpson

[redacted]

**VICTIM IMPACT STATEMENT**

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

. I made the following online donations to Modest Needs Foundation. I saved the email receipts from ModestNeeds.org and can scan /email them if needed as evidence.

17OCT2020 [redacted]

25JAN2021 [redacted] 26MAY2021 [redacted]

10JUN2022 [redacted], 22DEC2022 [redacted]

21MAR2023 [redacted], 29SEP2023 [redacted] 14DEC2023 [redacted]

TOTAL Donated [redacted]

Sandra Simpson
VIN **7913759**

**VICTIM IMPACT STATEMENT**

Victim: Millie Smith
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

In the early years of Modest Needs, I donated almost every ~~week~~ other weekend. Approx [redacted] per request. I enjoyed selecting a personal or family situation + assisting. Some I can specifically remember, that touched me was

- A student did not have funds to take the CPA exam + not having the certification was costing her jobs. (I am an accountant too)
- A family lost a baby + could not afford a head stone.

There were so many of these stories that spoke to me. I financially supported them + pray the funds did so ~~to~~ to the individuals/families.

I could have been duped, but I think he was on the up + up at that point. The last year I contributed was 2012, as 'things' did not feel 'right' any longer. Felt more commercial + less personal.

Millie Smith

[redacted]

* No renumeration wanted or expected. just wanted to share my story. It hurts my heart.

**From:** Rebecca
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fwd: U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Monday, December 8, 2025 6:39:09 PM

---

Victim Impact Statement

Victim: Rebecca Smith
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Between July 2020 and December 2022 I donated [redacted] to the Modest Needs Foundation. It is disheartening to learn that this money might have been taken illegally from the charity and never reached the hands of those it was meant to help. I know that it is not a large sum of money, but it was meant to help people going through tough times, not line the pockets of the CEO.

**Rebecca**

[redacted]

January 12, 2026

Victim Impact Statement from Deborah Smusz

Re: United States v. Defendant(s) Keith Taylor
Case Number 2022R00513 and Court Docket Number 24-CR-00524

Thank you for this opportunity to share how the crimes committed by Defendant Keith Taylor have impacted me. I spent my entire working life serving others as a teacher of students with severe special needs, as an advocate for victims of domestic violence, as an administrator in a not-for-profit organization whose mission it was to better the lives of those most vulnerable in our communities. None of these positions was especially well paid when compared to salaries in the for-profit world. But my commitment to caring for people was motivation enough for me to happily spend more than thirty years in those endeavors.

My career and life experiences drew me to the Modest Needs Foundation. I was moved by the stories of ordinary people meeting life's challenges. Believing in the adage "there but for the grace of God go I" and though living on a fixed income as a retired person, I made two donations to the Modest Needs Foundation in 2021. I used my credit card on 1/4/2021 to make a [redacted] donation and followed that with another credit card donation to the Foundation on 12/14/2021 in the amount of [redacted]. As you can tell by the dates, these donations were made while the world was dealing with the COVID 19 crisis. It was a scary time and also a time inspiring each of us to do our part to help those in dire need.

I am sickened to my core to learn that Keith Taylor abused funds meant to alleviate the pain of others for his own pleasure and enjoyment. He betrayed my trust, had the audacity to use my money for his gain and to loot funds meant for someone deserving of financial help in their time of desperation. In a larger context, as a professional who labored tirelessly in a not-for-profit agency, Keith Taylor has damaged the entire not for profit community, which relies on donations to provide vital services for our constituents. When the average citizen learns of his abhorrent behavior, it tarnishes the entire not for profit world. It promotes cynicism and plants seeds of corruption in the minds of people as they consider which charity is worthy of the donation of their hard-earned dollars. The impact of Keith Taylor's crimes is far more reaching than my money being misused and the consequences of those funds not reaching the persons in need for whom they were meant. His actions will hurt a multitude of deserving agencies whose fundraising goals will not be met because donors will cite what happened at the Modest Needs Foundation as they close their wallets.

I am heartsick that this man, Keith Taylor, had so little regard for the very people who needed his support the most and sought help through his Modest Needs Foundation. I do not find solace in the fact that he pleaded guilty to his charges. I doubt there is any true remorse for what he did. Any person who could not only misuse donations meant for someone else but also attempt to avoid paying taxes on his ill-gotten windfall is only motivated by money. Consequently, I think it fitting that he receives the most severe penalties allowed by law. Ideally, this would include restitution of all funds, a very public acknowledgement of his crimes, extensive, mandated community service, prison time and a ban from ever serving in any capacity at any not for profit and/or charitable organization.

## VICTIM IMPACT STATEMENT

**Victim Name:** FNU LNU (Michael S. Sonders)
**Victim Identification Number (VIN):** 7914661
**USAO Number:** 2022R00513
**Court Docket Number:** 24-CR-00524
**Defendant:** Keith Taylor

**Donation Information:** On January 2, 2021, I donated [redacted] to Modest Needs Foundation. I am seeking full restitution for this amount. Documentation of this donation is attached.

**Impact Statement:**

I donated to Modest Needs Foundation because I believed my money would go directly to families struggling as a result of the COVID-19 pandemic. At the time, I was working to build my marketing consulting business, and [redacted] was not an inconsequential amount for me. I made the deliberate choice to prioritize this donation because I wanted to help families in genuine need during an incredibly difficult time.

When I learned that Keith Taylor had embezzled money from the charity, I immediately felt a deep sense of betrayal and skepticism toward charitable organizations. The crime has fundamentally changed how I view charitable giving. I now question where my money is actually going and whether it will be used for its intended purpose. This loss of trust makes me hesitant to donate to other causes, even though I want to support them.

While this theft did not put me under financial stress, the impacts extend far beyond my [redacted] loss. Mr. Taylor's actions have created a barrier between me and future charitable giving. This does an enormous disservice not only to donors like me, but to the many deserving charities that depend on public trust to carry out their important missions.

I ask the Court to hold Mr. Taylor fully accountable for his actions and to order complete restitution to all victims.

