Exhibit B

| | |
|---|---|
| **From:** | Jeni Aris |
| **To:** | USANYS-Taylor.Victims |
| **Subject:** | [EXTERNAL] Impact Statement re: Keith Taylor |
| **Date:** | Wednesday, January 28, 2026 8:16:01 AM |

Dear Judge Clayton,

I worked for Modest Needs for about 8 months in 2007-8. It was apparent even then that Keith Taylor was corrupt, starting with my new hire orientation. He had apparently cleaned house and hired 6 new employees at once. We all noticed that we all had large breasts. It was a very odd coincidence. Something always felt strange about him. A grandiosity. An air of superiority unbecoming of a nonprofit leader. The office was supposedly leased from a dominatrix who was servicing clients upstairs. He made it known we were on camera and that he used surveillance software to monitor our every keystroke. It was the strangest work environment ever for a nonprofit with a noble mission.

“Dr. Keith” liked to grandstand about how the board allowed him to charge his apartment and fancy dinners and trips to the organization. He had hired me to be the org’s in-house counsel after taking and passing the New York Bar Exam. I relied on his promise and took and passed the exam. After hearing his stories I started to regret taking a job where I would be protecting this org legally.

In June 2008 he took the whole team on an extravagant trip to South Beach, Florida, at the Loews hotel. He said the owner of Loews was on the board and wanted to treat us all to this retreat.

We all enjoyed the trip at first, until it quickly became evident that he was using the trip to try to see us in bathing suits, and moreover, to try to have an affair with a “new executive assistant” that he surprised us with in Florida. Dr. Taylor bought this new assistant a sexy dress to wear for going out, but didn’t invite anyone else to go out with them after dinner. We never met the Lowes donor.

It was reported to me after this trip that Keith also tried to force himself into the room of one of my colleagues on a separate trip. She was traumatized by it. We were concerned about the new executive assistant. We also never saw her again after the trip.

After South Beach it was clear Keith had been somehow eavesdropping on us, because those of us who spoke about his attempted affair were told our jobs were being cut to part-time. This was an obvious farce, because during our one business meeting in Florida, we were told by Keith, proudly and in no uncertain terms, that Modest Needs had secured funding from Loews’ owner to guaranty we all stay employed for the next 2 years.

I was affected by that cut, and challenged the decision with my manager. My manager pressed a button under the desk, which I assume was to alert Keith to the meeting. In retaliation I was immediately fired.

This was after I studied for and passed the Bar. I had done that specifically and only for the job I was promised. I had already passed in Illinois years before this, and was not planning to practice law in New York otherwise. It was devastating and emotionally traumatizing to be let go at the time, but I quickly learned that it was a blessing.

One one of my last days there, an auditor come to visit the office. The auditor asked where all our laptops were for when we work from home. None of us had laptops, nor were we permitted to work from home. It was quite the opposite.

We were aware that his expensive apartment was funded by the organization, even though it was just blocks from the office. He only came to the office occasionally, and his office sat empty most days. He was obsessed with fine dining, travel, and having the most current Apple products as soon as they were released. He watched us work from his home, on his network of creepy software.

All of us eventually quit, and by later accounts the turnover continued. It was not a legitimate place to work, and we all knew it.

When my former colleagues and I saw the news that Keith had been arrested and charged with fraud, we all agreed it was justified based on our own observations and experiences. I'm glad he got caught. He's a selfish pig and he messed with many people's livelihood. He exploited donor resources for his own grandiose lifestyle. It's a shame, because we did help so many people get short term financial help. The org had a great mission that we all believed in. It's too bad he ran it like a personal laundry. He deserves to be put punished for those crimes.

Thank you for administering justice to those before you, Your Honor.

Sincerely,
Jeni Aris Hengels
[redacted]9962

Sent from my iPhone

| | |
|---|---|
| **From:** | Megan McDevitt |
| **To:** | USANYS-Taylor.Victims |
| **Subject:** | [EXTERNAL] 2024 Ex Employee of Modest Needs Looking to Help |
| **Date:** | Thursday, February 26, 2026 10:50:27 AM |

Good morning,

I was one of two (in total) employees working for Modest Needs from June 2023 to June 2024. I have a lot of information to divulge about the operations of Modest Needs, how Keith affected me personally as a young woman, and about an hour long recording of a meeting he had with my coworker and I intimidating us into silence and restating his innocence over and over. I also have email chains in which Keith threatened to sue me if I post anything negative about Modest Needs on the internet.

I'm not totally sure if his sentencing has happened yet, but I am wondering how beneficial you think my voice would be for the judge to hear. Additionally, I've seen posts on Reddit from victims and really wish I could explain to them how both my coworker and I were under the impression that all the money was being sent to our approved applicants. I put all our checks in the mail for a year, I managed our website, and I can answer many of victims' questions about operations as well as Keith's personality. I care very much about making sure they get closure and would appreciate you letting me know how you think I could help, if at all.

Thank you so much for your attention to this matter, and I look forward to hearing from you.

Warmly,

Megan McDevitt