**The SparkJoy Foundation**
650 S. Main St., STE 760
Salt Lake City, UT 84101

October 23, 2026

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: United States v. Keith Taylor, No. 1:24-cr-00524 (JLR) - Victim Impact Statement**

Dear Judge Rochon,

My name is Mari Sparkjoy. I am the founder and president of The Sparkjoy Foundation, a family foundation based in Salt Lake City, Utah. I write to you as a victim of Keith Taylor's fraud, and I respectfully ask that this letter be made part of the record before you sentence him.

Our foundation exists for one reason: to spark joy in the world through strategic giving. We do not accept unsolicited proposals. We give by invitation, to people and organizations we have come to trust. For five years, from 2017 through 2022, Modest Needs Foundation was one of those organizations, and Keith Taylor was the person we trusted. His organization was there to help the everyday person who just needed a little help. In November 2017, one of our board members met with him in New York to learn about his work and discuss a partnership. Shortly afterwards, my husband and I met him in person to hear his story and why he started Modest Needs. He spoke of a mentor that had shown him kindness and helped him when he was down and how much that made a difference in his life. His story resonated with us.

We did our due diligence and he complied with the information we requested. He sent us his IRS determination letter, and shortly thereafter we made our first grant: $[redacted] for general operations, unrestricted, because we trusted him to know where it was most needed. Over the years, we met him in person several times. He asked me, personally, for grants from my foundation, year after year, and I said yes based on the trust we had built.

He told me what each grant would do. Some were to go straight to families: a rent payment, a car repair, a medical bill for a working household, one emergency away from losing everything. Others were for specific things he said Modest Needs needed to reach more people and to be more effective. In April 2019, he called my personal cell phone with an emergency request for $[redacted] for a website redesign he told us was essential for the security of the website donation portal. I now know that was not what he used that money for. In a 2022 check-in he told us donations had doubled through COVID, that Modest Needs had granted more than four times its

usual amount to families, and that he was building out a new web platform. He told us Modest Needs ran lean and that our grants would be used exactly as he described. I believed him. Between December 2017 and December 2022, our foundation made eleven grants to Modest Needs totaling $[redacted].

Each year he came back. Each year he wrote to thank us, told us about the families we had helped, and asked again. When he was diagnosed with lymphoma in 2019, we worried about him and continued our support through grants to Modest Needs. In 2020 he sent us the New York Times coverage of his work with pride. And through all of it, as I now know from his guilty plea, he was taking that money for himself.

I have read the government's complaint and the press release announcing his plea. Mr. Taylor admitted to stealing more than $2.5 million from Modest Needs and its donors, beginning in 2016 and continuing until his arrest in May 2024. He did not take it for the families he described to me or to improve his foundation's reach and effectiveness. He took it to fund a lavish, extravagant lifestyle for himself. He remodeled his kitchen, he lived in a penthouse apartment, and he was on a first-name basis with the staff at numerous 5-star restaurants.

To hide it, he invented a board of directors. He put his house cleaner, a bartender, and a former assistant on the charity's tax returns and website as independent directors who supposedly oversaw his spending and set his pay. None of them knew. He signed annual reports telling donors that Modest Needs could “operate comfortably” on individual gifts and that “nearly all” of our funding would go to hard-working families. Those were lies written for people like me to read.

Even after he was arrested, while he was out on pretrial release and had supposedly resigned, he kept spending the charity's money on his meals, his rent, and his medical bills. That tells me everything about how he regarded the people who gave to him and the people he was supposed to be serving.

Your Honor, I want to be honest with the Court about how this feels. I am hurt, and I am offended.

I am hurt because this was personal. Mr. Taylor did not defraud a faceless institution. Our foundation was created by our family, our hard work. We put our money where our mouths are, so the fact that he looked me in the eye, asked me for help, and lied to me about what he would do with it is one of the hardest things for me to sit with. He let me believe, for years, that I was keeping families in their homes and helping his charity succeed, when I was in fact paying for his lifestyle. The grants we gave him could have gone to any of countless organizations that would have used every dollar as promised. He took that from them too. I am offended because he used the best thing about people against them. Generosity depends on trust.

I understand the Court has a guidelines range of 87 to 108 months before it and many factors to weigh. I ask the Court not to treat this as an ordinary financial crime, and not to show Mr. Taylor

leniency he never showed the people who trusted him. This was not a lapse in judgement or a single bad decision. It was eight years of deliberate, face-to-face deception of donors, carried out with a fabricated board and false annual reports, and it continued even after his arrest, while he was on pretrial release and under this Court's conditions. I fully believe that access to money does not change a person's character; rather, it magnifies it. Mr Taylor has shown us who he is over and over and over again. A man who keeps stealing from a charity after federal agents have arrested him for stealing from that charity has told the Court what he will do with leniency.

I respectfully ask that his sentence fall at the top of the guidelines range, and that it be substantial enough to tell every person who raises money for the needy that this is what happens when they steal it. A light sentence would be heard, by the honest and dishonest alike, as a signal that charity fraud is a low-risk crime. I also ask that the Court order full restitution to the donors and foundations he deceived, so that at least some of what he took can finally reach the people it was meant for.

I regret that I am unable to travel to New York to say this to the Court in person. I hope this letter can speak for me and for the families our grants were meant to serve.

Thank you for your time and for your consideration of this letter.

Respectfully,

Mari J. Sparkjoy

Mari Sparkjoy
Founder and President
The Sparkjoy Foundation