Respectfully submitted,

Michael S. Sonders
January 8, 2026

**From:** BARBARA sproviero
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Monday, February 2, 2026 2:29:25 PM

---

**I would like to take a moment to address the impending case involving Dr. Taylor and Modest Needs. I still have the emails I received describing the desperate situations Dr. Taylor portrayed—stories clearly designed to tug at heartstrings and, as it turns out, help fund his own lifestyle.**

**This experience will not deter me from donating to other charities such as the Salvation Army, Kiva, Goodwill, Tunnel to Towers, and local food banks. I can't even remember how much I donated to Modest Needs, but the amount isn't the issue. The deceit is.**

**Learning how far Dr. Taylor allegedly went to conceal his fraud speaks volumes about his moral compass—or lack thereof. It's deeply disappointing to now question whether he knew his intentions all along while appearing on the *Today Show* and giving interviews about the lives he was supposedly changing. What he failed to mention was how dramatically his own life was changing in the process.**

Sincerely,
Barbara Mion Sproviero

| | |
|---|---|
| **From:** | Sara Staheli |
| **To:** | USANYS-Taylor.Victims |
| **Subject:** | [EXTERNAL] Victim Impact Statement and Donation History & Receipts for VID 7914803 |
| **Date:** | Thursday, January 15, 2026 12:27:32 AM |
| **Attachments:** | Donation History - 7914803.xlsx<br>Donation Receipts - 7914803.zip<br>Victim Impact Statement - 7914803.docx |

Thanks for the opportunity to provide this documentation. What other information do you need related to restitution requests?

Sara Staheli

Re: United States v. Defendant(s) Keith Taylor
Case Number 2022R00513 and Court Docket Number 24-CR-00524
Victim Impact Statement for Sara Staheli, VID 7914803

January 14, 2026

To Whom It May Concern:

I have wrestled with the opportunity to share my experience with Modest Needs and the subsequent criminal actions of Keith Taylor. At the time I joined Modest Needs in 2010, I myself was working at a nonprofit with high hopes of making a positive change in the world. I was poorly paid but deeply committed to the mission of my employer, and also looking for ways to be the change I wanted to see in the world. Modest Needs embodied the best of us. An organization focused on crowdfunding to support other people struggling to make ends meet due to a tipping-point type event, with the added assurance of documentation and review to ensure that the funds were meeting actual needs was exactly the type of cause I embraced. Over the period from 2010-2018, I donated [redacted] with the goal of helping people I had never met find their financial footing and overcome the acute crisis they faced in those moments. It may not seem like a lot, but that amount represented a sacrifice I was making to help others in more difficult circumstances find hope and security.

When I began to hear questions about Keith Taylor's integrity, I deeply hoped that this was some form of terrible jealousy due to the excellence of the organization and the meaningful impact it was making. Eventually the truth revealed him to be someone who cared only for his own enrichment and ego, more egregious because he did so with funds intended to help those fighting for their own fundamental well-being in a society where safety nets have continued to fray. I cannot begin to describe the betrayal I felt at something so well-intended being used in such a base, frivolous, and disgusting way. Not only that, his actions besmirched the reputation of other nonprofit organizations, causing increasing wariness towards organizations doing good, meaningful, and just work to improve the world around them. His selfishness has rippled outward, raising questions about those who in no way deserve such distrust and coldness.

I hope that the stunning reality of betraying those who both sought help and sought to help has come home to his mind and heart, and that he recognizes that no punishment can atone for the damage he has caused in the lives of so many.

Sincerely,

Sara Staheli

VID 7914803

Modest Needs Donations
Sara Staheli
VIN: 7914803

| Year | Total |
|---|---|
| 2010 | $ [redacted] |
| 2011 | $ |
| 2012 | $ |
| 2013 | $ |
| 2014 | $ |
| 2015 | $ |
| 2016 | $ |
| 2017 | $ |
| 2018 | $ |
| Total | $ |

**From:** Mary Starkey
**To:** USANYS-Taylor.Victims
**Cc:** Mary Starkey
**Subject:** [EXTERNAL] RE: USAO Number: 2022R00513 Court Docket Number: 24-CR-00524
**Date:** Friday, January 9, 2026 9:16:30 PM

---

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

Fraud in the guise of helping the needy when actually lining your own pockets discourages philanthropists from donating monies in the future to help people in need.

Personally I gave only [redacted], but I know people who gave thousands: to help people repair their cars to get to work, pay their rent to avoid being evicted to the street, pay medical bills they couldn't afford, and other sad stories. All along this evil greedy person was stealing the money to line his own pockets and enjoy a luxurious life style while they suffered and he pretended to help them.

Along with those generous people, I hesitate to donate money to future supposed benefactors because they might be frauds and thieves, as this greedy person was.

Mary Starkey
Former Doner to Modest Needs Foundation

**From:** Thomas Steffes
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Statement
**Date:** Wednesday, January 7, 2026 3:05:36 PM
**Attachments:** modest_needs_donation_documentation.pdf

---

My name is Thomas Steffes, residing at [redacted], Charlottesville, VA [redacted]. My email address is s[redacted]n@gmail.com

I donated [redacted] to modest needs on October 3, 2022. I'm enclosing a PDF of an email receipt for my donation.

**From:** Marc Stern
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Sunday, November 30, 2025 6:21:59 PM
**Attachments:** Screenshot 2025-11-28 at 5.16.34 PM.png

---

**Victim Impact Statement re: United States v. Keith Taylor**
Victim Identification Number: 7898325
Victim Name Originally Listed as: FNU LNU
Actual Victim Name: Marc D. Stern
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Judge Rochon,

I am writing regarding the case of Dr. Keith P. Taylor, former CEO of Modest Needs, and the impact of his actions on me as a donor.

During the COVID pandemic in 2020, I read glowing reports about the work of Dr. Taylor and Modest Needs. At a time when many of us felt powerless to help during a global crisis, I believed I had found a trustworthy way to make a meaningful difference in the lives of people in serious need. The stories shared by Modest Needs—people with cancer diagnoses, caregivers for elderly relatives, survivors fleeing abuse, and families facing unfair evictions—were heartbreaking and compelling.

I received a welcome message from Dr. Taylor himself. In it, he wrote that my support of this “very important work means a great deal to those persons who've turned to us in the midst of a short-term financial crisis,” and emphasized that he was “always ready to help you” if I wished to “reach me directly.” I took his words and his offer of personal accessibility as signs of sincerity and integrity.

In 2020, I made donations totaling [redacted] to help individuals in need, as documented in the attached letter from Modest Needs. I gave this money with the clear understanding that it would be used to help underprivileged individuals facing urgent, life-disrupting crises. To learn that some or all of these funds were instead diverted to support Dr. Taylor’s personal lifestyle feels like a deep violation. Beyond the monetary fraud, Dr. Taylor's crimes exploited compassion, generosity, and trust during a time of global hardship.

The impact on me has been both financial and emotional. Beyond the loss of funds I gave in good faith, I now question charitable appeals that once would have moved me to help. I find myself more suspicious and hesitant to give, even when the need appears genuine. The knowledge that people who were counting on this assistance may have gone without funding because of Dr. Taylor’s conduct is especially painful.

When reports of potential fraud surfaced in 2024, I was struck by Dr. Taylor’s defiant response. In one email, he wrote, “I've finally been cleared to tell you... you may still be outraged, (but) you won't be outraged at me.” Rather than expressing remorse or taking responsibility, he cast himself as the victim and launched contrived

counterattacks, which I believe compounded the harms caused by his actions.

Dr. Taylor’s crimes strike at the heart of community trust and compassion by taking advantage of people who simply wanted to help others in crisis. I respectfully ask the Court to consider the seriousness of this breach of trust, the impact on donors like myself, and the likely harm to vulnerable individuals who should have benefited from these funds.

Thank you for considering my statement.

Sincerely,
Marc D. Stern

**From:** Teresa Stern
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Re: U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Sunday, January 4, 2026 2:06:50 PM

Impact statement entered below.
Good luck,
Teresa Stern

[redacted]

[redacted]

# VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please

use that form to describe the impact of the crime):

We donated [redacted] to Modest Needs Foundation on December 30, 2020. If that didn't go to actual recipients, that is our impact.

--

"Discovery consists of seeing what everybody has seen and thinking what nobody else has thought."
~ Jonathan Swift

**From:** Jennifer Sticht
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Re: Keith Taylor (Modest Needs) Donations
**Date:** Wednesday, January 7, 2026 7:31:41 PM

---

Good Evening,

My name is Jennifer Sticht and we spoke on the phone this afternoon. I have checked my email and spam. I did not receive an email in November. The first email I received was today. I went through all of my emails from modest needs and as I said early I only donated a small amount. They are listed below along with dates. Please let me know if you have any additional questions.

Thank you
Jennifer Sticht
[redacted]8152

| Date | Amount |
|---|---|
| 9/17/2013 | [redacted] |
| 8/20/2012 | [redacted] |
| 2/6/2013 | [redacted] |
| 10/23/2011 | [redacted] |
| 9/10/2011 | [redacted] |
| 7/15/2011 | [redacted] |
| 8/31/2010 | [redacted] |
| 7/26/2010 | [redacted] |
| | [redacted] |
| | [redacted] |

On April 24, 2020, my brother Matt and I exchanged emails about how to help others during the COVID crisis. We shared resources for donating money and volunteering time. Even while struggling deeply with [redacted], Matt remained committed to helping people in need. In that exchange, he mentioned Modest Needs, describing it as a way to help furloughed workers and meet small, urgent needs across the country.

Three days later, on April 27, 2020, Matt died of a heart attack in his Brooklyn apartment. He was 38 years old.

As my parents and I struggled to process this devastating loss, we looked for ways to stay connected to Matt and to honor who he was. Giving to Modest Needs in his name became a ritual for my husband Nathan, my parents, and me. We would sit together at the computer, filtering requests by Florida, Washington, D.C., and New York (places Matt had lived) and searching for needs that were about to expire. We celebrated when we could fully fund a request. I remember one story about an elderly couple who needed to retrofit their shower for a disability. We believed these acts carried Matt's generosity forward. We believed we were helping real people. We believed we were honoring my brother.

Now I am left wondering whether those people ever existed at all—or whether, if they did, their needs were ever met. Because just sixty blocks south of me, Keith Taylor was taking that money for himself.

The money my husband and I donated. The money my parents donated. The remaining money in Matt's bank account that we gave in his honor. All of it went instead toward funding Keith Taylor's luxury lifestyle. Learning this through the Victim Notification was devastating. While I am grateful to finally know the truth, this betrayal has deeply damaged my trust in people and institutions meant to do good.

This kind of crime tears at the fabric of our society. It makes people question whether they can trust charities, stories of need, or even their own instincts to help. It poisons generosity. Keith Taylor did not make a mistake—he knowingly deceived donors, fabricated need, created a fake board to rubber-stamp his actions, and treated fraud like a profession. He took hard-earned money under false pretenses and used it for himself.

That is not just unethical. It is criminal.

I am grateful to law enforcement and the courts for uncovering this deception and for holding him accountable. Knowing what I know now, justice to me means that Keith Taylor is punished to the full extent of the law for the harm he knowingly caused—not only to my family, but to every donor who believed they were doing good.

Signed,

Elizabeth Stilwell
1/31/2026

**VICTIM IMPACT STATEMENT**

Victim: David Stira
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

*On deployment with special forces from 2019-2020, I saw some awful things. When I returned home, I realized that I truly led a comfortable life. The pandemic struck shortly after and so, in order to give back from my position of comfort, I found Modest Needs.*

*My first donation to the organization was my* [redacted] *pandemic stimulus check. I came home with ample money saved up, so I decided that others would be better served by this government money than I would. I appreciated the ability to select recipients close to home, in my community. I donated my stimulus check to Modest Needs with a recommendation that the money go to a woman who lived 30 minutes away and needed help making her rent. Seeing her reaction afterward and having a sense that I truly helped a person teetering on the edge of poverty was so gratifying. I continued to donate for the next two years (including my second stimulus check). In the end, I donated* [redacted] *to Modest Needs from 2020 to 2022.*

*Unfortunately, despite my intentions, the defendant took that money and spent it on himself in ways that are utterly incomprehensible to any person who leads a life of service. $320,000 at New York City restaurants. $300,000 of rent for a luxury apartment. Over $100,000 to food delivery services. Not even the highest-paid General or Admiral would ever think of spending that kind of money on callous luxury.*

*Please consider these numbers. I donated roughly* [redacted] *to Modest Needs. In writing this statement, I researched what my take-home pay was while on this deployment. One month's take-home pay, for my rank, was roughly* [redacted]*. The way I see it, the defendant effectively took a month of my pay and spent it on nonsense. That is one month of sweltering in 120-degree heat and witnessing things that no civilian back home would ever want to witness. The defendant spent it on steak.*

*While I am sure that my story is compelling because of the military angle, I am equally sure that other donors had far less to give and were bilked by the defendant nonetheless. I am fortunate that I am in a comfortable financial position where losing* [redacted] *to a no-integrity*

*lowlife is not a crippling financial loss. Not all of his victims are so lucky; of that I am certain.*

*For the reasons outlined above, I would love to see Judge Rochon impose a maximum sentence upon the defendant at sentencing. Thank you for your time and the important work that you do for the citizens of the United States. If you have any further questions, I would love to hear from you at [redacted]-8921 or [redacted]a@gmail.com.*

*Very Respectfully,*

*David J. Stira*

Victim Impact Statement
Case: United States v. Defendant(s) Keith Taylor
Case Number 2022R00513 and Court Docket Number 24-CR-00524

VNS - Investigative Case 2022R00513

When I first became aware of Modest Needs (around 2002), the conecept of crowdfunding to help individuals did not exist. I read through the "ground rules" for Modest Need applicants and read the applications. They were, indeed, modest: the purchase of school uniforms for children, a mattress, a single tire for an old car, a utility payment and so forth. One could not help but be touched by the small amounts of money needed to keeping hard working people on their feet. I contributed generously and over the years, recommended Modest Needs to colleagues.

Things began to change around 2009 where the amount of money being requested and the Modest Needs "fees" were no longer modest. There were many requests for thousands of dollars to catch-up mortgage payments, purchase a car, and other major expense items. It became difficult to even locate the truly modest cases among the far more numerous requests for thousands of dollars.
The pleadings from Mr. Taylor for more donations and anonymous "matching" donations were a constant. I now know why.

I did write Mr. Taylor and said that I thought Modest Needs had veered from its mission. Despite whatever answer I received I stopped giving. Now I know that my support for individual cases, and that of other donors, was being used to support Mr. Taylor's lifestyle. This is a betrayal of the worst kind as he used the plight of needy individuals to support the lifestyle he wanted. Greedy, selfish, outright theft.

I hope an example is made of Mr. Taylor. There is no excuse for what he did other than his own greed.

Barbara Stokel
May 27, 2026

**From:** Dana
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Tuesday, January 13, 2026 9:10:36 PM

---

In response to the email i received, I am just writing to let you know that I donated [redacted] to Modest Needs (possibly more, but that is what I have documentation of).
Dana Sussman

| | |
|---|---|
| **From:** | Theresa Teague |
| **To:** | USANYS-Taylor.Victims |
| **Subject:** | [EXTERNAL] U.S. Department of Justice - VNS - Investigative Case 2022R00513 Victim Impact Statement |
| **Date:** | Thursday, January 15, 2026 2:40:11 PM |
| **Attachments:** | Theresa Teague Modest Needs® profile.pdf<br>Theresa Teague Modest Needs contributions 2004-2019.pdf<br>Theresa Teague Modest Needs contributions 2004-2019 detail.pdf |

# VICTIM IMPACT STATEMENT

Victim: Theresa Teague
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I registered with Modest Needs and began donating in November 2002. From 2004-2019, I made donations totaling [redacted] in addition to donations from 2002-2003 for which I was unable to obtain records from Modest Needs' website. Attached are documents showing my registration in 2002, a summary of donations for 2004-2019, and detailed records of those donations as recorded on Modest Needs' website.

I believed in the mission of Modest Needs as presented by Keith Taylor. I trusted his altruism and supported his mission by donating over a period of 18 years. I was deeply disturbed and angered to learn of Mr. Taylor's fraud activity - that he may have spent thousands of dollars of my money on supporting his lavish lifestyle rather than helping the people to whom I had designated my donations. Taking advantage of my charitable giving was an extreme breach of trust by Mr. Taylor and has shaken my faith in charitable organizations.

I'm asking for restitution from Keith Taylor for all of my documented donations.

Sincerely,
Theresa L. Teague

[redacted]

**Theresa Teague Modest Needs Contributions 2004-2019**

| Year | Total Contributions |
|---|---|
| 2004 | $ [redacted] |
| 2005 | $ |
| 2006 | $ |
| 2007 | $ |
| 2008 | $ |
| 2009 | $ |
| 2010 | $ |
| 2011 | $ |
| 2012 | $ |
| 2014 | $ |
| 2015 | $ |
| 2016 | $ |
| 2017 | $ |
| 2019 | $ |
| **TOTAL** | **$** |

**VICTIM IMPACT STATEMENT**

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

My name is Alan Tindell, Victim #7897943, and I am a lawyer in Richland, Washington. I first read about Modest Needs years ago in a USA Today article. I was very intrigued by the concept of "micro-charity" that Keith Taylor had created. I am sure I looked up the website pretty quickly after reading the article.

Not often, but from time to time over the years I would check in on the website and on several occasions, I donated money for some of the beneficiaries. I had no reason to think that there was mismanagement or misappropriation. It was my assumption that Modest Needs had a board of directors who were working with Mr. Taylor since Modest Needs had grown so much.

The amount of my money that he misappropriated is probably not all that much, but he was taking money from probably thousands of donors. I have no idea what amount of my money was taken and I don't care about any restitution. But the donors aren't the only victims. The people who sought help through Modest Needs, who bared their souls, who were willing to talk about the financial problems they were in, who were seeking help from their fellow countrymen, their neighbors really, they are the ultimate victims. The money was to go to them and even a few dollars would've helped them. Instead, Mr. Taylor allowed himself to become corrupted and he pocketed the money to spend on luxuries.

His is not the first charity to skim donations illegally and it won't be the last. But his actions throw a shadow over other people and organizations who are seeking to help others. A donor has to continually be vigilant and exercise a spirit of *caveat emptor* that you should be exercising when you're purchasing a product or service for yourself. But to give money to help the needy? Americans are good-hearted, generous people who donate as much as $600 billion each year to churches, non-profits, charities, educational institutions and many other causes. People who take advantage of the generosity of the American people need to be called to account.

Mr. Taylor's actions won't prevent me from giving money to help others and I continue to do so, to my local homeless shelter, my church, my university, to the United Negro College Fund, to Mercy Ships and other causes. Even such established, long-running institutions like those need to have internal oversight to ensure that the money given to them is used for the purpose the donors have intended. When it is not, our justice system must hold people held accountable.

Alan Tindell, [redacted]
Richland, WA [redacted]

**From:** Sarah Trombley
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] VICTIM IMPACT STATEMENT, Court Docket Number: 24-CR-00524
**Date:** Tuesday, December 2, 2025 4:10:54 PM
**Attachments:** 2009 My Contribution History - Modest Needs®.pdf
2010 My Contribution History - Modest Needs®.pdf
2011 My Contribution History - Modest Needs®.pdf
2008 My Contribution History - Modest Needs®.pdf
2007 My Contribution History - Modest Needs®.pdf
2014 My Contribution History - Modest Needs®.pdf
2013My Contribution History - Modest Needs®.pdf
2015 My Contribution History - Modest Needs®.pdf
2012 My Contribution History - Modest Needs®.pdf
2016 My Contribution History - Modest Needs®.pdf
2017 My Contribution History - Modest Needs®.pdf
2018 My Contribution History - Modest Needs®.pdf
2020 My Contribution History - Modest Needs®.pdf
2021 My Contribution History - Modest Needs®.pdf
2019 My Contribution History - Modest Needs®.pdf
2023 My Contribution History - Modest Needs®.pdf
2024 My Contribution History - Modest Needs®.pdf
2022 My Contribution History - Modest Needs®.pdf

---

VICTIM IMPACT STATEMENT

Victim: FNU LNU (Sarah Trombley)
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I donated [redacted] over the years to this charity. (Please see attached documentation.) I am disgusted by Keith Taylor's conduct, as his greed has destroyed an organization that helped meet needs rarely addressed in our social safety net.

**From:** Bri Turgeon
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Monday, December 1, 2025 12:08:24 PM

## VICTIM IMPACT STATEMENT

Victim: FNU LNU
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

My family donated to Modest Needs during the pandemic using a portion of our government relief checks. While we had school loans and credit card debt that we could have focused on paying down, we realized there was greater urgency that many families were facing during the pandemic and wanted to use at least some of our money to try to help. We donated [redacted] to Modest Needs in April of 2020, hoping that money would reach families who needed it even just a little bit more than we did.

It is truly upsetting to learn that Kieth Taylor took advantage of the altruism of others to make money for himself. It is upsetting to learn that he has taken money that could have been used to make a real difference in people's lives and used it for his own benefit. I think now of all of the other organizations we could have chosen to try to help people. Or even what that money would mean to my own family as we are navigating new financial difficulties. It is alarming to know how much selfishness and greed can shape people's desire to hoard money and allow people who they could be helping to continue to suffer.

I understand why I am one of the people who gets to have my impact heard here, but many of the real victims are those who DIDN'T get the help they needed from this organization because of one man's choices.

Thank you.
----

**-Bri Turgeon**

**From:** Vikki T
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Re: total donations
**Date:** Friday, December 5, 2025 7:59:50 PM

---

On 12/5/25 16:57, Vikki T wrote:
>
> On 12/5/25 16:55, Vikki T wrote:
>> I went back through my files and found from 2004 to 2022, my total
>> donations to Modest Needs was [redacted]
>>
>> You wanted information on the impact was on me and this was a
>> substantial loss....
>>
>> Vicki Turnbow
>>
>>

**From:** Michael van Strien
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fwd: U.S. Department of Justice - VNS - Investigative Case 2022R00513 - Court Case 24-CR-00524
**Date:** Tuesday, December 2, 2025 1:14:28 PM

Victim: Adrian van Strien

I was originally not aware of the offence committed by the defendants. Upon being informed this has hurt my already fragile trust in donating to charitable organizations. My donation was actually on behalf of my father, who asked for a donation to be made in his name as a Christmas gift. The idea that someone would commit fraud with money intended to help those of us who are already in difficult times. My father, a retired physician, has devoted his life to help others. It hurts us all to think that money that was intended to help people in need instead went to fund the lifestyle of someone who so clearly was so undeserving.

Thank you.

Michael

[redacted]

**From:** Maxine Wagner
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Wednesday, May 27, 2026 5:15:57 PM

---

My name is Maxine Wagner. This man tried to steal my identity along with another man .they tried to steal my income tax return paid of credit cards then tried to extortion money out of me .they took back money they had put on credit cards when I would not corporate with this extortion. This has made my life a living hell ..I had to file paper returns prove my identy over and over. Im still emotionly scared by this .still trying to get [redacted] paid in cards they messed up.
Im 70yrs old and should not have to live like this .yours Truly Maxine Wagner

Victim: Elizabeth Hamilton
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I donated a total of [redacted] to Modest Needs. I have receipts to prove these donations. I am furious that the whole set-up was a scam. I thought I was helping people.

**From:** Lisa Walker
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Impact statement
**Date:** Wednesday, May 27, 2026 11:32:40 AM

---

I am unaware of any impact of this case but the anxiety of knowing that my legal and financial information may be floating around sold to others and may have financial and other liability in the future is quite substantial -
Lisa Walker

**From:** Becky
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fwd: U.S. Department of Justice - VNS - Investigative Case 2022R00513
**Date:** Thursday, January 8, 2026 9:29:17 PM

Hello,

I received the message below but no ID or PIN number. I am a long-time donor to Modest Needs and am very distressed by this betrayal. Please put me on your list for updates. Thank you.

Rebecca Ward
[redacted]
Brighton MA [redacted].

[redacted]

**From:** Bex Warner
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Tuesday, December 9, 2025 11:07:47 PM
**Attachments:** Thanks for your contribution.eml.msg
Welcome to Modest Needs!.eml.msg
Transaction Receipt from Modest Needs Foundation for $100.00 (USD).eml.msg
From Keith Taylor  I"ve Tendered My Resignation.eml.msg

---

Hi there,

Attached is a Victim Impact Statement I wrote as well as some supporting documentation (downloads of emails) establishing the donation I made for potential restitution purposes. I also included an email that I reference in my statement. Thank you and feel free to reach out.

Sincerely,
Bex Warner
[redacted] 9232

Victim Impact Statement:

My name is Bex Warner. I am currently a law student in Minnesota. During the Covid-19 pandemic, I was living in San Francisco working in technology. I felt a strong sense of duty to help others, and at that time in my life, I felt like I was failing to fulfill that duty. This dissatisfaction with my career in technology led me to law school, where I have exclusively pursued public interest law.

My technology company introduced me to the idea of the 1% pledge, that one would donate 1% of their annual income to charitable causes. I took the pledge. During 2020 in particular I felt very powerless and called to give. I remember first learning about Modest Needs and feeling very excited about this cause. It seemed to fill the exact gap I was seeing: helping out everyday people who had sudden, unexpected expenses created due to the pandemic. I thought this mission was extremely admirable, and so I donated [redacted] in December, 2020. I probably donated around [redacted] total to various charitable causes in 2020, so each [redacted] was (and still is) a significant amount to me.

I take my charitable contributions seriously and often stress over the idea of giving money to a cause I either do not believe in, or one that I fear may not best utilize the funds. I always research causes before making donations. I recognize that I may not have a lot of money to give, but I want to try to maximize its effectiveness to the extent I can.

When I received the email that I may have been the victim of the crime and read about Keith Taylor's actions, I was furious. All these years, I'd lived with the false reality that my donation may have helped someone in need. Instead, I learn that my donation merely lined the coffers of a greedy, unrepentant man.

While searching through my email for records of my donation to Modest Needs, I discovered an email from Keith Taylor on July 29, 2024, the same day charges were filed in this case. He said "To be absolutely, crystal clear, there is no truth - none - to the allegations that have been made against me. You may not believe that now. I promise you that, soon enough, you will." Rather than quietly stepping down, he

had to email every donor this note.

The pandemic was the greatest test humanity has faced in my lifetime. An individual's actions during that time, I believe, speak to their true character. Both those who stepped up to help and those who cruelly and evilly took advantage of the situation. Keith Taylor falls into the latter bucket. Not only did he take advantage of the most challenging times in our recent history, he used a charity to do so. He tricked people into believing they were helping others, all while living a lavish lifestyle, while the pandemic continued to ravage communities across the country.

I am sickened by his actions. My small [redacted] donation is likely but a drop in the bucket, but the loss of faith in others that his crime has caused me to experience is very real. I should be studying right now, not anguishing over Keith Taylor's greed. I ache for the people who suffered during the pandemic, when they could have gotten help.

I believe prison time is required to ensure Keith Taylor fully answers for this disgusting crime. Without prison time, any punishment is (to me) an insulting slap on the wrist, that diminishes the very real harm of his crime.

11 April, 2026

USAO - Southern District of New York
Southern District of New York
26 Federal Plaza
37th Floor
New York, NY 10278

**Re: USAO# 2022R00513 (People v. Keith Taylor)**

To The Honorable Judge Jennifer Rochon,

I grew up with the Jewish concept of Tikkun Olam. It means to repair the world. One way to do so is through charitable giving.

While I have given to any number of causes, none resonated with me quite like Modest Needs. I love the idea of donors from all over the country coming together to keep strangers from falling (deeper) into poverty. Raised by a single mother and with a belief in reparations, I chose most often, via Modest Needs' website, to send my charitable dollars to Black families led by single parents.

Modest Needs' model, its high rankings from charity monitors, and the press it received meant that, for years, it became the sole cause I gave many thousands of my hard-earned dollars to. Each time I helped someone whose car had broken down, who faced eviction, or who had an emergency medical expense, I felt I was helping repair the world.

I told many others about Modest Needs 1-on-1 and more publicly on the radio program I host in Colorado. Keith Taylor, who is to be sentenced for his gross misuse of funds, was, in fact, a guest on my show.

When I learned of his crimes, I felt robbed of the good I'd done– in whole or in part– I do not know. This case is about siphoning off people's charitable funds, but indeed something more was taken, chiefly trust.

As Mr. Taylor laid his head on a pillow in a pricey New York apartment, as he filled his belly with extravagant meals, as he grew his menagerie of electronics, people who live paycheck-to-paycheck, and who needed our help, went without.

A decade or more of my Tikkun Olam – my attempt to repair the world – indeed feels taken from me. I hope Mr. Taylor is incarcerated for a long time so that he may consider the harm he has done and the Tikkun Olam HE must now engage in.

Sincerely,

Ryan M. Warner
[redacted]e@hotmail.com

**From:** Ryan Warner
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Modest Needs Victim
**Date:** Monday, April 6, 2026 11:11:58 PM

---

Hello, my name is Ryan Warner. Over many years, I gave Modest Needs my charitable dollars— thousands and thousands. The notion of anonymously helping people in immediate need spoke to me deeply. I tended to choose single parents in crisis because I was raised by a single mom.

Through an email address I use sparingly ([redacted]e@hotmail.com), you identified me as a victim. I am only just learning of the sickening fraud the CEO committed.

Adding to my revulsion is that I, as a journalist, did a story about Modest Needs and its mission— unwittingly lining this fraudster's pockets.

I have seen news of a plea, but not of the sentence he received.

If I can be of ANY assistance to the prosecutors or judge, please let me know. It may very well be too late.

You may reach me here or [redacted]-5999.

Sent from my Ryphone

**From:** Brett Czekaj
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Fwd: U.S. Department of Justice - VNS - Investigative Case 2022R00513
**Date:** Thursday, January 8, 2026 5:09:22 PM
**Attachments:** Gmail - Receipt for Your Contribution to Modest Needs.pdf

---

Hi there,

Attached, please find documentation of my [redacted] donation to the Modest Needs Foundation made in April 2020 in support of restaurant workers impacted by COVID. Please let me know if any additional information is required from me to either provide the funds to the originally intended recipients or to process a refund. Thank you.

Warmly,

Brett Czekaj Wehar

[redacted]

**From:** James Weinberg
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] United States v. Defendant Keith Taylor
**Date:** Wednesday, December 3, 2025 7:30:04 AM

---

P.S.: I am VIN '**7906499**' — please acknowledge receipt of my email.

Victim: FNU LNU*
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

Since 2004, I have contributed [redacted] to Modest Needs. I stopped in 2024 when news of possible embezzlement became public.
I hope some of the funds I donated went to help people as intended, but only your trial will reveal that. I'm interested in whatever restitution becomes available.

James A. Weinberg

*I called the VNS Call Center at 1-866-DOJ-4YOU and went through the menu to try to update my name (to replace FNU LNU), but when I entered 0 (zero) for Operator, I was told the number is not in service!

**From:** Rebecca Weinberg
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Re: United States v. Defendant Keith Taylor
**Date:** Friday, July 10, 2026 2:24:48 PM

---

Victim: 7913013
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

Since 2011, I have contributed [redacted] to Modest Needs. I stopped in 2024 when my dad told me about the embezzlement in Modest Needs. I'm interested in whatever restitution becomes available.

Rebecca Weinberg

**From:** Nicholas Weininger
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Keith Taylor victim impact statement
**Date:** Sunday, November 30, 2025 10:04:03 PM

---

To whom it may concern:

I am writing to add victim impact information that may be relevant to the sentencing of Keith Taylor, of which I was advised by a VNS email on November 28th. I was a regular monthly donor to Modest Needs for many years before learning of the fraud that Mr. Taylor had perpetrated. I don't know the exact date I began giving monthly or the exact amount given over the years, but my tax records show that it was at least [redacted] month from 2013-2022 inclusive, and some years a good deal more due to my giving in response to specific appeals; so all in all I donated at least [redacted] over those years and probably thousands more than that.

Modest Needs was one of my main donation recipients for all those years because I believed so strongly in the cause that Mr. Taylor claimed to be advancing with donor funds. I've had friends who have needed small amounts of money to get out of financial pinches in the past, and been more than happy to provide them. The notion that a charitable organization ought to work systematically to assist people who might not have affluent friends in their network was thus very compelling to me.

When I found out about Mr. Taylor's fraud I was horrified and depressed. The money I thought had gone to help vulnerable families had instead, in significant part, gone to line his pockets. It's made it more difficult for me to trust in the integrity of other humanitarian charities. I'm sure I am far from the only one in this situation, and so Mr. Taylor's fraud has done widespread damage to the social trust that is crucial to all provision of charitable social services. I urge the court to consider this broader damage when sentencing him.

Sincerely,
Nicholas Weininger
n[redacted]r@gmail.com

**From:** Niklas Starck Westerberg
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim impact statement
**Date:** Monday, December 1, 2025 6:07:13 PM
**Attachments:** Modest needs 2022.pdf
Modest needs 2023.pdf

---

**VICTIM IMPACT STATEMENT**

Victim: Niklas Starck Westerberg
USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

I donated to the charity Modest Needs,[redacted] in 2022 and [redacted] in 2023. The impact for me is that I lost money that could have gone to an honest charity. I also loose faith and trust in charitable organizations on a general basis. If possible, I would like to recover my donated balance.

**From:** Kathryn Westphal
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Keith Taylor Case
**Date:** Friday, September 25, 2026 1:59:17 PM

---

Your Honor,

This is heartbreaking and infuriating. These crimes do not affect me; they affect the people listed on his site who needed $65 for groceries for the single mother to feed her family, or $109 for a new tire to get to work, or $73 to keep the heat on.

I can only hope that the listed recipients were not real people. It would be better if the entire enterprise was fake than for him to one day face God after stealing directly from those so deeply in need, who entrusted his promised help, and from whom those of us who gave believing we were helping.

To have such a brilliant and beautiful concept that could - and I hope sometimes did - help those who just needed a little bit to survive and turn it into an evil enterprise that bankrolled his extravagant lifestyle is abominable. He preyed on donor’s hearts and on the hope of those who needed just a little help. And he betrayed us all.

I hope you find Jesus, Keith.

Warmly,
Kathryn

**From:** Lois Wickstrom
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] 7913074
**Date:** Friday, November 28, 2025 8:07:10 PM

---

Hi! I'm Lois Wickstrom
Pin 3577 victim number **7913074**
I've been giving [redacted] a year to modest needs for many years. I thought the money was going to help people pay essential bills like food, mortgage, Medical bills, and utilities.
I'm sad to learn that the money did not go to help people.

Growing together,
Lois
http://www.LookUnderRocks.com

Victim Impact Statement
Lara Wieczezynski
United States v. Keith Taylor

Your Honor:

My name is Lara Wieczezynski, and I am a long-term donor to Modest Needs. I donated regularly for at least 14 years, including during periods of personal upheaval, because I believed the organization's mission mattered. I believed it offered something rare and deeply humane: a way to help people who were working hard, doing their best, and still falling through the cracks.

For me, this was never abstract charity. It was the belief that a relatively small amount of help, at the right moment, could prevent a short-term emergency from becoming a long-term disaster. A car repair, a prescription that suddenly doubled in cost, a utility bill that spiraled because of a medical issue: these are the kinds of expenses that can destabilize a household. The Federal Reserve reported in 2024 that nearly 40% of Americans cannot cover a $400 emergency without selling possessions or going into debt. That statistic was one of the reasons I donated. It reinforced how vulnerable many working families are, and how close they live to the edge.

Modest Needs was built to keep those families off the welfare rolls and out of crisis. It was supposed to relieve pressure on already overburdened social services by giving people just enough support to stay afloat. If someone wanted to make a real, practical difference in preventing poverty, this was a way to do it. I believed in that mission deeply. I filtered applications by my home state so I could support people in my own community. I read their stories. I cared.

I even ran a birthday fundraiser on Facebook in 2018, encouraging my friends and family to donate because I believed this was a trustworthy organization doing important work.

Learning that the defendant spent a decade diverting donor funds for his own luxury lifestyle is not just disappointing. I was profoundly shocked and deeply upset. It is hard to articulate how violating it feels to realize that the money I gave to help people in crisis was instead paying for Michelin-starred meals, a luxury apartment, electronic devices, personal medical bills, and an investment account. It is even more disturbing to learn that prosecutors say he continued stealing after his arrest. That detail alone speaks volumes about the depth of disregard he showed for donors, applicants, and the law itself.

This was not a victimless financial crime. Real people — people on the brink of eviction, people choosing between food and medicine, people trying to stay employed — were depending on this organization. Some of them may have gone without help because the funds were being siphoned away. That is a harm we can't quantify, but it is real.

One of the most painful parts of this experience is now looking back at the “Thank you, you’ve changed another life” emails I received from Modest Needs. Now I don’t even know whether the stories in those messages were genuine. I posted publicly about Modest Needs on social media as far back as 2009. I thought I was contributing to something good. Today, I can’t help but wonder how many of those supposedly funded requests were real, and how many families might have been left waiting while money went to Mr. Taylor’s luxuries.

I was raised in a religious home. As an adult, I do not align with any formal religion, and I strive to live a moral life centered on helping others. That morality calls me to offer help to those who have less stability and fewer resources than I do. I believed I was expressing my values by offering aid to people who needed just a little help to get through rough times. I believed Mr. Taylor shared those values. I am disheartened that he does not.

I am grateful to the Southern District of New York for bringing this case to light. If this investigation had not happened, I might still be donating today without any idea what was going on. Their work ensured this didn’t continue for another ten years, and I sincerely appreciate that.

Your Honor, trust is easy to lose and very hard to restore. What Mr. Taylor did wasn’t a momentary lapse. It was a ten-year pattern of calculated deception that damaged donors’ faith, harmed people who should have been helped, and undermined a mission that could have continued doing real good in the world.

I respectfully ask that the Court impose a sentence that reflects the seriousness of this conduct, the length of time it continued, and the profound breach of trust at its core. The sentence should act as a deterrent so no one ever tries to cheat and defraud on this level. I am requesting restitution in the amount of [redacted], my best estimate of the total money I donated to Modest Needs.

Thank you for the opportunity to be heard.

**VICTIM IMPACT STATEMENT**

Victim: Terryl D Williams VNS #7092086

USAO Number: 2022R00513
Court Docket Number: 24-CR-00524

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

---

Between Jan 1 2016 and Dec 31 2023, I made 16 donations totalling [redacted] (spreadsheet attached) to Modest Needs for distribution to applicants approved for small grants to assist in handling expenses they were unable to cover.

The impact of the crime committed in this case to me as a donor is three-fold:

1) it is going to be difficult in the future to donate to worthy causes without being able to trust/verify that the funds are being used appropriately,

2) I recommended Modest Needs to a significant number of family and friends as a good place to make donations that would make a difference in people's lives.

3) I got the benefit of a tax deduction when filing with the IRS, and it is unclear whether any jeopardy accrues to the donors in a case like this.

---

# Modest Needs donations 2016 - 2023

| | | | |
|---|---|---|---|
| 1/19/2016 | [redacted] | | |
| 3/26/2016 | | | |
| 11/29/2016 | | | [redacted] |
| 12/22/2016 | | **2016 total** | |
| 8/31/2017 | | | |
| 11/28/2017 | | **2017 total** | |
| 11/25/2018 | | **2018 total** | |
| 1/20/2019 | | | |
| 12/31/2019 | | **2019 total** | |
| 3/16/2020 | | | |
| 12/1/2020 | | **2020 total** | |
| 11/6/2021 | | | |
| 11/30/2021 | | **2021 total** | |
| 10/1/2022 | | | |
| 11/29/2022 | | **2022 total** | |
| 11/16/2023 | | **2023 total** | |
| | | **Grand Total** | - |

Terryl D Williams VNS #7902086
[redacted]
Excelsior Springs MO [redacted]
[redacted]t@hotmail.com

**From:** Sheldon
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Tuesday, February 10, 2026 4:16:58 PM

Mr. Taylor had a very elaborate Web site where you could not only learn about a person's financial circumstance, such as they needed to repair their car so they could get to work, but you could determine how much of your contribution you wanted to apply to a particular situation. It was really quite ingenious I thought. Also, when the amount the applicant was asking for was met, the "applicant" sent you a very nice email thanking you for your kindness, generosity in helping them.

I one time spoke on the phone with Mr. Taylor asking him how his organization vetted the applicants for financial help. He told me it was a very thorough process. I never thought to ask Mr. Taylor who was vetting him.

Sheldon Wolf
Tampa, FL

**From:** Sheldon
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] United States v. Defendant(s) Keith Taylor Case Number 2022R00513 and Court Docket Number 24-CR-00524
**Date:** Friday, September 25, 2026 12:15:05 PM

---

I feel the humiliation Keith Taylor should be suffering if far greater than any impact statement I could make. Stealing from a charity he founded to help those who struggle financially is about as sick as you can get.

Sheldon Wolf

I was able to go through my records to find the following information from my tax returns or receipts from Modest Needs:

2016 - [redacted]

2017 -

2018 -

2019 -

2020 -

2021 -

2022 -

2023 -

2024 -

2025 – Unable to find exact amount, but assuming it was [redacted] month until the charity was shut down

Let me know if you need anything else from me.

Thanks,

Tom Woodruff

**Victim Impact Statement**

From: Catherine Woodward aka LNU FNU aka [redacted]9@aol.com

VIN 7904775 and 7901867

[redacted]

Middletown, NJ [redacted]

December 16, 2025

Re: US v Defendant Keith Taylor

Case Number 2022R00513 Court Docket Number 24-CR-00524

Dear Ms Delfiner:

It is incredibly disheartening to learn Keith Taylor was using donations for other than their intended purposes.

I chose Modest Needs not just for its mission—to keep the working poor from falling over the poverty line—but for its vetting methods: The recipient had to provide documentation of their specific need and, if chosen, the funds went directly to whomever it was owed, NOT to the requestor themselves. This seemed foolproof. Silly me.

Financially, I have donated [redacted] from 2007 to 2024. I can send supporting documentation if needed.

Sincerely,

Catherine Woodward

**From:** e[redacted]a.com
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Statement: USAO Number 2022R00513
**Date:** Wednesday, May 27, 2026 11:49:30 AM

---

Victim Impact Statement

Victim: Elena Worrall

[redacted]

Laconia, NH [redacted]

e[redacted]a.com

[redacted]4540

Victim Identification Number (VIN): 7904259

USAO Number: 2022R00513

Court Docket Number: 24-CR-000524

Over the years from 2026 to 2023 I have made contributions to Modest Needs from the following sources:

Directly from my Discover Credit Card: [redacted]

From a Fidelity Charitable Fund: [redacted]

Total: [redacted]

I'm very disappointed that the "charitable" contributions, that I assumed were going to help people in difficult situations, were so badly misappropriated!

Thank you for your consideration.

Elena Worrall

**From:** Teresa W
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Victim Impact Statement - Teresa Wright
**Date:** Friday, November 28, 2025 7:34:47 PM
**Attachments:** 2018-11-15_ModestNeedsDonation_TeresaWright.pdf
2019-11-16_ModestNeedsDonation_TeresaWright.pdf
2023-11-22_ModestNeedsDonation_TeresaWright.pdf
2022-11-01_ModestNeedsDonation_TeresaWright.pdf

---

Hello,

I donated a total of [redacted] between 2018 and 2023 to Modest Needs. Please see attached receipts. I donated to Modest Needs as part of a charity drive over several years, truly believing my dollars were going to help people who were one bad incident away from going into poverty. It hurts to know that the people I thought I was helping weren't getting what we thought they were.

Teresa Wright

**From:** Nicholas Zielinski
**To:** USANYS-Taylor.Victims
**Subject:** [EXTERNAL] Seeking Restitution for Donations to Modest Needs Foundation
**Date:** Sunday, January 11, 2026 12:42:50 PM
**Attachments:**
1-14-2022_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf
1-7-2021_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf
5-23-2022_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf
2-23-2022_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf
4-2-2022_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf
2-11-2022_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf
8-6-2021_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf
8-18-2021_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf
9-2-2022_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf
9-8-2020_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf
9-9-2022_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf
10-24-2021_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf
9-15-2021_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf
11-7-2021_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf
11-6-2021_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf
12-29-2020_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf
12-31-2021_Transaction Receipt from Modest Needs Foundation for [redacted] (USD).pdf

---

Hello,

I donated [redacted] to Modest Needs Foundation between 2020 and 2022. I've attached PDF copies of my receipts below.

Please let me know if you need anything else from me.

Best,
Nicholas Zielinski